Stephen A. Goodwin
  Texas Bar No. 08186500
**CARRINGTON, COLEMAN, SLOMAN**
  **& BLUMENTHAL, L.L.P.**
901 Main Street, Suite 5500
Dallas, TX  75202
(214) 855-3000
(214) 855-1333  (Fax)

*Attorneys for Chase Paymentech Solutions, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: § § § § BLOCKBUSTER, INC., ET AL., § § § *Debtor*. § § | Chapter 11  Case No. 10-14997-BRL  (*Joint Administration Pending*) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

Chase Paymentech Solutions, LLC, by and through its undersigned counsel, files this notice of appearance and request for service of papers in the captioned case, pursuant to Rules 2002, 3017, 9007 and 9010 of the Rules of Bankruptcy Procedure, and 11 U.S.C. §§ 102(1), 342 and 1109(b), and requests that all notices given or required to be served in these cases, be given to and served upon the following person(s):

Stephen A. Goodwin
**CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P.**
901 Main Street, Suite 5500
Dallas, TX  75202
(214) 855-3000
(214) 855-1333 (Fax)
sgoodwin@ccsb.com

1

890436v.1

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedule of assets and liabilities, statement of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery, telephone, facsimile, telegraph, telex, telefax or otherwise.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver or consent by Chase Paymentech Solutions, LLC (1) to trial by jury in any proceedings so triable in this case or any case, controversy, or proceeding related to these cases, or (2) of any other rights, claims, actions, setoffs, or recoupments to which Chase Paymentech Solutions, LLC is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Chase Paymentech Solutions, LLC expressly reserves.

Dated: September 23, 2010.

    Respectfully Submitted,

*/s/ Stephen A. Goodwin*
Stephen A. Goodwin
  Texas Bar No. 08186500
**CARRINGTON, COLEMAN, SLOMAN**
  **& BLUMENTHAL, L.L.P.**
901 Main Street, Suite 5500
Dallas, Texas 75202
sgoodwin@ccsb.com
(214) 855-3000
(214) 855-1333 (Fax)

*Attorneys for*
*Chase Paymentech Solutions, LLC*

890436v.1

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served via ECF-electronic mail and/or first class U.S. Mail, postage prepaid, to Debtor's counsel and U. S. Trustee listed below, on this 23 day of September 2010:

Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

United States Trustee
33 Whitehall Street  21st Floor
New York, NY  10004

                                                */s/  Stephen A. Goodwin*
                                                Stephen A. Goodwin

890436v.1