# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK
### (Manhattan)

| | |
|---|---|
| In Re: )<br>)<br>BLOCKBUSTER, INC. )<br>)<br>)<br>Debtor. )<br>) | CHAPTER 11<br><br>Case No. 10-14997-brl |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Ronald M. Tucker, 225 West Washington Street, Indianapolis, Indiana 46204 represents Simon Property Group, Inc., as landlord (Creditor) and party in interest in the above case. The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a). All such notices should be addressed as follows:

> Simon Property Group, Inc.
> Attn: Ronald M. Tucker, Esq.
> 225 West Washington Street
> Indianapolis, Indiana 46204

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

>  Respectfully submitted
>
>  _____/s/Ronald M. Tucker_____
>  Ronald M. Tucker, Esq., Attorney for
>  Simon Property Group, Inc. and its related entities
>  IN 11428-49
>  (317) 263-2346
>  (317) 263-7901 (FAX)
>  e-mail address: rtucker@simon.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 23rd day of September, 2010 via U.S. Mail prepaid, facsimile and/or ECF Noticing to the following persons:

By: ____/s/Ronald M. Tucker_____
     Ronald M. Tucker, Esq.

*Debtor*
**Blockbuster Inc.**
1201 Elm Street
Dallas, TX 75270

represented by **Stephen Karotkin**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

*U.S. Trustee*
**United States Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004