**KELLEY DRYE & WARREN LLP**
James S. Carr
Robert L. LeHane
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

Attorneys for Aston Properties, Basser-Kaufman,
Developers Diversified Realty Corporation,
General Growth Properties, Inc., Jones Lang LaSalle Americas, Inc.
Regency Centers Corporation, and Weingarten Realty Investors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Blockbuster Inc., <u>et al.</u>,*1* | ) | Case No. 10-14997 (BRL) |
| | ) | |
| | ) | (Joint Administration Pending) |
| Debtors. | ) | |

_____)

<u>**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS
AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**</u>

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned

cases on behalf of Aston Properties, Basser-Kaufman, Developers Diversified Realty

Corporation, General Growth Properties, Inc., Jones Lang LaSalle Americas, Inc.

Regency Centers Corporation, and Weingarten Realty Investors ("<u>Landlords</u>"), creditors, and

pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section

1109(b) of the Bankruptcy Code, request that all notices given or required to be given and all

papers served in these cases be delivered to and served upon the parties identified below at the

following address and further request to be added to the Master Service List:

---

[1]     The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Blockbuster Inc. (5102); Blockbuster Canada Inc. (1269); Blockbuster Digital Technologies Inc. (9222); Blockbuster Distribution, Inc. (0610); Blockbuster Gift Card, Inc. (1855); Blockbuster Global Services Inc. (3019); Blockbuster International Spain Inc. (7615); Blockbuster Investments LLC (6313); Blockbuster Procurement LP (2546); Blockbuster Video Italy, Inc (5068); Movielink, LLC (5575); Trading Zone Inc. (8588); and B2 LLC (5219).

James S. Carr, Esq.
Robert L. LeHane, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York  10178
Tel:  (212) 808-7800
Fax:  (212) 808-7897
E-mail: KDWBankruptcyDepartment@kelleydrye.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the

Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders,

applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or

informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or

otherwise, in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or

suit is not intended nor shall be deemed to waive the Landlords': (i) right to have final orders in

non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by

jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto;

(iii) right to have the reference withdrawn by the United States District Court in any matter

subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses,

setoffs or recoupments to which the Landlords are or may be entitled under agreements, at law,

or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are

hereby reserved.

Dated: New York, New York
September 23, 2010

KELLEY DRYE & WARREN LLP

By: */s/ James S. Carr*
 James S. Carr
 Robert L. LeHane
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

Attorneys for Aston Properties, Basser-Kaufman
Developers Diversified Realty Corporation
General Growth Properties, Inc.,
Jones Lang LaSalle Americas, Inc.
Regency Centers, L.P., and Weingarten Realty
Investors