**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
                                  :

**In re**                                :

                                :        **Chapter 11**

**BLOCKBUSTER DIGITAL**       :
**TECHNOLOGIES INC.,**       :        **Case No. 10-14996 (BRL)**
                     **Debtor.**     :

                                :
-------------------------------------------------------x
                                :

**In re**                                :

                                :        **Chapter 11**

**BLOCKBUSTER INC.,**          :

                                :        **Case No. 10-14997 (BRL)**

                     **Debtor.**     :

                                :
-------------------------------------------------------x
                                :

**In re**                                :

                                :        **Chapter 11**

**BLOCKBUSTER CANADA INC.,**   :

                                :        **Case No. 10-14998 (BRL)**

                     **Debtor.**     :

                                :
-------------------------------------------------------x
                                :

**In re**                                :

                                :        **Chapter 11**

**BLOCKBUSTER DISTRIBUTION,** :
**INC.,**                                :        **Case No. 10-14999 (BRL)**
                     **Debtor.**     :

                                :
-------------------------------------------------------x
                                :

**In re**                                :

                                :        **Chapter 11**

**BLOCKBUSTER GIFT CARD, INC.,** :

                                :        **Case No. 10-15000 (BRL)**

                     **Debtor.**     :

                                :
-------------------------------------------------------x

```
-------------------------------------------------------x
                                            :
In re                                       :
                                            :        Chapter 11
BLOCKBUSTER GLOBAL                          :
SERVICES INC.,                              :        Case No. 10-15001 (BRL)
                          Debtor.           :
                                            :
-------------------------------------------------------x
                                            :
In re                                       :
                                            :        Chapter 11
BLOCKBUSTER INTERNATIONAL                   :
SPAIN INC.,                                 :        Case No. 10-15002 (BRL)
                          Debtor.           :
                                            :
-------------------------------------------------------x
                                            :
In re                                       :
                                            :        Chapter 11
BLOCKBUSTER                                 :
INVESTMENTS LLC,                            :        Case No. 10-15003 (BRL)
                          Debtor.           :
                                            :
-------------------------------------------------------x
                                            :
In re                                       :
                                            :        Chapter 11
BLOCKBUSTER PROCUREMENT LP,                 :
                                            :        Case No. 10-15004 (BRL)
                          Debtor.           :
                                            :
-------------------------------------------------------x
                                            :
In re                                       :
                                            :        Chapter 11
BLOCKBUSTER VIDEO ITALY, INC.,              :
                                            :        Case No. 10-15005 (BRL)
                          Debtor.           :
                                            :
-------------------------------------------------------x
```

```
---------------------------------------------------x
                                                   :
In re                                              :
                                                   :        Chapter 11
MOVIELINK, LLC,                                    :
                                                   :        Case No. 10-15006 (BRL)
                               Debtor.             :
                                                   :
---------------------------------------------------x
                                                   :
In re                                              :
                                                   :        Chapter 11
TRADING ZONE INC.                                  :
                                                   :        Case No. 10-15007 (BRL)
                               Debtor.             :
                                                   :
---------------------------------------------------x
                                                   :
In re                                              :
                                                   :        Chapter 11
B² LLC,                                            :
                                                   :        Case No. 10-15008 (BRL)
                               Debtor.             :
                                                   :
---------------------------------------------------x
```

**ORDER PURSUANT TO FED. R. BANKR. P. 1015(b)**
**DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon the Motion,[1] dated September 23, 2010, of Blockbuster Digital

Technologies Inc., its parent, Blockbuster Inc., and their debtor affiliates, as debtors and debtors

in possession (collectively, "*Blockbuster*" or the "*Debtors*"), pursuant to Rule 1015(b) of the

Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), for entry of an order directing

the joint administration of the Debtors' chapter 11 cases for procedural purposes only, all as

more fully described in the Motion; and the Court having jurisdiction to consider the Motion and

grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order

---

[1]     Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the
        Motion.

M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All

Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the

Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before

this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having provided notice of

the Motion and Hearing (as defined below) to the Notice Parties; and the Court having held a

hearing to consider the requested relief (the "*Hearing*"); and upon the record of the Hearing, and

all of the proceedings before the Court, the Court finds and determines that the requested relief is

in the best interests of the Debtors, their estates, creditors, and all other parties in interest; the

Debtors have provided due and proper notice of the Motion and Hearing and no further notice is

necessary; the legal and factual bases set forth in the Motion establish just and sufficient cause to

grant the requested relief herein; **IT IS HEREBY ORDERED THAT:**

1.         The Motion is granted as provided herein.

2.         The above-captioned chapter 11 cases are consolidated for procedural

purposes only and shall be jointly administered by the Court under Case No. 10-14997 (BRL).

3.         Nothing contained in this Order shall be deemed or construed as

directing or otherwise effecting the substantive consolidation of any of the above-captioned

cases.

4.         The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
:
**In re**                                                      :          **Chapter 11**
:
**BLOCKBUSTER INC.,** *et al.*              :          **Case No. 10-14997 (BRL)**
:
**Debtors.**           :          **(Jointly Administered)**
:
-------------------------------------------------------------x

        5.        A docket entry shall be made in each of above-captioned chapter 11

cases substantially as follows:

> An Order has been entered in this case directing the procedural
> consolidation and joint administration of the chapter 11 cases of
> Blockbuster Digital Technologies Inc.; Blockbuster Inc.;
> Blockbuster Canada Inc.; Blockbuster Distribution, Inc.;
> Blockbuster Gift Card, Inc.; Blockbuster Global Services Inc.;
> Blockbuster International Spain Inc.; Blockbuster Investments
> LLC; Blockbuster Procurement LP; Blockbuster Video Italy, Inc;
> Movielink, LLC; Trading Zone Inc.; and $B^2$ LLC. The docket in
> Case No. 10-14997 (BRL) should be consulted for all matters
> affecting this case.

        6.  The Debtors shall be permitted to file their monthly operating reports required

by the U.S. Trustee Operating Guidelines on a consolidated basis; *provided*, *however*, that the

Debtors shall list disbursements separately for each individual Debtor.

        7.  This Court shall retain jurisdiction to hear and determine all matters arising

from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated:  September 23, 2010
       New York, New York

                                /s/Burton R. Lifland_____
                                UNITED STATES BANKRUPTCY JUDGE