SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
David J. McCarty (DM-2021)
Kyle J. Mathews (KM-3255)
Gina Giang (GG-4649)
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

*Attorneys for U.S. Bank National
Association, as Indenture Trustee
and Collateral Agent*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
| In re: | : | Chapter 11 |
| | : | |
| BLOCKBUSTER INC., *et al.*[1] | : | Case No. 10-14997 |
| | : | |
| Debtors. | : | (Jointly Administered) |
------------------------------------------------------------X

**MOTION FOR ADMISSION OF KYLE MATHEWS**
**TO PRACTICE *PRO HAC VICE***

I, Kyle Mathews, a member in good standing of the bar of the State of California and the U.S. District Court for the Central District of California, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent U.S. Bank National Association, as indenture trustee and collateral agent, in the above-captioned proceedings and any related adversary proceedings that may be commenced. I agree to pay the fee of $25 upon approval of this Motion by the Court.

---

[1] The jointly administered debtors in these Chapter 11 cases are Blockbuster Inc., Blockbuster Canada Inc., Blockbuster Digital Technologies Inc., Blockbuster Distribution, Inc., Blockbuster Gift Card, Inc., Blockbuster Global Services Inc., Blockbuster International Spain Inc., Blockbuster Investments LLC, Blockbuster Procurement LP, Blockbuster Video Italy, Inc, Movielink, LLC, TradingZone Inc., and B$^2$ LLC (collectively, the "Debtors").

My address is:	Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, California  90071
213-617-4236 Telephone
213-620-1398 Facsimile
kmathews@sheppardmullin.com

Dated:	September 23, 2010
Los Angeles, California

*/s/ Kyle Mathews*
Attorney for
U.S. Bank National Association
as Indenture Trustee and Collateral Agent

**ORDER**

ORDERED, that Kyle Mathews, Esq., is admitted to practice, *pro hac vice*, in the above-captioned proceedings and any related adversary proceedings that may be commenced in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:      September ___, 2010
            New York, New York

                                              _____
                                              United States Bankruptcy Judge