Stephen Karotkin
Martin A. Sosland (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
:
In re                                                    :        **Chapter 11**
:
**BLOCKBUSTER INC.,** *et al.*,[1]                       :        **Case No. 10-14997 (BRL)**
:
        **Debtors.**                                     :        **(Jointly Administered)**
-------------------------------------------------------------x

**NOTICE OF DEBTORS' SECOND OMNIBUS MOTION TO**
**REJECT CERTAIN UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES**

PLEASE TAKE NOTICE that a hearing on the annexed Motion, dated October 1,

2010 (the "***Motion***"), of Blockbuster Digital Technologies Inc., its parent Blockbuster Inc., and

their debtor affiliates, as debtors and debtors in possession (collectively, "***Blockbuster***" or the

"***Debtors***"), for entry of an order, pursuant to sections 365 and 554 of chapter 11 of title 11 of the

United States Code and Federal Rules of Bankruptcy Procedure 6006, 6007, and 9014, approving

the Debtors' rejection of certain unexpired leases of nonresidential real property (collectively,

the "***Leases***"), effective as of the date hereof, and authorizing the Debtors to abandon certain

equipment, fixtures, furniture or other personal property located in the premises associated with

---

[1]  The Debtors, together with the last four digits of each Debtor's federal tax identification number, are:
     Blockbuster Inc. (5102); Blockbuster Canada Inc. (1269); Blockbuster Digital Technologies Inc.
     (9222); Blockbuster Distribution, Inc. (0610); Blockbuster Gift Card, Inc. (1855); Blockbuster Global
     Services Inc. (3019); Blockbuster International Spain Inc. (7615); Blockbuster Investments LLC
     (6313); Blockbuster Procurement LP (2546); Blockbuster Video Italy, Inc (5068); Movielink, LLC
     (5575); Trading Zone Inc. (8588); and B$^2$ LLC (5219).

the rejected Leases, all as more fully set forth in the Motion, will be heard before the Honorable

Burton R. Lifland, United States Bankruptcy Judge, at the United States Bankruptcy Court for

the Southern District of New York (the "**Bankruptcy Court**"), Courtroom 623, Alexander

Hamilton Custom House, One Bowling Green, New York, New York 10004, on **October 19,**

**2010 at 10:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the

Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the

Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with two

hard copies delivered directly to Chambers) and served upon: (i) the Debtors, c/o Blockbuster

Inc., 1201 Elm Street, Dallas, Texas 75270 (Attn: Rod McDonald, Esq.); (ii) attorneys to the

Debtors, Weil, Gotshal & Manges LLP, at (a) 767 Fifth Avenue, New York, New York 10153

(Attn: Stephen Karotkin, Esq.) and (b) 200 Crescent Court, Suite 300, Dallas, Texas 75201

(Attn: Martin A. Sosland, Esq.); (iii) the Office of the United States Trustee for the Southern

District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Brian

Masumoto, Esq.); (iv) those creditors holding the fifty largest unsecured claims against the

Debtors' estates; (v) Sheppard, Mullin, Richter & Hampton LLP, the attorneys for U.S. Bank

National Association, as trustee under that certain indenture agreement, dated as of October 1,

2009, with respect to the 11.75% Senior Secured Notes due 2014 issued by Blockbuster Inc.

(Attn: Kyle J. Mathews, Esq.); (vi) Emmet, Marvin & Martin, LLP, the attorneys for The Bank

of New York Trust Company, N.A., as trustee under that certain indenture agreement, dated as of August 20, 2004, with respect to the 9% Senior Subordinated Notes due 2012 issued by Blockbuster Inc. (Attn: Edward P. Zujkowski, Esq.); (vii) Sidley Austin LLP, attorneys for the lenders under the Debtor in Possession Revolving Credit Agreement (the "***DIP Facility***") (Attn: James Seery, Esq.); and (viii) Skadden, Arps, Slate, Meagher & Flom LLP, the attorneys for Wilmington Trust FSB as agent under the DIP Facility (Attn: Peter J. Neckles, Esq.), in each case so as to be received no later than **4:00 p.m. on October 12, 2010 (Prevailing Eastern Time)** (the "***Objection Deadline***").

PLEASE TAKE FURTHER NOTICE that if no objections are timely filed and served with respect to the Motion, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered with no further notice or opportunity to be heard.

Dated: October 1, 2010
      New York, New York

/s/ Stephen Karotkin
Stephen Karotkin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

and

Martin A. Sosland (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7700

Attorneys for Debtors and Debtors in Possession

**PARTIES RECEIVING THIS OMNIBUS MOTION SHOULD
LOCATE THEIR NAMES AND THEIR LEASES IN THE ATTACHED
EXHIBIT A TO DETERMINE IF THIS MOTION AFFECTS
THEIR AGREEMENT AND THEIR RIGHTS THEREUNDER.**

Stephen Karotkin
Martin A. Sosland (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **BLOCKBUSTER INC., *et al.*,**[1] | : | **Case No. 10-14997 (BRL)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

-------------------------------------------------------------x

**DEBTORS' SECOND OMNIBUS MOTION TO REJECT
CERTAIN UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES**

TO THE HONORABLE BURTON R. LIFLAND,
UNITED STATES BANKRUPTCY JUDGE:

Blockbuster Digital Technologies Inc., its parent Blockbuster Inc., and their

debtor affiliates, as debtors and debtors in possession (collectively, "***Blockbuster***" or the

---

[1]   The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Blockbuster Inc. (5102); Blockbuster Canada Inc. (1269); Blockbuster Digital Technologies Inc. (9222); Blockbuster Distribution, Inc. (0610); Blockbuster Gift Card, Inc. (1855); Blockbuster Global Services Inc. (3019); Blockbuster International Spain Inc. (7615); Blockbuster Investments LLC (6313); Blockbuster Procurement LP (2546); Blockbuster Video Italy, Inc (5068); Movielink, LLC (5575); Trading Zone Inc. (8588); and B$^2$ LLC (5219).

"**_Debtors_**"), submit this second omnibus motion[2] (the "**_Motion_**") and respectfully represent as follows:

1. On September 23, 2010 (the "**_Commencement Date_**"), each of the Debtors commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "**_Bankruptcy Code_**"). The Debtors are authorized to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' chapter 11 cases are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**_Bankruptcy Rules_**").

## I.

## RELIEF REQUESTED

2. By this Motion, the Debtors request that, pursuant to sections 365(a) and 554(a) of the Bankruptcy Code and Bankruptcy Rules 6006, 6007, and 9014, the Court enter an order, substantially in the form of **_Exhibit "B"_** annexed hereto, (i) approving the Debtors' rejection of 50 unexpired leases of nonresidential real property[3] identified on **_Exhibit "A"_** annexed hereto[4] (each, a "**_Lease_**," and collectively, the "**_Leases_**"), effective as of September 30, 2010 (the "**_Lease Rejection Date_**"), and (ii) authorizing the Debtors to abandon certain

---

[2]   On September 24, 2010, the Debtors filed their first omnibus motion to reject unexpired non-residential real property leases. (*See Motion Pursuant to 11 U.S.C. §§ 365(a) and 554(a) and Fed R. Bankr. P. 6006, 6007, and 9014 for Approval of Rejection of Certain Unexpired Leases of Non-Residential Real Property and Authorization to Abandon Certain Property Effective as of the Commencement Date* [Docket No. 73].)

[3]   Including any guaranties, amendments, subleases, and ancillary documents related thereto.

[4]   Copies of the Leases will be made available upon request of Debtors' counsel. This Motion is without prejudice to the Debtors' right to assert that any one or all of the Leases expired by their own terms or were terminated prior to the effective date of the rejection, as the case may be. Moreover, nothing herein shall be deemed an admission that the Leases are enforceable obligations of the Debtors, are executory in nature, or that the parties identified on **_Exhibit "A"_** have valid claims against the Debtors as a result of the rejections sought herein.

equipment, fixtures, furniture or other personal property (the "***Personal Property***") located in the premises associated with the rejected Leases (the "***Leased Premises***").

## II.

## BACKGROUND

3.      More than twenty five years ago, Blockbuster became the first national retail chain provider of in-home entertainment, with its blue and gold torn-ticket logo symbolizing the decision by consumers to forego the movie theatre experience and "Make it a Blockbuster Night"[®] by staying home to watch the latest in new movie title releases from the convenience of their living rooms.  Since its incorporation in 1982, Blockbuster has expanded its retail business operations domestically and abroad via a mix of corporate and franchisee-owned stores, with, as of August 29, 2010, over 5,600 stores in the United States and its territories and 16 other countries.  To manage its business and properties, Blockbuster employs approximately 25,500 employees who perform a variety of critical functions, including customer service, inventory control, management, leasing, accounting, marketing, purchasing and sales, shipping, tax, technical services, and legal services.

### A.      Domestic Operations

4.      Blockbuster operates its domestic media entertainment business through three principal channels of distribution: (i) retail; (ii) by-mail; and (iii) digital.  As a result of this multi-channel distribution scheme, Blockbuster offers customers a value-priced entertainment experience, combining the broad array of products offered by a specialty or online retailer with the convenience of a local neighborhood retailer.

#### 1.      *Retail Channel*

5.      The convenience offered to customers by having Blockbuster stores

located in their cities, towns, and neighborhoods has been instrumental in establishing the BLOCKBUSTER® brand. As of August 29, 2010, there were 3,306 stores operating under the BLOCKBUSTER® brand in the United States and its territories. Of these stores, 2,924 are owned and operated by Blockbuster Inc. and 382 stores are owned and operated by franchisees. Blockbuster stores offer movies and games (collectively, "***Product***") for rent and purchase (both new and previously-viewed) as well as other entertainment-related consumer electronics and accessories, game consoles, confection, and movie-related merchandise for purchase. Additionally, approximately 240 of these locations include store-in-store game locations operating under the GAME RUSH® brand.

