**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **Blockbuster Inc., et al.,** | : | **Case No. 10 B 14997 (BRL)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

-------------------------------------------------------x

## APPOINTMENT OF
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

As of October 1, 2010, Tracy Hope Davis, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of Blockbuster Inc., and affiliated debtors in possession.


1.    The Bank of New York Mellon Trust Company, N.A.
       101 Barclay Street - 8 West
       New York, New York 10286
       Attention: Stuart Rothenberg, Vice President
       Telephone: (212) 298-1977
       Fax: (212) 667-9465


2.    Scott Siegel
       1 Granada Lane
       Atlantic Beach, New York 11509


3.    David A. Segal
       3523 McKinney Avenue #611
       Dallas, Texas 75204


4.    Universal Studios Home Entertainment LLC
       100 Universal City Plaza 1440 - 6th Floor
       Universal City, California 91608
       Attention: John Roussey, Vice President - Credit
       Telephone: (818) 777-7601
       Fax:    (818) 866-2314

5.      Integrated Process Technologies
        a/k/a FM Facility Maintenance
        10 Columbus Blvd. - 4th Floor
        Hartford, Connecticut 06106
        Attention: James Reavey, President/CEO
        Telephone: (860) 466-7404
        Fax:     (860) 466-7418


6.      AT&T Services, Inc.
        One AT&T Way - Room 3A218
        Bedminster, New Jersey 07921
        Attention: James W. Grudus, General Attorney
        Telephone: (908) 234-3318
        Fax: (832) 213-0157


7.      Weingarten Realty
        2600 Citadel Plaza Drive - Suite 125
        Houston, Texas 77008
        Attention: Jenny J. Hyun, Vice President/Associate General Counsel
        Telephone: (713) 866-6057
        Fax:     (713) 880-6146


8.      Developers Diversified Realty Corp.
        3300 Enterprise Parkway
        Beachwood, Ohio 44122
        Attention: Eric C. Cotton, Associate General Counsel
        Telephone: (216) 755-5500
        Fax:     (216) 755-1615

9.      Centro Properties Group
        420 Lexington Avenue
        New York, New York 10170
        Attention: Michael Moss - Executive Vice President
        Telephone: (212) 869-3000
        Fax:    (212) 302-4776




Dated: New York, New York
       October 1, 2010

                                        TRACY HOPE DAVIS
                                        UNITED STATES TRUSTEE


                                By:     /s/ Brian S. Masumoto
                                        Brain S. Masumoto
                                        Trial Attorney
                                        33 Whitehall Street, 21st Floor
                                        New York, New York  10004
                                        Tel. No. (212) 510-0500