**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re : Chapter 11
: 
**BLOCKBUSTER INC.,** *et al.*,[1] : Case No. 10-14997 (BRL)
: 
: (Jointly Administered)
**Debtors.** : 
---------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

On November 9, 2010, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class mail on the service list attached hereto as **Exhibit A:**

(*Space Intentionally Left Blank*)

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are Blockbuster Inc. (5102); Blockbuster Canada Inc. (1269); Blockbuster Digital Technologies Inc. (9222); Blockbuster Distribution, Inc. (0610); Blockbuster Gift Card, Inc. (1855); Blockbuster Global Services, Inc. (3019); Blockbuster International Spain Inc. (7615); Blockbuster Investments LLC (6313); Blockbuster Procurement LP (2546); Blockbuster Video Italy, Inc (5068); Movielink LLC (5575); TradingZone Inc. (8588); and $B^2$ LLC (5219).

- **Amended Final Order Pursuant to 11 U.S.C. §§ 105, 363(b)(1), and 503(b) and Fed. R. Bankr. P. 6003 and 6004 Requesting (I) Authority to Pay Certain Prepetition Claims of Movie Studios and Game Providers and (II) Administrative Expense Priority Status for All Undisputed Obligations Arising Postpetition** [Docket No. 470]

Dated: November 11, 2010

                                                            */s/ Stephanie Delgado*
                                                              Stephanie Delgado

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 11th of November, 2010, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: */s/ Gabriela Hill*

# EXHIBIT A

Exhibit A
Service List

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Allumination Filmworks LLC | 225 Arizona Ave Ste 250 | Santa Monica | CA | 90401-1234 |