Stephen Karotkin
Martin A. Sosland (*admitted pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11
                                        :
BLOCKBUSTER INC., *et al.*,[1]          :    Case No. 10-14997 (BRL)
                                        :
                                        :    (Jointly Administered)
          Debtors.                      :
------------------------------------------------------------x

## AGENDA FOR NOVEMBER 23, 2010 OMNIBUS HEARING

| | |
|---|---|
| **Time and Date of Hearing:** | **November 23, 2010 at 10:00 A.M. (Prevailing Eastern Time)**. |
| **Location of Hearing:** | The Honorable Burton R. Lifland, United States Bankruptcy Judge United States Bankruptcy Court, Southern District of New York One Bowling Green, Room 623, New York, New York 10004 |
| **Copies of Motions:** | A copy of each pleading can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at One Bowling Green, New York, New York, 10004, or (iii) from the Debtors' proposed notice and claims agent, Kurtzman Carson Consultants LLC, at www.kccllc.net/blockbuster or by calling 1-877-660-6684 (toll free) or 732-645-4110. Note that a PACER password is needed to access documents on the Court's website. |

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are Blockbuster Inc. (5102); Blockbuster Canada Inc. (1269); Blockbuster Digital Technologies Inc. (9222); Blockbuster Distribution, Inc. (0610); Blockbuster Gift Card, Inc. (1855); Blockbuster Global Services Inc. (3019); Blockbuster International Spain Inc. (7615); Blockbuster Investments LLC (6313); Blockbuster Procurement LP (2546); Blockbuster Video Italy, Inc. (5068); Movielink, LLC (5575); Trading Zone Inc. (8588); and B$^2$ LLC (5219).

**I.** <u>**Motion**</u>

    **A.** "**2004 Motion**" – Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Rule 2004 (I) Directing the Production of Documents and Witnesses and (II) Authorizing the Issuance of Subpoenas **[Doc. No. 480]**

        1. <u>Objection</u>:

            a. Objection of U.S. Bank National Association **[Docket No. 542]**

        2. <u>Status</u>: Contested. The Debtors and the Official Committee of Unsecured Creditors (the "***Committee***") are in discussions to work out a mutually acceptable resolution of the discovery request and will report to the Court at the hearing.

## II. Retention Application

**A.** "**FTI Application**" – Application of Official Committee of Unsecured Creditors for Entry of Order Authorizing the Retention and Employment of FTI Consulting, Inc. as its Financial Advisor, *Nunc Pro Tunc* to October 5, 2010 **[Docket No. 471]**

1. Related Documents:

   a. Limited Objection and Reservation of Rights of Steering Group of Senior Secured Noteholders **[Docket No. 544]**

   b. Reply of Committee to Limited Objection and Reservation of Rights of Steering Group of Senior Secured Noteholders **[Docket No. 554]**

2. Status: Contested.

Dated: November 22, 2010
New York, New York

/s/ Martin A. Sosland
Stephen Karotkin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

and

Martin A. Sosland (*admitted pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7700