**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

In re:

        Chapter 11

     BLOCKBUSTER INC., *et al.*,

        Case No. 10-14997 (BRL)

              Debtors.     (Jointly Administered)

-------------------------------------------------------------------X

APPEARANCES:

JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10022
Telephone:   (212) 891-1600
Facsimile:   (212) 891-1699
By:   Heather D. McArn

*Attorneys for Marc Cohen, Marc Perper and Uwe Stueckrad, on behalf of themselves, all others similarly situated and the general public, plaintiffs and putative class members in the action titled Cohen, et al. v. Blockbuster Entertainment Inc., Circuit Court of Cook County Illinois, Chancery Court Case No. 99-CH-2561 (consolidated)*

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
Facsimile:   (212) 310-8007
By:   Stephen Karotkin
       Martin A. Sosland

*Attorneys for Debtors and Debtors in Possession*

Before: Hon. Burton R. Lifland
      United States Bankruptcy Judge

## ERRATA ORDER

     ORDERED that Bench Memorandum and Decision Denying Motion for Order Allowing

Class Proof of Claim and Certifying the Proposed Classes, dated January 20, 2011, Dkt. No. 865,

be amended as follows:

Page 4, line 22, delete "in the absence of"

Dated:  New York, New York
     January 31, 2011                /s/Burton R. Lifland
                                  United States Bankruptcy Judge