6.     In step with its continued commitment to be the premier retailer of new release movies, Blockbuster has recently focused on promoting its rapidly emerging availability advantage over certain of its key competitors, who do not have access to key new Product for the initial 28 days of release (the "28-***day Window***"). In 2009, the 28-day Window was imposed by certain movie studios on the rental of newly released titles after the initial distribution date of a title so as to diminish the effect of rental on the retail sale of such titles. Given that a substantial portion of Blockbuster's rental revenues are derived from the rental of such new release Product, Blockbuster's advantage with respect to the 28-day Window is expected to maintain and improve its customer preference and loyalty in comparison to its competitors.

7.     To expand its retail reach, in early 2009, Blockbuster entered into an agreement with NCR Corporation ("***NCR***") to launch BLOCKBUSTER Express® branded vending kiosks. Through this partnership, NCR builds and maintains the kiosks and pays royalties to Blockbuster on the revenues generated. This agreement allows Blockbuster to compete in the popular vending kiosk channel without incurring capital expenditures and start-up

costs on its own account, while making Product more convenient and less expensive for its customers.  As of September 19, 2010, there were approximately 6,630 kiosks operating under the BLOCKBUSTER Express® brand throughout the United States and its territories.

### 2. By-Mail Channel

8.      Blockbuster offers a by-mail subscription program through its retail chain and through its website, www.blockbuster.com, whereby customers rent Product that is delivered directly to them by-mail.  The by-mail subscription program provides customers access to substantially more Product than is available in its stores, and allows Blockbuster to compete directly with certain of its key competitors.  In contrast to its competitors, Blockbuster offers: (i) a wide selection of games; and (ii) Blu-ray Product at no additional charge.  Through its BLOCKBUSTER Total Access™ program ("*Total Access*"), Blockbuster also offers its by-mail subscribers the ability to exchange up to five online movie rentals for in-store movies at its retail locations for only a few dollars more per month.  The by-mail subscription program allows Blockbuster to reach customers located in geographic areas where it does not operate store locations.

9.      In order to promote the synergies between its retail and by-mail channels of distribution and to profitably grow its by-mail customer base, Blockbuster recently launched a marketing partnership with Comcast Cable Corporation ("*Comcast*").  This partnership includes the launch of *DVDs by Mail,* a co-branded by-mail offer available at www.DVDsbymail.com.  As part of the marketing partnership, Comcast customers are now being offered Blockbuster's by-mail services (both by-mail and Total Access-like products) through the new co-branded web site as an additional service within their Comcast package.  On the site, customers can browse Blockbuster's vast library of more than 95,000 movie and television titles, create a queue of titles

they want to rent and then get the DVDs through the mail or at a Blockbuster retail store, where they can also exchange their rentals. In turn, Blockbuster is installing Comcast-dedicated kiosks in select stores that allow customers to quickly and easily learn about, and sign up for, Comcast services.

### 3. Digital Channel

10. As new distribution channels have emerged and as consumer interest in accessing Product in new ways has grown, Blockbuster has begun to expand its footprint into the digital realm. To that end, Blockbuster's digital business currently offers its customers on-demand access to one of the largest libraries of digital movies for both rental and sale through multiple formats. Blockbuster began its digital initiatives with the purchase of Movielink from a consortium of movie studios in 2007.

11. Through Blockbuster's website, www.blockbuster.com, Blockbuster customers can download and view movies on their personal computers after downloading Blockbuster's personal computer application. In addition, with the convergence of media entertainment and electronic devices, Blockbuster recently entered into strategic partnerships with certain global third party consumer electronics device developers – including Samsung, Philips, TiVo, and Toshiba – to digitally deliver media entertainment to its customers through consumer electronics such as Internet-connected TVs and Blu-ray players through Blockbuster applications embedded in these devices. In the mobile space, Blockbuster has partnered with device makers such as Motorola and HTC, embedding Blockbuster's digital applications in its popular new models for Verizon and T-Mobile. Blockbuster is also pursuing partnerships with Cable TV providers to offer Blockbuster-branded video-on-demand services inside an operator's set-top-box infrastructure.

B.    **International Operations**

12.    Blockbuster's international operations, which serve as ambassadors of the BLOCKBUSTER® brand, are comprised of all store operations outside the United States and its territories, including:  (i) owned retail operations in Canada, the United Kingdom, Denmark, Italy, Mexico, Argentina, and Uruguay, and (ii) franchised retail operations in Australia, Brazil, Chile, Columbia, Guatemala, Israel, Italy, Mexico, New Zealand, Panama, Portugal, and Taiwan. As of August 29, 2010, Blockbuster had 2,333 stores in 16 markets outside of the United States operating under the BLOCKBUSTER® brand, the GAME RUSH® brand, and other brand names owned by Blockbuster.  During 2008 and 2009, 29% and 30% of Blockbuster's revenues were generated outside of the United States, respectively.  Blockbuster's international operations have historically been more dependent than the domestic operations on retail sales and, in particular, sales of games, as opposed to revenue generated from rentals.

C.    **Financials**

13.    As of July 4, 2010, the Debtors, on a consolidated basis, reported approximately $1.2 billion in total assets and approximately $1.6 billion in total liabilities.  For 2009, Blockbuster reported consolidated revenues of approximately $4.1 billion and net cash from operating activities of $29.3 million.

14.    Additional information regarding Blockbuster's business, capital structure, and the circumstances leading to these chapter 11 cases is contained in the *Affidavit of Jeffery J. Stegenga Pursuant to Local Bankruptcy Rule 1007-2 in Support of First Day Motions* (the "***First Day Affidavit***").

**III.**

**JURISDICTION**

15.     Pursuant to 28 U.S.C. §§ 157 and 1334 and Standing Order M-61 of the

United States District Court for the Southern District of New York, dated July 10, 1984 (Ward,

Acting C.J.), the Court has jurisdiction to consider and grant the relief requested herein.  A

proceeding to consider and grant such relief is a core proceeding pursuant to 28 U.S.C. § 157(b).

Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**IV.**

**THE LEASES**

16.     Blockbuster has been analyzing and reviewing – and continues to analyze

and review – its extensive lease portfolio and the performance of each of its retail stores.  In

connection therewith, Blockbuster has determined that closure of certain underperforming stores

would be in its best interest and would promote the Debtors' successful reorganization.  Prior to

the Lease Rejection Date, the retail stores associated with each of the Leases were closed and

Blockbuster vacated the Leased Premises associated therewith.  In addition, Blockbuster has

returned the keys to the Leased Premises and notified the respective counterparties to the Leases

in writing of Blockbuster's vacation of the Leased Premises and intention to reject the Leases

effective as of the Lease Rejection Date.  Accordingly, by this Motion, Blockbuster seeks

approval of its rejection of the Leases identified on *Exhibit "A"* hereto.

17.     In connection with each of the retail store closures, Blockbuster removed

personal property to the extent it was cost effective to do so, and to the extent such property

could be utilized in its ongoing business operations.  Blockbuster also disposed of a limited

amount of personal property, where such property was of inconsequential value or unnecessary

to its stores' ongoing operations.  Certain Personal Property of *de minimis* value was also left

behind in almost all of the Leased Premises, which the Debtors seek authority to abandon to the landlords of the Leased Premises.

18.      Because the Debtors no longer maintain operational retail stores at the Leased Premises, continued compliance with the terms of the Leases would be burdensome and would provide no corresponding benefit to Blockbuster or the stakeholders in these chapter 11 cases.  Accordingly, it is in the best interests of the Debtors and their estates to promptly reject the Leases and abandon any Personal Property remaining therein pursuant to sections 365 and 554(a) of the Bankruptcy Code.  Rejection of the Leases will maximize the value of the Debtors' estates and eliminate unnecessary costs associated with the Leases and the Leased Premises.  As of the Commencement Date, Blockbuster continues to be obligated to pay rent under the Leases even though it has ceased operations at the respective premises.  Moreover, in addition to its obligation to pay rent, Blockbuster also is obligated to pay for certain property taxes, utilities, insurance and other related charges associated with the Leases.  By rejecting the Leases, Blockbuster estimates that it will be able to achieve cost savings of approximately $5.7 million in rent and other related obligations over the remaining term of the Leases.  Therefore, immediate rejection of the Leases represents a prudent exercise of the Debtors' business judgment. Blockbuster also has reviewed the market value of the Leases and determined that marketing the Leases for assignment or sublease to a third party, especially given the relatively short term remaining for each Lease, would not generate any significant value for the estates.

## V.

## BASIS FOR RELIEF REQUESTED

### A.      Rejection of the Leases Is Supported By the Debtors' Business Judgment and Should Be Approved By the Court

19.      Section 365(a) of the Bankruptcy Code provides, in pertinent part, that a

debtor in possession "subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor." 11 U.S.C. § 365(a); *see also NLRB v. Bildisco & Bildisco*, 465 U.S. 513, 521 (1984); *Med. Malpractice Ins. Ass'n v. Hirsch (In re Lavigne)*, 114 F.3d 379, 386 (2d Cir. 1997). "[T]he purpose behind allowing the assumption or rejection of executory contracts is to permit the trustee or debtor-in-possession to use valuable property of the estate and to renounce title to and abandon burdensome property." *Orion Pictures Corp. v. Showtime Networks, Inc. (In re Orion Pictures Corp.)*, 4 F.3d 1095, 1098 (2d Cir. 1993) (internal quotation marks and reference omitted).

20.    Courts defer to a debtor's business judgment in rejecting an executory contract or unexpired lease, and upon finding that a debtor has exercised its sound business judgment, approve a debtor's decision to reject under section 365(a) of the Bankruptcy Code. *See Bildisco & Bildisco*, 465 U.S. at 523 (recognizing application of the "business judgment" standard in approving rejection of executory contracts and unexpired leases); *Nostas Assocs. v. Costich (In re Klein Sleep Prods., Inc.)*, 78 F.3d 18, 25 (2d Cir. 1996) (same); *In re Minges*, 602 F.2d 38, 42-43 (2d Cir. 1979) (same); *In re G Survivor Corp.*, 171 B.R. 755, 757 (Bankr. S.D.N.Y. 1994), *aff'd*, 187 B.R. 111 (S.D.N.Y. 1985) (approving rejection of license by debtor because such rejection satisfied the "business judgment" test); *In re Child World, Inc.*, 142 B.R. 87, 89 (Bankr. S.D.N.Y. 1992) (stating that a debtor may assume or reject an unexpired lease under § 365(a) in the exercise of its "business judgment").

21.    Blockbuster has determined that the Leases are not a source of potential value for these estates or their creditors and are not necessary for its reorganization effort under chapter 11. In fact, the Leases are a net drain on the estates because they relate to Leased Premises that are currently unoccupied by the Debtors and, as a result, do not provide any benefit

to the Debtors' estates and are unnecessary to the Debtors' ongoing operations. As such, rejection of the Leases will relieve a significant burden relative to Blockbuster's restructuring efforts. Accordingly, in Blockbuster's business judgment, the Leases should be rejected.

**B.** **The Balance of Equities Favors Rejection**
**Of the Leases as of the Lease Rejection Date**

22. Blockbuster submits that the Leases should be rejected as of the Lease Rejection Date. Such relief is appropriate, and will expedite Blockbuster's relief from the burdensome obligations under the Leases.

23. Section 365 of the Bankruptcy Code "does not state that rejection cannot be applied retroactively, or that there are restrictions as to the manner in which the Court can approve rejection." *Constant Ltd. P'ship v. Jamesway Corp. (In re Jamesway Corp.)*, 179 B.R. 33, 37 (S.D.N.Y. 1995); *see also Stonebriar Mall Ltd. P'ship v. CCI Wireless (In re CCI Wireless, LLC)*, 297 B.R. 133, 138 (D. Colo. 2003) ("[S]ection 365 [of the Bankruptcy Code] does not prohibit the Bankruptcy Court from allowing the rejection of [contracts] to apply retroactively."). Many courts have authorized rejection retroactively to a date prior to entry of the order authorizing such rejection where the balance of equities favored such relief. *See, e.g., Adelphia Bus. Solutions, Inc. v. Abnos*, 482 F.3d 602, 607-09 (2d Cir. 2007) (holding Bankruptcy Court did not abuse its discretion in finding balance of equities favored making rejection of a nonresidential lease of real property retroactive to hearing date where parties knew of its intention to make the order retroactive and thus landlord had notice of effective date of rejection, and where tenant vacated premises, thereby providing landlord with opportunity to relet premises); *In re Thinking Mach. Corp. v. Mellon Fin. Servs.*, 67 F.3d 1021, 1028 (1st Cir. 1995) (approving retroactive orders of rejection where the balance of equities favors such relief); *BP*

*Energy Co. v. Bethlehem Steel Corp. (In re Bethlehem Steel Corp.)*, No. 02 Civ. 6419 (NRB),

2002 WL 31548723, at *3 (S.D.N.Y. Nov. 15, 2002) (holding same).

24.    In considering whether to approve retroactive rejection, courts examine a

number of factors, including the costs that a delayed rejection date would otherwise impose on a

debtor.  *See, e.g., In re Jamesway Corp.*, 179 B.R. at 33-39.  Courts also consider whether the

debtor has provided sufficient notice of its intent to reject an unexpired lease of real property.

*See, e.g.*, *Tenucp Prop. LLC v. Riley (In re GCP CT School Acquisition LLC)*, No. 09-11846,

2010 WL 2044871, at *10-11 (B.A.P. 1st Cir. May 24, 2010) (finding sale and settlement

motions, in the aggregate, provided landlord with sufficient and reasonable notice that chapter 7

trustee intended to reject unexpired real property lease, and that Bankruptcy Court had basis to

exercise its equitable powers to order rejection to operate retroactively).  A debtor's timely

surrender of leased premises weighs in favor of retroactive rejection because it enables a landlord

to seek a new tenant in an expeditious manner.  *See, e.g., Adelphia Bus. Solutions*, 482 F.3d at

608-09 ("The Bankruptcy Court also properly considered that [the debtor] had vacated the

premises and thereby provided [the landlord] with the opportunity to lease the premises to

another tenant.").

25.    The facts in these chapter 11 cases favor approval of retroactive rejection

of the Leases and retroactive rejection of the Leases is fair and equitable to all parties.  As stated,

prior to the Lease Rejection Date, Blockbuster vacated the Leased Premises and liquidated

inventory, putting the landlords on notice of its intent to close the affected stores, and giving the

landlords an opportunity to mitigate damages by beginning a search for new tenants.[5]  As a result

of these store closures and Blockbuster's vacation of the Leased Premises, the landlords have not

---

[5]    With respect to one Leased Premises that is currently subleased, Blockbuster has also provided notice of the Motion to the sublessee that is indicated on ***Exhibit "A"*** annexed hereto.

been subject to any uncertainty regarding the Debtors' intent with respect to the Leases.

Moreover, the landlords will not be unduly prejudiced if the rejection is deemed effective as of the Lease Rejection Date because they will receive notice of this Motion and have sufficient opportunity to act accordingly. Any postponement of the effective date of rejection of the Leases would compel Blockbuster to compensate the landlords, at Blockbuster's and its creditors' expense, for a delay that Blockbuster has made every effort to avoid, and force Blockbuster potentially to incur unnecessary administrative charges for Leases that provide no tangible benefit to these estates. Such an outcome would be inequitable and prejudicial to the Debtors and their estates.

26. Similar orders have been issued by this Court, *see In re Acterna Corp.*, Case No. 03-12837 (BRL) (Bankr. S.D.N.Y. May 30, 2003) (approving rejection of leases effective as of the date the cases were commenced), and in other cases in this district. *See In re Uno Restaurant Holdings Corp.*, Ch. 11 Case No. 10-10209 (MG) (Bankr. S.D.N.Y. Mar. 23, 2010) (approving rejection of leases retroactive to date debtors vacated premises related to leases); *In re Uno Restaurant Holdings Corp.*, Ch. 11 Case No. 10-10209 (MG) (Bankr. S.D.N.Y. Feb. 17, 2010) (approving rejection of leases effective as of date the cases were commenced); *In re BearingPoint, Inc.*, Ch. 11 Case No. 09-10691 (REG) (Bankr. S.D.N.Y. May 12, 2009) (approving rejection of leases retroactive to date property was vacated); *In re BearingPoint, Inc.*, Ch. 11 Case No. 09-10691 (REG) Bankr. S.D.N.Y. Mar. 13, 2009) (approving rejection of leases retroactive to date the cases were commenced); *In re Lenox Sales, Inc.*, Case No. 08-14679 (ALG) (Bankr. S.D.N.Y. Jan. 15, 2009) (approving retroactive rejection of leases to the date that the property was vacated); *In re Silicon Graphics, Inc.*, Ch. 11 Case No. 06-10977 (ALG) (Bankr. S.D.N.Y. May 31, 2006) (approving retroactive rejection of contracts

and leases to the later of the date the cases were commenced or the date the debtors surrendered the leased premises).

27.     For the reasons set forth above, retroactive rejection of the Leases is fair and equitable to all parties in interest, especially where the counterparties to the Leases will not be prejudiced thereby.

**C.     Personal Property Remaining in the Leased Premises**
**Is of Inconsequential Value and of No Benefit to**
**Blockbuster and Abandonment Should Be Approved By the Court**

28.     Pursuant to section 554(a) of the Bankruptcy Code, Blockbuster seeks authorization to abandon Personal Property that remains on the Leased Premises. Although Blockbuster has vacated such premises and removed Personal Property to the extent feasible and of value to its ongoing operations, a minimal amount of Blockbuster's Personal Property, ancillary to its business operations, remains in almost all of the Leased Premises. To the extent such Personal Property remains in the Leased Premises, it is of inconsequential value and of no benefit to the Debtors' estates.

29.     Section 554(a) of the Bankruptcy Code provides in relevant part that a debtor in possession "after a notice and hearing . . . may abandon any property of the estate "that . . . is of inconsequential value and benefit to the estate." 11 U.S.C. § 554(a). The right to abandon property is, except for certain exceptions inapplicable in the present case, unfettered. *See In re Midlantic Nat'l Bank*, 474 U.S. 494, 502 (1986).

30.     Any Personal Property abandoned to the landlords of the Leased Premises primarily consists of miscellaneous fixtures, furniture, advertising displays, and other office and store equipment that is of inconsequential value or benefit to the Debtors' estates and/or burdensome, insofar as the costs of removal and storage of the Personal Property for future use or marketing and sale is likely to exceed its value to the Debtors' estates. Further, any efforts by

Blockbuster to move or market the Personal Property could unnecessarily delay the Debtors' surrender of the Premises and the rejection of the Leases. In addition, since Blockbuster has closed the store locations at the Leased Premises, the Personal Property no longer is necessary for the its business operations. To the best of Blockbuster's knowledge, the abandonment of the property is not in violation of any state or local statutes or regulations reasonably designed to protect the public health or safety.

31. Rule 6007-1 of the Local Bankruptcy Rules for the Southern District of New York (the "**Local Bankruptcy Rules**") requires that notice of a proposed abandonment describe the property to be abandoned, state the reason for the proposed abandonment, and identify the entity to whom the property is proposed to be abandoned, unless the Court orders otherwise. The Debtors submit that given the description of the Personal Property provided herein and the *de minimis* nature of such property, the requirements of the Local Bankruptcy Rules have been satisfied. Alternatively, to the extent the Court finds such information does not meet the requirements of Local Bankruptcy Rule 6007-1, Blockbuster respectfully requests that the Court waive such requirements with respect to this Motion.

32. The Debtors submit that the abandonment of the Personal Property should be effective as of the Lease Rejection Date.

## VI.

## <u>NOTICE</u>

33. No trustee or examiner has been appointed in these chapter 11 cases. The Debtors have served notice of this Motion on: (i) the Office of the U.S. Trustee (Attn: Brian Masumoto, Esq.); (ii) those creditors holding the fifty largest unsecured claims against the Debtors' estates; (iii) Sheppard, Mullin, Richter & Hampton LLP, the attorneys for U.S. Bank National Association, as trustee under that certain indenture agreement, dated as of October 1,

2009, with respect to the 11.75% Senior Secured Notes due 2014 issued by Blockbuster Inc. (Attn:  Kyle J. Mathews, Esq.); (iv) Emmet, Marvin & Martin, LLP, the attorneys for The Bank of New York Trust Company, N.A., as trustee under that certain indenture agreement, dated as of August 20, 2004, with respect to the 9% Senior Subordinated Notes due 2012 issued by Blockbuster Inc. (Attn:  Edward P. Zujkowski, Esq.); (v) Sidley Austin LLP, attorneys for the lenders under the Debtor in Possession Revolving Credit Agreement (the "**DIP Facility**") (Attn: James Seery, Esq.); (vi) Wilmington Trust FSB, as Agent (the "**Agent**"), under the DIP Facility (Attn: Joshua G. James); (vii) Skadden, Arps, Slate, Meagher & Flom LLP, the attorneys for the Agent (Attn: Peter J. Neckles, Esq.); (viii) the landlords of the Leased Premises identified on ***Exhibit "A"*** annexed hereto; and (ix) any sublessee of the Leased Premises identified on ***Exhibit "A"*** annexed hereto (collectively, the "**Notice Parties**").  The Debtors submit that no other or further notice need be provided.

34.     No previous request for the relief sought herein has been made by the Debtors to this or any other court.

WHEREFORE the Debtors respectfully request that the Court grant the relief requested herein and such other and further relief as it deems just and proper.

Dated: October 1, 2010
      New York, New York

/s/ Stephen Karotkin
Stephen Karotkin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

and

Martin A. Sosland (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas  75201
Telephone:  (214) 746-7700
Facsimile:  (214) 746-7700

# **Exhibit A**

## **Leases to be Rejected**

| Lessor | Lessor's Notice Details | Other Notice Parties | Store No. | Leased Premises | Monthly Rental Obligation | Term of Lease | Rejection Date |
|---|---|---|---|---|---|---|---|
| American Natl B&T Co. of Chicago | American Natl B&T Co. of Chicago Trustee Under Trust No. 8467 120 East Wesley Street Wheaton, IL 60187 | Foxfield Partners 888 Fox Glen Drive St Charles, IL 60174 | 17290[2] | 2712 E Main St St Charles, IL 60174-2445 | $13,538 | 5/31/2011 | 9/30/2010 |
| AmREIT Lantern Lane, L.P. | AMREIT Lantern Lane, LP Attn: Max Shilstone 8 Greenway Plaza, Suite 1000 Houston, TX 77046 | Differential Development - 1994, Ltd. c/o Differential Management, Inc. Attn: Bartley J. Rainey Houston, TX 77046 | 48030 | 12302 Memorial Drive Houston, TX 77024-6000 | $10,599 | 12/31/2010 | 9/30/2010 |
| Benderson-Arcade Associates, LLC | c/o Developers Diversified Realty Corporation ACCT # 101491-20447-1052 | Benderson-Arcade Associates, LLC Dept 101491-20447-1052 P.O. Box 951701 Cleveland, OH 44193 | 36555 | 658 Main Street Arcade, NY 14009-1037 | $8,016 | 10/31/2010 | 9/30/2010 |
| Chelsea Retail, LLC | Chelsea Retail LLC 500 West 43rd Street, Suite 39A New York, NY 10036-4310 | Chelsea Retail, LLC c/o Manufacturers and Traders Trust Company P.O. Box 8000 Buffalo, NY 14267 | 36953 | 189 8th Avenue New York, NY 10011-3302 | $20,999 | 9/30/2014 | 9/30/2010 |
| Columbia Realty Venture | Columbia Realty Venture LLC C/O Bernstein Management Company Attn: Vice President of Commercial Management | Columbia Realty Venture LLC c/o Bernstein Management Corporation 5301 Wisconsin Av., NW Suite 600 Attn: General Counsel Washington, DC 20015 | 11011 | 1895 Columbia Rd NW Washington, DC 20009-2001 | $21,260 | 1/31/2012 | 9/30/2010 |
| Corners Shopping Center Limited Partners | c/o Danly Properties 11940 Jollyville Road, Suite 300-S Austin, TX 78759 |  | 48273 | 3003 S Lamar Blvd Ste F200 Austin, TX 78704-4703 | $9,640 | 6/30/2010 | 9/30/2010 |
| Crofton Boulevard Associates | 4801 St. Elmo Avenue, 2nd Floor Bethesda, MD 20814 | Greenberg, Yrchelsen, Fox & Beyda, LLP 20091 Street, N.W., Suite 675 Washington, DC 20036 | 90363 | 1268 State Route 3 S Crofton, MD 21114-1320 | $12,246 | 9/30/2010 | 9/30/2010 |
| Decphalous Properties Company | Decphalous Properties Company c/o The Widewaters Group, Inc. DeWitt, NY 13214-0001 | The Widewaters Group, Inc. 5786 Widewaters Parkway Dewitt, NY 13214 | 36509 | 4738 Onondaga Blvd Geddes, NY 13219-3304 | $9,891 | 3/31/2011 | 9/30/2010 |
| DRM Retail Ventures L.L.C. | DRM Retail Ventures L.L.C. 1519 Timothy Road, Suite 103 Athens, GA 30606 | DRM Retail Ventures L.L.C. P.O. Box 1943 Attn: David Mulkey Athens, GA 30603 | 13246 | 6670 Covington Highway Lithonia, GA 30058-4814 | $9,303 | 5/31/2012 | 9/30/2010 |
| Elliott #1 Real Estate, Ltd | Elliott #1 Real Estate, Ltd #72 Cedar Lane Sulphur Springs, TX 75482 |  | 48337 | 903 Gilmer Street Sulphur Springs, TX 75482-4318 | $3,413 | 4/30/2011 | 9/30/2010 |
| Fedder Management Company | c/o Fedder Management Corporation 10096 Red Run Boulevard, Suite 300 Owings Mills, MD 21117 | Fedder Management Company 10096 Red Run Blvd., Suite 300 Owings Mills, MD 21117 | 90397 | 105 Hillsmere Drive Annapolis, MD 21403-3920 | $15,801 | 11/30/2010 | 9/30/2010 |

[1] The Debtor lessee for each of the Leases listed in Exhibit A is Blockbuster Inc.
[2] Subleased to: Kayastha Investors, Inc. dba Papa John's Pizza, 1324 N Saddle Row, Addison, IL 60101, Attn: Kiran Kayastha

| Lessor | Lessor's Notice Details | Other Notice Parties | Other Notice Parties | Leased Premises | Store No. | Monthly Rental Obligation | Term of Lease | Rejection Date |
|---|---|---|---|---|---|---|---|---|
| FW VA - The Village Shopping Center, LLC | c/o Regency Centers Corporation Attn: Lease Administration One Independent Drive, Suite 114 Jacksonville, FL 32202-5019 | Regency Centers Corporation 7027 Three Chopt Road Suite 210 Richmond, VA 23226 | FW VA - The Village Shopping Center, LLC Village Shopping Center P.O. Box 822167 Philadelphia, PA 19182-2167 / FW VA - The Village Shopping Center, LLC C/o Regency Centers Corporation Attn: Legal Dept One Independent Drive, Suite 114 Jacksonville, FL 32202-5019 | 7099 Three Chopt Rd Richmond, VA 23226-3606 | 51041 | $8,210 | 11/30/2010 | 9/30/2010 |
| Galileo Moundsville, LLC | Galileo Moundsville, LLC c/o ERT Australian Management, L.P. 420 Lexington Avenue, 7th Floor New York, NY 10170 | ERT Australian Management, L.P. 420 Lexington Avenue 7th Floor New York, NY 10170 | Galileo Moundsville, LLC P.O. Box 74623 Cleveland, OH 44194-4623 | 1410 Lafayette Ave Moundsville, WV 26041-2319 | 54021 | $9,023 | 4/30/2011 | 9/30/2010 |
| Hamilton Plaza, LLC, Hamilton Zar LLC an | Hamilton Plaza, LLC, Hamilton Zar LLC and Nundar Hamilton LLC c/o Writebrook Management, Inc New York, NY 10001 | | | 2104 Dixie Highway Hamilton, OH 45015-1613 | 39418 | $6,196 | 1/31/2012 | 9/30/2010 |
| Heckscher Selden LLC, Sivan Selden LLC, | Heckscher Selden LLC, Sivan Selden LLC, LPS Selden LLC c/o Sivan Properties Corp Manhasset, NY 11030 | Independence Plaza Joint Venture c/o Sivan Properties P.O. Box 278 Manhasset, NY 11030 | | 2891 Independence Plaza Selden, NY 11784-2417 | 36641 | $13,680 | 3/31/2011 | 9/30/2010 |
| Heritage Oaks Station, LLC | Heritage Oaks Station, LLC c/o Velp Properties 11501 Northlake Drive Cincinnati, OH 45242 | Heritage Oaks Station, LLC P.O. Box 713241 Cincinnati, OH 45271-3241 | Phillips Edison & Company Lease Administration Department 11501 Northlake Drive Cincinnati, OH 45242 / Heritage Oaks Station, LLC c/o Phillips Edison & Company 11501 Northlake Drive Cincinnati, OH 45242 | 14 E Gridley Rd Ste B Gridley, CA 95948-2604 | 66351 | $4,048 | 2/29/2012 | 9/30/2010 |
| HP Plainfield Partners, L.L.C. | HP Plainfield Berkshire Place, L.L.C. C/O Hamilton Partners attn: Todd Burlingdorf Itasca, IL 60143 | | | 13400 S Route 59 Ste B Plainfield, IL 60585-5826 | 17489 | $9,643 | 1/31/2011 | 9/30/2010 |
| Inland US Management, LLC | 2907 Butterfield Road Oakbrook, IL 60523 | Inland Western Pawtucket Boulevard, L.L.C. Lockbox #774500 4500 Solutions Center Chicago, IL 60677-4005 | | 321 Armistice Blvd Pawtucket, RI 02861-2329 | 95204 | $6,530 | 8/31/2012 | 9/30/2010 |
| JBA Greentree Properties, LLC | c/o JBA Properties Ltd 1460 Russell Road Suite 203 Paoli, PA 19301-1221 | Weyhill Commercial, LLC 2205-K Oak Ridge Road Suite 198 Oak Ridge, NC 27310 | | 1270 Greentree Drive Dover, DE 19904-7648 | 96077 | $9,885 | 3/31/2013 | 9/30/2010 |
| JPC Monroe, LLC | c/o Weyhill Commercial, LLC 2205-K Oak Ridge Road Suite 198 Oak Ridge, NC 27310 | Weyhill Commercial, LLC 2205-K Oak Ridge Road Suite 198 Oak Ridge, NC 27310 | | 2205 Oak Ridge Rd., #A1 Oak Ridge, NC 27310-8728 | 37116 | $6,337 | 11/30/2010 | 9/30/2010 |
| KCM Evergreen Marketplace, LLC | KCM Evergreen Marketplace, LLC c/o Front Range Commercial, LLC P.O. Box 1695 Colorado Springs, CO 80930-1695 | Front Range Commercial LLC 105 E. Moreno Ave, Second Floor Colorado Springs, CO 80903 | | 30790 Stage Coach Blvd Evergreen, CO 80439-7920 | 8079 | $14,991 | 2/29/2012 | 9/30/2010 |
| KOKO Marina Holdings, LLC | c/o Sofos Realty Corporation 7192 Kalanianaole Highway Suite A-143 Honolulu, HI 96825 | KOKO Marina Holdings, LLC c/o Sofos Realty Corporation 600 Kapiolani Boulevard #200 Honolulu, HI 96813 | | 7192 Kalanianaole Hwy, #Q-101 Honolulu, HI 96825-1850 | 91609 | $30,568 | 10/10/2010 | 9/30/2010 |
| KOS Corporation | c/o Andros Corp/Global Realty 2451 McMullen Booth Road Suite 200 Clearwater, FL 33759 | c/o Andros Corp/Global Realty 2451 McMullen Booth Road Suite 200 Clearwater, FL 33759 | | 3033 Enterprise Road Clearwater, FL 33759-1304 | 92119 | $17,973 | 10/31/2010 | 9/30/2010 |

| Lessor | Lessor's Notice Details | Other Notice Parties | Store No. | Leased Premises | Monthly Rental Obligation | Term of Lease | Rejection Date |
|---|---|---|---|---|---|---|---|
| Levin Properties, L.P. | c/o Levin Management Corporation 975 Route 22 West North Plainfield, NJ 07060-2404 | | 42075 | 421 E Main St Middletown, PA 17057-2225 | $7,613 | 9/30/2010 | 9/30/2010 |
| LILAC MALL ASSOCIATES, LLC | LILAC MALL ASSOCIATES, LLC c/o The Kemper Corporation 257 Mamaroneck Avenue White Plains, NY 10605 | LILAC MALL ASSOCIATES, LLC c/o The Kemper Corporation 257 Mamaroneck Avenue White Plains, NY 10605 | 90661 | 32 Lilac Mall Rochester, NH 03867-1398 | $9,136 | 9/30/2011 | 9/30/2010 |
| Magnum Group, L.L.C. | Magnum Group, L.L.C. C/O Michelina Yurtevich 11215 State Line Kansas City, MO 64114 | Magnum Associates 11215 State Line Road Kansas City, MO 64114 | 29064 | 9920 E Wilson Rd Kansas City, MO 64123-1941 | $4,120 | 11/30/2011 | 9/30/2010 |
| Marlborough Square Associates, L.P. | c/o Patti Lawson 18 Dutton Farm Lane West Grove, PA 19390 | | 42173 | 830 E Baltimore Pike Ste 9 Kennett Square, PA 19348-1842 | $9,345 | 10/31/2010 | 9/30/2010 |
| Max Naggar & Mary Naggar, Co-Trustees | Attn : Morris M. Naggar 563 Massachusetts Avenue Cambridge, MA 02139 | Langer & McLaughlin, LLP 137 Newbury Street Boston, MA 02116 | 25027 | 541 Massachusetts Avenue Cambridge, MA 02139-4030 | $16,167 | 5/31/2011 | 9/30/2010 |
| MC Corp. | C/o Kimco Realty Corp 3333 New Hyde Park Road Lease code: 2978 SCTH0560/LBLOC00 New Hyde Park, NY 11042 | | 92255 | 2300 Dixwell Avenue Hamden, CT 06514-2108 | $13,873 | 9/30/2010 | 9/30/2010 |
| Michael Mouhanna, Trustee of the Fourzol Realty Trust | Michael Mouhanna, Trustee of the Fourzol Realty Trust c/o Fourzol, LLC Property Management Franklin, MA 02038 | Michael Mouhanna PO Box 1623 Brattleboro, VT 05302-1623 | 90666 | 342 Washington St Weymouth, MA 02188-2932 | $16,080 | 4/30/2011 | 9/30/2010 |
| Midwall Resources Limited Partnership | Midwall Resources Limited Partnership C/O National Realty & Development 3 Manhattanville Rd Purchase, NY 10577-2117 | Midwall Resources Limited Partnership C/O National Realty & Development 3 Manhattanville Rd Purchase, NY 10577-2117 | National Realty & Development Corp. 3 Manhattanville Road Attn: Marc Golden, Esq. Purchase, NY 10577-2117 | 34168 | 2200 Mt. Holly Rd Burlington, NJ 08016-4100 | $13,021 | 12/31/2012 | 9/30/2010 |
| Nguyen Development, LLC et al. | c/o LT Commercial Property Management Company 1256 South Abel Street Milpitas, CA 95035 | | 90427 | 34999 Newark Blvd Newark, CA 94560-1215 | $16,065 | 2/29/2012 | 9/30/2010 |
| Owl Associates I, L.L.C. | DMP Met 75 LLC, and LBK Met 75 LLC c/o Price Brothers Management 12721 Metcalf Avenue, Suite 200 Overland Park, KS 66213 | Price Brothers Management Company 12721 Metcalf Avenue, Ste 200 Overland Park, KS 66213-2623 | | 20028 | 6979 W 75th St Overland Park, KS 66204-3028 | $7,668 | 12/31/2010 | 9/30/2010 |
| Pacific/Bowie – Tracy II | Pacific/Bowie – Tracy II One Corporate Plaza, 2nd Floor Newport Beach, CA 92660 | Pacific/Bowie – Tracy II P.O. Box 3060 Newport Beach, CA 92658 | | 26791 | 4810 Highway 4 Ste D Discovery Bay, CA 94514-2255 | $9,244 | 1/31/2012 | 9/30/2010 |
| Palms Plaza Partners, Ltd | Palms Plaza Partners, Ltd c/o JG Management Services, Inc. P.O. Box 10187 Tampa, FL 33679-0187 | | | 92106 | 1155 S Dale Mabry Hwy Ste 7 Tampa, FL 33629-5020 | $14,220 | 11/30/2012 | 9/30/2010 |

| Lessor | Lessor's Notice Details | Other Notice Parties | Leased Premises | Store No. | Monthly Rental Obligation | Term of Lease | Rejection Date |
|---|---|---|---|---|---|---|---|
| Pennsville Shopping Center, LLC | c/o Property Management Alternatives, Inc. 120 North Pointe Blvd., Suite 301 Attention: Brian Finley Lancaster, PA 17601 | Pennsville Shopping Center, LLC NW 5668 PO Box 1450 Minneapolis, MN 55485-5668 | 269 N Broadway Ste A Pennsville, NJ 08070-1201 | 34080 | $4,554 | 8/31/2010 | 9/30/2010 |
| Plaza East Associates, LLC | c/o Coldwell Banker Commercial, Sun Coast Partners, LLC 1437 Military Cutoff Road, Suite 201 Wilmington, NC 28403 | Coldwell Banker Commercial, Sun Coast Partners, LLC 1437 Military Cutoff Road Suite 201 Wilmington, NC 28403 | 1962 Eastwood Road Wilmington, NC 28403-7213 | 37022 | $5,415 | 9/30/2010 | 9/30/2010 |
| Portfolio Addison Town Center Retail, LP | Portfolio Addison Town Center Retail, LP c/o Crescor Realty Services, Inc., Agent P.O. Box 660394 Dallas, TX 75266-0394 | Portfolio Addison Town Center Retail, LP c/o Crescor Realty Services, Inc., Agent Attn.: General Counsel | 3750 Beltline Addison, TX 75001-4301 | 48192 | $13,565 | 10/31/2011 | 9/30/2010 |
| Randell E. Presley Trust | c/o The Presley Company 3151 Airway Avenue, Suite F207 Costa Mesa, CA 92626 | Randell E. Presley Trust P.O. Box 2200 Newport Beach, CA 92658 | 6423 Babcock Rd San Antonio, TX 78249-2950 | 48216 | $8,978 | 2/29/2012 | 9/30/2010 |
| Raritan Shopping Center, L.P. | Raritan Shopping Center, L.P. c/o United States Land Resources, L.P. 237 South Street Morristown, NJ 07960 | Raritan Shopping Center, L.P. c/o Berger & Bornstein, PA 237 South Street Morristown, NJ 07960 | 2004 Orlando Dr Raritan, NJ 08869-2130 | 34064 | $16,808 | 6/30/2011 | 9/30/2010 |
| Riverhead Plaza, LLC | c/o Allan Orenstein Orrin Management Inc. 84 Kensett Road Manhasset, NY 11030 | Riverhead Plaza, LLC c/o Smith, Finkelstein, Lundberg, Isler and Yakaboski, LLP Attn.: Frank Isler, Esq 456 Griffing Avenue Riverhead, NY 11901 | 1107 Old Country Rd Riverhead, NY 11901-2067 | 95686 | $12,735 | 7/31/2011 | 9/30/2010 |
| Sandpiper Development, L.L.C. | c/o Washington Mutual Bank 200 East Palmetto Park Road Boca Raton, FL 33433 | | 165 S Federal Highway Deerfield Beach, FL 33441-4131 | 12001 | $8,900 | 12/31/2012 | 9/30/2010 |
| Shops of Forest Springs, LC | C/o Robert J. Thieneman & Associates 12488 LaGrange Road Louisville, KY 40245 | Shops of Forest Springs, L.C. C/o Robert J. Thieneman & Associates 12488 LaGrange Road Louisville, KY 40245 | 12476 LaGrange Rd Louisville, KY 40245-1901 | 21038 | $7,678 | 4/30/2011 | 9/30/2010 |
| Stanek Enterprises | c/o WEIR Properties, Inc. P.O. Box 21469 Spokane, WA 99201 | Stanek Management, LLC c/o WEIR Properties Inc P.O. Box 21469 Spokane, WA 99201 | 2501 E. 29th Avenue Spokane, WA 99223-4803 | 52001 | $9,750 | 3/31/2013 | 9/30/2010 |
| Stanley T. Cordoco | Cardoco Commercial Properties, LLC c/o Brekke Real Estate 1500 Standiford Avenue - Building D Modesto, CA 95350 | Cardoco Commercial Properties, LLC a California limited liability company c/o Brekke Real Estate | 2210 Patterson Rd Riverbank, CA 95367-9647 | 2667 | $5,960 | 10/31/2011 | 9/30/2010 |
| The Brown Family Trust | Brown Family Trust C/O Holmquist Property Management, Inc. P.O. Box 14 Palm Harbour, FL 34682 | The Brown Family Trust c/o Holmquist Prop. Mgmt. Inc. P.O. Box 14 Palm Harbour, FL 34682 | 5050 34th St South St. Petersburg, FL 33711-4514 | 92123 | $11,299 | 11/30/2010 | 9/30/2010 |
| The Kulhan Group, L.L.P. | The Kulhan Group, L.L.P. c/o Robert Kulhan 612 Pecan Street Greenville, IL 62246-2324 | | 2199 N Morton St Franklin, IN 46131-9624 | 18609 | $7,571 | 12/31/2011 | 9/30/2010 |

| Lessor | Lessor's Notice Details | Other Notice Parties | Store No. | Leased Premises | Monthly Rental Obligation | Term of Lease | Rejection Date |
|---|---|---|---|---|---|---|---|
| Thomas J. Joyce & Mary A. Joyce, Trustee | Thomas J. Joyce & Mary A. Joyce, Trustees Minot Colony Realty Trust c/o Mary A. Joyce, Trustee Scituate, MA 02066 | | 25002 | 267 Old Colony Avenue Boston, MA 02127-3520 | $11,475 | 2/29/2012 | 9/30/2010 |
| Wauconda Associates | Wauconda Associates c/o Fritz Duda Company 13355 Noel Road, Suite 1315 Dallas, TX 75240 | Wauconda Associates 38172 Eagle Way Chicago, IL 60671-1381 | 17469 | 515 W Liberty St Wauconda, IL 60084-2470 | $7,729 | 2/29/2012 | 9/30/2010 |
| Wilshire Shelby Willow Run LLC | c/o Westwood Financial Corp. 11440 San Vicente Blvd. Suite 200 Los Angeles, CA 90049 | Westwood Financial Corp. 9301 East Shea Blvd. Suite #124 Scottsdale, AZ 85260 | 8141 | 12910 N Zuni St Ste 1300 Westminster, CO 80234-1313 | $5,270 | 9/30/2010 | 9/30/2010 |

**Exhibit B**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                            :

**In re**                                :                **Chapter 11**
                                :

**BLOCKBUSTER INC., *et al.*,**[1]     :                **Case No. 10-14997 (BRL)**
                                :
                                :                **(Jointly Administered)**
                                :
                   **Debtors.**          :
-------------------------------------------------------------x

**SECOND OMNIBUS ORDER AUTHORIZING THE DEBTORS TO**
**REJECT CERTAIN UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES**

Upon the Motion,[2] dated October 1, 2010, of Blockbuster Digital Technologies

Inc., its parent Blockbuster Inc., and their debtor affiliates, as debtors and debtors in possession

in the above-captioned chapter 11 cases (collectively, "***Blockbuster***" or the "***Debtors***"), for an

order pursuant to sections 365(a) and 554(a) of the Bankruptcy Code and Rules 6006, 6007, and

9014 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***") (i) approving the

rejection of certain unexpired leases of nonresidential real property identified on ***Annex I***

annexed hereto (the "***Leases***") and (ii) authorizing the abandonment of certain personal property

of the estates located within the premises associated with certain of the Leases (the "***Personal***

***Property***"), all as more fully described in the Motion; and the Court having jurisdiction to

consider the Motion and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334

and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New

---

[1]    The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Blockbuster Inc. (5102); Blockbuster Canada Inc. (1269); Blockbuster Digital Technologies Inc. (9222); Blockbuster Distribution, Inc. (0610); Blockbuster Gift Card, Inc. (1855); Blockbuster Global Services Inc. (3019); Blockbuster International Spain Inc. (7615); Blockbuster Investments LLC (6313); Blockbuster Procurement LP (2546); Blockbuster Video Italy, Inc (5068); Movielink, LLC (5575); Trading Zone Inc. (8588); and B[2] LLC (5219).

[2]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and

consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue

being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having

provided notice of the Motion and Hearing (as defined below) to the Notice Parties; and the

Court having held a hearing to consider the requested relief (the "*Hearing*"); and upon the record

of the Hearing, and all of the proceedings before the Court, the Court finds and determines that

the requested relief is in the best interests of the Debtors, their estates, creditors, and all parties in

interest; the Debtors have provided due and proper notice of the Motion and Hearing and no

further notice is necessary; the legal and factual bases set forth in the Motion establish just and

sufficient cause to grant the requested relief herein; **IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted as provided herein.

2.      Pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy Rules

6006 and 9014, the Debtors' rejection of the Leases identified on *Annex I* annexed hereto is

approved, with each approved rejection being effective as of September 30, 2010 (the "*Rejection

Date*").

3.      If the Debtors have deposited funds with a landlord of a Lease identified

on *Annex I* as a security deposit or other arrangement, such landlord may not setoff or otherwise

use such deposit without the prior authority of the Court or agreement of the parties.

4.      Pursuant to section 554 of the Bankruptcy Code and Bankruptcy Rule

6007, the Debtors are authorized, in their sole discretion, to abandon their Personal Property

located within the premises that are the subject of the Leases to the landlords, free and clear of

any interests, effective as of the Rejection Date.

5.      The Debtors have satisfied the requirements of Local Bankruptcy Rule

6007-1.

7.      The Debtors are authorized to take such actions as are necessary to implement and effectuate the terms of this Order.

8.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: _____, 2010
          New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

## Annex I

## Rejected Leases

| Lessor | Lessor's Notice Details | Other Notice Parties | Store No. | Leased Premises | Monthly Rental Obligation | Term of Lease | Rejection Date |
|---|---|---|---|---|---|---|---|
| American Natl B&T Co. of Chicago | American Natl B&T Co. of Chicago Trustee Under Trust No. 8467 120 East Wesley Street Wheaton, IL 60187 | Foxfield Partners 888 Fox Glen Drive St Charles, IL 60174 | 17290[2] | 2712 E Main St St. Charles, IL 60174-2445 | $13,538 | 5/31/2011 | 9/30/2010 |
| AmREIT Lantern Lane, L.P. | AMREIT Lantern Lane, LP Attn: Max Shilstone 8 Greenway Plaza, Suite 1000 Houston, TX 77046 | Differential Development - 1994, Ltd c/o Differential Management, Inc. Attn: Bartley J. Rainey Houston, TX 77046 | 48030 | 12502 Memorial Drive Houston, TX 77024-6900 | $10,599 | 12/31/2010 | 9/30/2010 |
| Benderson-Arcade Associates, LLC | c/o Developers Diversified Realty Corporation ACCT # 101491-20447-1052 | Benderson-Arcade Associates, LLC Dept 101491-20447-1052 P.O. Box 951701 Cleveland, OH 44193 | 36555 | 658 Main Street Arcade, NY 14009-1037 | $8,016 | 10/31/2010 | 9/30/2010 |
| Chelsea Retail, LLC | Chelsea Retail, LLC 500 West 43rd Street, Suite 39A New York, NY 10036-4310 | Chelsea Retail, LLC c/o Manufacturers and Traders Trust Company P.O. Box 8000 Buffalo, NY 14267 | 36953 | 189 8th Avenue New York, NY 10011-3302 | $20,999 | 9/30/2014 | 9/30/2010 |
| Columbia Realty Venture | Columbia Realty Venture LLC C/O Bernstein Management Company 5301 Wisconsin Av., NW Suite 600 Washington, DC 20015 Attn: Vice President of Commercial Management | Columbia Realty Venture LLC c/o Bernstein Management Corporation Attn: General Counsel Washington, DC 20015 | 11001 | 1805 Columbia Rd NW Washington, DC 20009-2001 | $21,260 | 1/31/2012 | 9/30/2010 |
| Corners Shopping Center Limited Partners | c/o Danly Properties 11940 Jollyville Road, Suite 300-S Austin, TX 78759 | | 48273 | 3003 S Lamar Blvd. Ste F200 Austin, TX 78704-4703 | $9,640 | 6/30/2010 | 9/30/2010 |
| Crofton Boulevard Associates | 4801 St. Elmo Avenue, 2nd Floor Bethesda, MD 20814 | Greenberg, Yochelson, Fox & Beyda, LLP 20091 Street, N.W., Suite 675 Washington, DC 20036 | 90363 | 1268 State Route 3 S Crofton, MD 21114-1320 | $12,246 | 9/30/2010 | 9/30/2010 |
| Decphalous Properties Company | Decephalous Properties Company c/o The Widewaters Group, Inc. Dewitt, NY 13214-0003 | The Widewaters Group, Inc. 5786 Widewaters Parkway Dewitt, NY 13214 | 36509 | 4738 Onondaga Blvd Geddes, NY 13219-3304 | $9,891 | 3/31/2011 | 9/30/2010 |
| DRM Retail Ventures L.L.C. | DRM Retail Ventures L.L.C. 1519 Timothy Road, Suite 103 Athens, GA 30606 | DRM Retail Ventures L.L.C. P.O. Box 1943 Athens, GA 30603 | 13246 | 6670 Covington Highway Lithonia, GA 30058-4814 | $9,303 | 5/31/2012 | 9/30/2010 |
| Elliott #1 Real Estate, Ltd | Elliott #1 Real Estate, Ltd #72 Cedar Lane Sulphur Springs, TX 75482 | | 48337 | 903 Gilmer Street Sulphur Springs, TX 75482-4318 | $3,413 | 4/30/2011 | 9/30/2010 |
| Fedder Management Company | c/o Fedder Management Corporation 10096 Red Run Boulevard, Suite 300 Owings Mills, MD 21117 | Fedder Management Company 10096 Red Run Blvd., Suite 300 Owings Mills, MD 21117 | 90397 | 105 Hillsmere Drive Annapolis, MD 21403-3920 | $15,801 | 11/30/2010 | 9/30/2010 |

[1] The Debtor lessee for each of the Leases listed in Exhibit A is Blockbuster Inc.

[2] Subleased to: Kayastha Investors, Inc. dba Papa John's Pizza, 1324 N Saddle Row, Addison, IL 60101, Attn: Kiran Kayastha

| Lessor | Lessor's Notice Details | Other Notice Parties | | Leased Premises | Store No. | Monthly Rental Obligation | Term of Lease | Rejection Date |
|---|---|---|---|---|---|---|---|---|
| FW VA - The Village Shopping Center, LLC | c/o Regency Centers Corporation Attn: Lease Administration One Independent Drive, Suite 114 Jacksonville, FL 32202-5019 | Regency Centers Corporation 7027 Three Chopt Road Suite 210 Richmond, VA 23226 | FW VA - The Village Shopping Center, LLC C/o Regency Centers Corporation Attn: Legal Dept One Independent Drive, Suite 114 Jacksonville, FL 32202-5019 | 51041 7099 Three Chopt Rd Richmond, VA 23226-3606 | | $8,210 | 11/30/2010 | 9/30/2010 |
| Galileo Moundsville, LLC | Galileo Moundsville, LLC c/o ERT Australian Management, L. P. 420 Lexington Avenue, 7th Floor New York, NY 10170 | ERT Australian Management, L. P. 420 Lexington Avenue 7th Floor New York, NY 10170 | Galileo Moundsville, LLC P. O. Box 74623 Cleveland, OH 44194-4623 | 54021 1410 Lafayette Ave Moundsville, WV 26041-2319 | | $9,023 | 4/30/2011 | 9/30/2010 |
| Hamilton Plaza, LLC; Hamilton Zar LLC an | Hamilton Plaza, LLC, Hamilton Zar LLC and Numdar Hamilton LLC c/o Winbrook Management, Inc New York, NY 10001 | | | 39418 2304 Dixie Highway Hamilton, OH 45015-1613 | | $6,196 | 1/31/2012 | 9/30/2010 |
| Heckscher Selden LLC, Sivan Seldan LLC; | Heckscher Selden LLC, Sivan Seldan LLC, LPS Selden LLC and LPS Selden LLC c/o Sivan Properties Corp Manhasset, NY 11030 | Independence Plaza Joint Venture C/O Sivan Properties P.O. Box 278 Manhasset, NY 11030 | | 36641 289 Independence Plaza Selden, NY 11784-2417 | | $13,680 | 3/31/2011 | 9/30/2010 |
| Heritage Oaks Station, LLC | Heritage Oaks Station, LLC c/o Yelp Properties 11501 Northlake Drive Cincinnati, OH 45242 | Heritage Oaks Station, LLC P.O. Box 71324 Cincinnati, OH 45271-3241 | Phillips Edison & Company Lease Administration Department c/o Phillips Edison & Company 11501 Northlake Drive Cincinnati, OH 45242 | 6635 14 E Gridley Rd Ste B Gridley, CA 95948-2604 | | $4,048 | 2/29/2012 | 9/30/2010 |
| HP Plainfield Partners, LLC. | HP Plainfield Berkshire Place, L.L.C. C/O Hamilton Partners attn: Todd Berlingfoff Itasca, IL 60143 | HP Plainfield Berkshire Place, L.L.C. Lockbox # 774500 4500 Solutions Center Chicago, IL 60677-4005 | | 17489 13400 S Route 59 Ste B Plainfield, IL 60585-5826 | | $9,643 | 1/31/2011 | 9/30/2010 |
| Inland US Management, LLC | 2907 Butterfield Road Oakbrook, IL 60523 | Inland Western Pawtucket Boulevard, L.L.C. | | 95204 321 Armistice Blvd Pawtucket, RI 02861-2329 | | $6,530 | 8/31/2012 | 9/30/2010 |
| JBA Greentree Properties, LLC | c/o JBA Properties Ltd 1460 Russell Road Suite 203 Paoli, PA 19301-1221 | | | 96077 129 Greentree Drive Dover, DE 19904-7648 | | $9,885 | 3/31/2013 | 9/30/2010 |
| JPC Monroe, LLC | c/o Weyhill Commercial, LLC 2205-K Oak Ridge Road Suite 198 Oak Ridge, NC 27310 | Weyhill Commercial, LLC 2205-K Oak Ridge Road Suite 198 Oak Ridge, NC 27310 | | 37116 2205 Oak Ridge Rd, #A1 Oak Ridge, NC 27310-8728 | | $6,337 | 11/30/2010 | 9/30/2010 |
| KCM Evergreen Marketplace, LLC | KCM Evergreen Marketplace, LLC c/o Front Range Commercial, LLC P.O. Box 1695 Colorado Springs, CO 80901-1695 | Front Range Commercial, LLC 105 E. Moreno Ave, Second Floor Colorado Springs, CO 80903 | | 8079 30790 Stage Coach Blvd Evergreen, CO 80439-7920 | | $14,991 | 2/29/2012 | 9/30/2010 |
| KOKO Marina Holdings, LLC | c/o Sofos Realty Corporation 7192 Kalanianaole Highway Suite A-143 Honolulu, HI 96825 | KOKO Marina Holdings, LLC c/o Sofos Realty Corporation 600 Kapiolani Boulevard #200 Honolulu, HI 96813 | | 91609 7192 Kalanianaole Hwy, #Q-101 Honolulu, HI 96825-1850 | | $30,568 | 10/10/2010 | 9/30/2010 |
| KOS Corporation | c/o Andros Corp/Global Realty 2451 McMullen Booth Road Suite 200 Clearwater, FL 33759 | c/o Andros Corp/Global Realty 2451 McMullen Booth Road Suite 200 Clearwater, FL 33759 | | 92119 3033 Enterprise Road Clearwater, FL 33759-1304 | | $17,973 | 10/31/2010 | 9/30/2010 |

| Lessor | Lessor's Notice Details | Other Notice Parties | Store No. Leased Premises | Monthly Rental Obligation | Term of Lease | Rejection Date |
|---|---|---|---|---|---|---|
| Levin Properties, L.P. | c/o Levin Management Corporation 975 Route 22 West North Plainfield, NJ 07060-2500 | | 42075 421 E Main St Middletown, PA 17057-2225 | $7,613 | 9/30/2010 | 9/30/2010 |
| LILAC MALL ASSOCIATES, LLC | LILAC MALL ASSOCIATES, LLC c/o The Kemper Corporation 257 Mamaroneck Avenue White Plains, NY 10605 | LILAC MALL ASSOCIATES, LLC c/o The Kemper Corporation 257 Mamaroneck Avenue White Plains, NY 10605 | 90661 32 Lilac Mall Rochester, NH 03867-1398 | $9,136 | 9/30/2011 | 9/30/2010 |
| Magnum Group, L.L.C. | Magnum Group, L.L.C. C/O Michelina Yurtevich 11215 State Line Road Kansas City, MO 64114 | Magnum Associates 11215 State Line Road Kansas City, MO 64114 | 29066 5920 E Wilson Rd Kansas City, MO 64123-1941 | $4,120 | 11/30/2011 | 9/30/2010 |
| Marlborough Square Associates, L.P | c/o Patti Lawson 18 Dutton Farm Lane West Grove, PA 19390 | | 42173 830 E Baltimore Pike Ste 9 Kennett Square, PA 19348-1842 | $9,345 | 10/31/2010 | 9/30/2010 |
| Max Naggar & Mary Naggar, Co-Trustees | Attn : Morris M. Naggar 563 Massachusetts Avenue Cambridge, MA 02139 | Langer & McLaughlin, LLP 137 Newbury Street Boston, MA 02116 | 25027 541 Massachusetts Avenue Cambridge, MA 02139-4030 | $16,167 | 5/31/2011 | 9/30/2010 |
| MC Corp. | C/o Kimco Realty Corp 3333 New Hyde Park Road Lease code: 2978 SCTH05001.BLOC/00 New Hyde Park, NY 11042 | C/o Kimco Realty Corp 3333 New Hyde Park Road Lease code: 2978 SCTH05001.BLOC/00 New Hyde Park, NY | 92255 2300 Dixwell Avenue Hamden, CT 06514-2108 | $13,873 | 9/30/2011 | 9/30/2010 |
| Michael Mouhanna, Trustee of the Fourzol Realty Trust | Michael Mouhanna, Trustee of the Fourzol Realty Trust c/o Fourzol, LLC Property Management Franklin, MA 02038 | Michael Mouhanna PO Box 1623 Brattleboro, VT 05302-1623 | 90666 342 Washington St Weymouth, MA 02188-2932 | $16,080 | 4/30/2011 | 9/30/2010 |
| Midland Resources Limited Partnership | Midland Resources Limited Partnership C/O National Realty & Development 3 Manhattanville Rd Purchase, NY 10577-2117 | National Realty & Development Corp. 3 Manhattanville Road Attn: Marc Golden, Esq. Purchase, NY 10577-2117 | 34168 2200 Mt. Holly Rd Burlington, NJ 08016-4100 | $13,021 | 12/31/2012 | 9/30/2010 |
| Nguyen Development, LLC et al. | c/o LT Commercial Property Management Company 1256 South Abel Street Milpitas, CA 95035 | | 90427 34999 Newark Blvd Newark, CA 94560-1215 | $16,065 | 2/29/2012 | 9/30/2010 |
| Owl Associates I, L.L.C. | DMP Met-75 LLC, and LBK Met 75 LLC c/o Price Brothers Management 12721 Metcalf Avenue, Suite 200 Overland Park, KS 66213-2023 | Price Brothers Management Company 12721 Metcalf Avenue, Ste 200 Overland Park, KS 66213-2023 | 20028 6979 W 75th St Overland Park, KS 66204-3028 | $7,668 | 12/31/2010 | 9/30/2010 |
| Pacific/Bowie – Tracy II | Pacific/Bowie – Tracy II One Corporate Plaza, 2nd Floor Newport Beach, CA 92660 | Pacific/Bowie – Tracy II P.O. Box 3060 Newport Beach, CA 92658 | 2679 14810 Highway 4 Ste D Discovery Bay, CA 94514-2255 | $9,244 | 1/31/2012 | 9/30/2010 |
| Palms Plaza Partners, Ltd | Palms Plaza Partners, Ltd c/o JG Management Services, Inc. P.O. Box 10187 Tampa, FL 33679-0187 | | 92106 1155 S Dale Mabry Hwy Ste 7 Tampa, FL 33629-5020 | $14,220 | 11/30/2012 | 9/30/2010 |

| Lessor | Lesser's Notice Details | Other Notice Parties | Leased Premises | Store No. | Monthly Rental Obligation | Term of Lease | Rejection Date |
|---|---|---|---|---|---|---|---|
| Pemisville Shopping Center, LLC | c/o Property Management Alternatives, Inc. 120 North Pointe Blvd., Suite 301 Attention: Brian Finley Lancaster, PA 17601 | Pemisville Shopping Center, LLC NW 5668 PO Box 1450 Minneapolis, MN 55485-5668 | | 34080 269 N Broadway Ste A Pemisville, NJ 08076-1201 | $4,554 | 8/31/2010 | 9/30/2010 |
| Plaza East Associates, LLC | c/o Coldwell Banker Commercial, Sun Coast Partners, LLC 1437 Military Cutoff Road, Suite 201 Wilmington, NC 28403 | Plaza East Associates LLC c/o Coldwell Banker Commercial, Sun Coast Partners, LLC 1430 Commonwealth Drive, Suite 201 Wilmington, NC 28403 | Coldwell Banker Commercial, Sun Coast Partners, LLC 1437 Military Cutoff Road Suite 201 Wilmington, NC 28403 | 37022 1962 Eastwood Road Wilmington, NC 28403-7213 | $5,415 | 9/30/2010 | 9/30/2010 |
| Portfolio Addison Town Center Retail, LP | Portfolio Addison Town Center Retail, LP c/o Cencor Realty Services, Inc. Agent P.O. Box 660594 Dallas, TX 75266-0594 | Portfolio Addison Town Center Retail, LP c/o Cencor Realty Services, Inc. Atm: General Counsel Dallas, TX 75240 | | 48192 3750 Beltline Addison, TX 75001-4301 | $13,565 | 10/31/2011 | 9/30/2010 |
| Randell E. Presley Trust | c/o The Presley Company P.O. Box 2200 Newport Beach, CA 92658 | Randell E. Presley Trust 3151 Airway Avenue, Suite F207 Costa Mesa, CA 92626 | | 48216 6423 Babcock Rd San Antonio, TX 78249-2950 | $8,978 | 2/29/2012 | 9/30/2010 |
| Raritan Shopping Center, L.P. | Raritan Shopping Center, L.P. c/o United States Land Resources, L.P. 237 South Street Morristown, NJ 07960 | The Schultz Organization 900 Route 9 North Atm: Samuel Giordano Woodbridge, NJ 07095 | Raritan Shopping Center, L.P. c/o Berger & Bornstein, PA 237 South Street Morristown, NJ 07960 | Raritan Shopping Center, L.P. c/o RAIT Partnership L.P. P.O. Box 950-1333 Philadelphia, PA 19195-1333 — 34064 200 Orlando Dr Raritan, NJ 08869-2130 | $16,808 | 6/30/2011 | 9/30/2010 |
| Riverhead Plaza, LLC | c/o Allan Ornstein Orrin Management Inc. 84 Kennett Road Manhasset, NY 11030 | Riverhead Plaza LLC c/o Smith, Finkelstein,Lundberg,Isler and Yakaboski, LLP Atm: Frank Isler, Esq 456 Griffing Avenue Riverhead, NY 11901 | Finkelstein,Lundberg,Isler and Yakaboski, LLP Atm: Frank Isler, Esq 456 Griffing Avenue | 95686 1107 Old Country Rd Riverhead, NY 11901-2067 | $12,735 | 7/31/2011 | 9/30/2010 |
| Sandpipe Development, L.L.C. | c/o Washington Mutual Bank 200 East Palmetto Park Road Boca Raton, FL 33432 | | | 12001 365 S Federal Highway Deerfield Beach, FL 33441-4131 | $8,900 | 12/31/2012 | 9/30/2010 |
| Shops of Forest Springs, LC | C/o Robert J. Theneman & Associates 12488 LaGrange Road Louisville, KY 40245 | Shops of Forest Springs, LC C/o Robert J. Theneman & Associates 12488 LaGrange Road Louisville, KY 40245 | Shops of Forest Springs, LC C/o Robert J. Theneman & Associates 12488 LaGrange Road Louisville, KY 40245 | 21038 12476 LaGrange Rd Louisville, KY 40245-1901 | $7,678 | 4/30/2011 | 9/30/2010 |
| Stanck Enterprises | c/o WEIB Properties, Inc. P.O. Box 21469 Spokane, WA 99201 | Stanck Management, LLC c/o WEIB Properties Inc P.O. Box 21469 Spokane, WA 99201 | | 52001 2501 E. 29th Avenue Spokane, WA 99223-4803 | $9,750 | 3/31/2013 | 9/30/2010 |
| Stanley T. Cordozo | Cardozo Commercial Properties, LLC c/o Brekke Real Estate 1500 Standiford Avenue - Building D Modesto, CA 95350 | Cardozo Commercial Properties, LLC a California limited liability company c/o Brekke Real Estate Modesto, CA 95350 | | 2667 2210 Patterson Rd Riverbank, CA 95367-9647 | $5,960 | 10/31/2011 | 9/30/2010 |
| The Brown Family Trust | PO Box 240 Gillette, NJ 07933 | Brown Family Trust C/O Holmquist Property Management, Inc. P.O. Box 14 Palm Harbour, FL 34682 | The Brown Family Trust c/o Holmquist Prop Mgmt. Inc. P.O. Box 14 Palm Harbour, FL 34682 | 92123 5050 34th St South St. Petersburg, FL 33711-4514 | $11,299 | 11/30/2010 | 9/30/2010 |
| The Kulhan Group, L.L.P. | The Kulhan Group, L.L.P. c/o Robert Kulhan 612 Pecan Street Greenville, IL 62246-2324 | | | 18609 2199 N Morton St Franklin, IN 46131-9624 | $7,571 | 12/31/2011 | 9/30/2010 |

| Lessor | Lessor's Notice Details | Other Notice Parties | Store No. | Leased Premises | Monthly Rental Obligation | Term of Lease | Rejection Date |
|---|---|---|---|---|---|---|---|
| Thomas J. Joyce & Mary A. Joyce, Trustee | Thomas J Joyce & Mary A. Joyce, Trustees Minot Colony Realty Trust c/o Mary A. Joyce, Trustee Scituate, MA 02066 | | 25002 | 267 Old Colony Avenue Boston, MA 02127-3520 | $11,475 | 2/29/2012 | 9/30/2010 |
| Wauconda Associates | Wauconda Associates c/o Fritz Duda Company 13355 Noel Road, Suite 1315 Dallas, TX 75240 | Wauconda Associates 38172 Eagle Way Chicago, IL 60671-1381 | 17469 | 515 W Liberty St Wauconda, IL 60084-2470 | $7,729 | 2/29/2012 | 9/30/2010 |
| Wilshire Shelby Willow Run LLC | c/o Westwood Financial Corp 11440 San Vicente Blvd. Suite 200 Los Angeles, CA 90049 | Westwood Financial Corp. 9301 East Shea Blvd. Suite #124 Scottsdale, AZ 85260 | 8141 | 12910 N Zuni St Ste 1300 Westminster, CO 80234-1313 | $5,270 | 9/30/2010 | 9/30/2010 |