# Exhibit A

Due to the voluminous size of the supporting documentation, a summary has been attached.  Copies of the original supporting documentation are available upon request.

| Blockbuster, Inc., et al. | |
|---|---|
| S.D. New York Case No. 10-14997 (BRL) | |
| | |
| ADT Security Services, Inc. | |
| Summary of Open Invoices | |
| | |
| Prepetition Amounts: | $92,537.79 |
| | |
| Postpetition Amounts: | $128,684.28 |
| | |
| **TOTAL:** | **$221,222.07** |

Blockbuster, Inc., et al.
S.D. New York Case No. 10-14997 (BRL)

ADT Security Services, Inc.
Prepetition Amounts

| Customer Number | Invoice Number | Invoice Date | Invoice Type | Amount |
|---|---|---|---|---|
| 103306358 | 23246289  B | 2/14/06 | Credit Memo | ($65.00) |
| 131003969 | 10180693 | 2/16/07 | ANSC-Quarterly | $666.41 |
| 115723534 | 0847389 | 8/3/07 | ANSC-Quarterly | $17.09 |
| 131003969 | 42080281 | 8/3/07 | ANSC-Quarterly | $48.05 |
| 131003969 | 42080282 | 8/3/07 | ANSC-Quarterly | $143.02 |
| 131003969 | 42080285 | 8/3/07 | ANSC-Quarterly | $44.61 |
| 131003969 | 42080287 | 8/3/07 | ANSC-Quarterly | $19.66 |
| 131003969 | 42080289 | 8/3/07 | ANSC-Quarterly | $58.23 |
| 170164177 | 77860166 | 9/28/08 | Credit Memo | ($33.33) |
| 187724334 | 77860167 | 9/28/08 | Credit Memo | ($25.50) |
| 189029755 | 77860168 | 9/28/08 | Credit Memo | ($25.50) |
| 186503644 | 78898996 | 10/1/08 | ANSC-Quarterly | $107.49 |
| 170168007 | 81046196  A | 11/14/08 | Credit Memo | ($18.95) |
| 189005969 | 83112802 | 12/25/08 | Credit Memo | ($7.70) |
| 186503644 | 84222680  A | 1/1/09 | ANSC-Quarterly | $99.54 |
| 182501251 | 87823653  A | 2/9/09 | Time and Material Service | $162.00 |
| 108112484 | 81201313 | 3/25/09 | Install-ADSC | $1,192.55 |
| 108112484 | 81431962 | 3/25/09 | Install-ADSC | $1,815.45 |
| 140901687 | 88586782 | 3/27/09 | Time and Material Service | $287.64 |
| 156701623 | 86283663  A | 4/4/09 | Time and Material Service | $74.29 |
| 187717182 | 87028045 | 4/5/09 | Time and Material Service | $75.00 |
| 140801422 | 88909259 | 4/8/09 | Credit Memo | ($13.00) |
| 156701633 | 88909260 | 4/8/09 | Credit Memo | ($13.00) |
| 181001229 | 88909261 | 4/8/09 | Credit Memo | ($57.41) |
| 189029767 | 88909262 | 4/8/09 | Credit Memo | ($13.00) |
| 189930526 | 88909263 | 4/8/09 | Credit Memo | ($16.99) |
| 189007470 | 89977032 | 4/22/09 | Time and Material Service | $79.05 |
| 111016642 | 90535809 | 4/26/09 | Install-ADSC | $349.00 |
| 102302669 | 90374032  B | 4/26/09 | Time and Material Service | $54.37 |
| 105062468 | 90548873 | 5/16/09 | Time and Material Service | $336.27 |
| 140901902 | 90563850 | 5/16/09 | Time and Material Service | $117.80 |
| 111006312 | 90796457  A | 5/23/09 | Time and Material Service | $244.86 |
| 131901175 | 94919637  A | 6/8/09 | Time and Material Service | $507.83 |
| 131901175 | 94993740  A | 6/9/09 | Time and Material Service | $123.63 |
| 113523982 | 92480184  A | 6/10/09 | Time and Material Service | $86.53 |
| 131901175 | 95191665  A | 6/12/09 | Time and Material Service | $75.00 |
| 103419436 | 95216708 | 6/12/09 | Time and Material Service | $124.49 |
| 189030259 | 92469965 | 6/28/09 | Credit Memo | ($27.50) |
| 156701407 | 94113221 | 7/9/09 | Credit Memo | ($14.50) |
| 166502454 | 94113222 | 7/9/09 | Credit Memo | ($14.50) |
| 189030183 | 94113223 | 7/9/09 | Credit Memo | ($14.50) |
| 111103246 | 97652572  A | 7/29/09 | Time and Material Service | $121.90 |
| 128613055 | 97814479 | 8/4/09 | Time and Material Service | $117.80 |
| 104436943 | 96047511  A | 8/9/09 | Time and Material Service | $80.25 |
| 117350115 | 96811865  A | 8/9/09 | Time and Material Service | $93.75 |

10-14997-cgm    Doc 1342-1    Filed 03/31/11    Entered 03/31/11 13:31:09    Exhibit A - Summary of Open Invoices    Pg 4 of 13

Blockbuster, Inc., et al.
S.D. New York Case No. 10-14997 (BRL)

ADT Security Services, Inc.
Prepetition Amounts

10-14997-cgm    Doc 1342-1    Filed 03/31/11    Entered 03/31/11 13:31:09    Exhibit A - Summary of Open Invoices    Pg 4 of 13

**Blockbuster, Inc., et al.**
**S.D. New York Case No. 10-14997 (BRL)**

**ADT Security Services, Inc.**
**Prepetition Amounts**

| Customer Number | Invoice Number | Invoice Date | Invoice Type | Amount |
|---:|---|---:|---|---:|
| 114909895 | 98638264 | 8/12/09 | Time and Material Service | $300.00 |
| 104014415 | 92480178  A | 8/22/09 | Time and Material Service | $702.34 |
| 116900321 | 96625907  A | 8/22/09 | Time and Material Service | $1,903.00 |
| 104013970 | 96964980  A | 8/22/09 | Time and Material Service | $101.48 |
| 109002083 | 97506618  A | 9/13/09 | Time and Material Service | $81.09 |
| 115802045 | 97519365  A | 9/13/09 | Time and Material Service | $118.70 |
| 128303300 | 97726233  A | 9/13/09 | Time and Material Service | $75.00 |
| 105214290 | 97768201  A | 9/13/09 | Time and Material Service | $81.47 |
| 103402506 | 97819097  A | 9/19/09 | Time and Material Service | $81.00 |
| 102302744 | 97838297  A | 9/19/09 | Time and Material Service | $101.48 |
| 102302744 | 98458657  A | 9/19/09 | Time and Material Service | $81.19 |
| 102302744 | 98530188  A | 9/19/09 | Time and Material Service | $81.19 |
| 101106276 | 98745522  A | 9/19/09 | Time and Material Service | $75.00 |
| 101919212 | 98821550  A | 9/19/09 | Time and Material Service | $75.00 |
| 186806566 | 98975080 | 9/19/09 | Time and Material Service | $93.75 |
| 131002952 | 10253896  B | 9/27/09 | Time and Material Service | $965.38 |
| 187736214 | 00170663 | 10/1/09 | ANSC-Quarterly | $222.00 |
| 140801423 | 99290938 | 10/1/09 | Credit Memo | ($45.00) |
| 145703629 | 99290939 | 10/1/09 | Credit Memo | ($40.97) |
| 166505337 | 99290940 | 10/1/09 | Credit Memo | ($55.48) |
| 170137847 | 99290941 | 10/1/09 | Credit Memo | ($168.86) |
| 174411175 | 99290942 | 10/1/09 | Credit Memo | ($58.80) |
| 186611344 | 99290943 | 10/1/09 | Credit Memo | ($45.00) |
| 187112405 | 99290944 | 10/1/09 | Credit Memo | ($202.67) |
| 187706909 | 99290945 | 10/1/09 | Credit Memo | ($247.45) |
| 189029757 | 99290946 | 10/1/09 | Credit Memo | ($120.86) |
| 189932171 | 99290947 | 10/1/09 | Credit Memo | ($58.80) |
| 166505136 | 99468822 | 10/1/09 | Credit Memo | ($93.10) |
| 186812233 | 99468823 | 10/1/09 | Credit Memo | ($75.50) |
| 131002952 | 10254442  A | 10/4/09 | Time and Material Service | $692.84 |
| 156701628 | 00239956  A | 10/16/09 | Credit Memo | ($14.50) |
| 156701629 | 00239957  A | 10/16/09 | Credit Memo | ($14.50) |
| 181001948 | 00239958  A | 10/16/09 | Credit Memo | ($18.95) |
| 186611340 | 98821558 | 10/16/09 | Credit Memo | ($75.00) |
| 131002952 | 10256106  A | 10/18/09 | Time and Material Service | $794.16 |
| 116643477 | 02766060 | 10/20/09 | Time and Material Service | $187.50 |
| 174319798 | 01073040 | 10/23/09 | Credit Memo | ($75.00) |
| 100412853 | 01116021  D | 10/25/09 | Credit Memo | ($11.52) |
| 140802287 | 01116035  A | 10/25/09 | Credit Memo | ($184.99) |
| 166001021 | 01116036  A | 10/25/09 | Credit Memo | ($165.87) |
| 181001208 | 01116037  A | 10/25/09 | Credit Memo | ($175.82) |
| 131002952 | 10256923  A | 11/1/09 | Time and Material Service | $262.50 |
| 186611527 | 01432189  A | 11/5/09 | Credit Memo | ($0.01) |
| 187710268 | 01432191  A | 11/5/09 | Credit Memo | ($0.01) |
| 100439690 | 03197753 | 11/5/09 | Time and Material Service | $112.50 |

Blockbuster, Inc., et al.
S.D. New York Case No. 10-14997 (BRL)

ADT Security Services, Inc.
Prepetition Amounts

| Customer Number | Invoice Number | Invoice Date | Invoice Type | Amount |
|---|---|---|---|---|
| 100100676 | 99703900 | 11/7/09 | ANSC-Quarterly | $59.11 |
| 100517705 | 99703990 | 11/7/09 | ANSC-Quarterly | $63.60 |
| 100517727 | 99703997 | 11/7/09 | ANSC-Quarterly | $58.83 |
| 101109052 | 99704082 | 11/7/09 | ANSC-Quarterly | $55.50 |
| 102016026 | 99704219 | 11/7/09 | ANSC-Quarterly | $59.11 |
| 104013775 | 99704618 | 11/7/09 | ANSC-Quarterly | $77.94 |
| 104013808 | 99704621 | 11/7/09 | ANSC-Quarterly | $77.94 |
| 104020014 | 99704635 | 11/7/09 | ANSC-Quarterly | $77.94 |
| 104020017 | 99704637 | 11/7/09 | ANSC-Quarterly | $77.94 |
| 104044803 | 99704658 | 11/7/09 | ANSC-Quarterly | $48.71 |
| 104059396 | 99704670 | 11/7/09 | ANSC-Quarterly | $60.08 |
| 104302113 | 99704708 | 11/7/09 | ANSC-Quarterly | $77.04 |
| 105404503 | 99704983 | 11/7/09 | ANSC-Quarterly | $58.83 |
| 106819112 | 99705100 | 11/7/09 | ANSC-Quarterly | $65.33 |
| 106820404 | 99705113 | 11/7/09 | ANSC-Quarterly | $65.33 |
| 106820473 | 99705114 | 11/7/09 | ANSC-Quarterly | $60.43 |
| 107205386 | 99705234 | 11/7/09 | ANSC-Quarterly | $72.00 |
| 107300341 | 99705257 | 11/7/09 | ANSC-Quarterly | $59.39 |
| 107311365 | 99705277 | 11/7/09 | ANSC-Quarterly | $48.15 |
| 108604879 | 99705423 | 11/7/09 | ANSC-Quarterly | $64.80 |
| 109023399 | 99705529 | 11/7/09 | ANSC-Quarterly | $60.01 |
| 109103789 | 99705541 | 11/7/09 | ANSC-Quarterly | $89.50 |
| 110705740 | 99705698 | 11/7/09 | ANSC-Quarterly | $59.25 |
| 111205899 | 99705748 | 11/7/09 | ANSC-Quarterly | $65.33 |
| 112104584 | 99705795 | 11/7/09 | ANSC-Quarterly | $76.68 |
| 112909617 | 99705864 | 11/7/09 | ANSC-Quarterly | $59.39 |
| 112915153 | 99705866 | 11/7/09 | ANSC-Quarterly | $77.04 |
| 113508550 | 99705968 | 11/7/09 | ANSC-Quarterly | $111.00 |
| 113529480 | 99706022 | 11/7/09 | ANSC-Quarterly | $70.50 |
| 114941122 | 99706162 | 11/7/09 | ANSC-Quarterly | $75.44 |
| 117326146 | 99706437 | 11/7/09 | ANSC-Quarterly | $59.11 |
| 119800478 | 99706561 | 11/7/09 | ANSC-Quarterly | $72.00 |
| 131308638 | 99706717 | 11/7/09 | ANSC-Quarterly | $48.15 |
| 131521099 | 99706748 | 11/7/09 | ANSC-Quarterly | $58.83 |
| 133241755 | 99706760 | 11/7/09 | ANSC-Quarterly | $257.40 |
| 133242243 | 99706803 | 11/7/09 | ANSC-Quarterly | $120.00 |
| 133248193 | 99706807 | 11/7/09 | ANSC-Quarterly | $121.50 |
| 170164231 | 99706963 | 11/7/09 | ANSC-Quarterly | $40.06 |
| 181001236 | 99707037 | 11/7/09 | ANSC-Quarterly | $76.32 |
| 186503301 | 99707070 | 11/7/09 | ANSC-Quarterly | $78.52 |
| 187201909 | 99707125 | 11/7/09 | ANSC-Quarterly | $239.30 |
| 187710076 | 99707140 | 11/7/09 | ANSC-Quarterly | $144.50 |
| 100439690 | 03841522 | 11/9/09 | Time and Material Service | $599.44 |
| 140806985 | 04058843  A | 11/12/09 | Time and Material Service | $785.13 |
| 101611403 | 94113225  A | 11/23/09 | Credit Memo | ($75.00) |

| Blockbuster, Inc., et al. |
| S.D. New York Case No. 10-14997 (BRL) |

ADT Security Services, Inc.
Prepetition Amounts

| Customer Number | Invoice Number | Invoice Date | Invoice Type | Amount |
|---|---|---|---|---|
| 102342907 | 99704332  A | 11/23/09 | Credit Memo | ($186.73) |
| 107403636 | 03088857 | 11/27/09 | Time and Material Service | $162.75 |
| 131002952 | 10258037  A | 11/29/09 | Time and Material Service | $454.15 |
| 128301163 | 03671362  A | 12/1/09 | ANSC-Quarterly | $524.05 |
| 103426200 | 03671459  A | 12/1/09 | ANSC-Quarterly | $149.14 |
| 131002952 | 10258859  A | 12/6/09 | Time and Material Service | $80.81 |
| 131002952 | 10259406  A | 12/13/09 | Time and Material Service | $348.45 |
| 131002952 | 10259854  A | 12/20/09 | Time and Material Service | $253.21 |
| 107526451 | 04345278  A | 12/27/09 | Credit Memo | ($28.03) |
| 108900181 | 03131281 | 12/27/09 | Time and Material Service | $717.00 |
| 131002952 | 10260370  A | 12/27/09 | Time and Material Service | $1,163.56 |
| 131002952 | 10260991  A | 1/10/10 | Time and Material Service | $563.09 |
| 114909895 | 07728198 | 1/11/10 | Time and Material Service | $75.00 |
| 131002952 | 10261815  A | 1/17/10 | Time and Material Service | $206.25 |
| 106724876 | 08209367  A | 1/22/10 | Time and Material Service | $118.50 |
| 131002952 | 10262391  A | 1/30/10 | Time and Material Service | $310.86 |
| 187736214 | 08578467 | 2/1/10 | Time and Material Service | $75.00 |
| 187736214 | 08592076 | 2/2/10 | Time and Material Service | $75.00 |
| 116600012 | CK0053072 | 2/15/10 | Credit Memo | ($25.28) |
| 102347847 | 08458442 | 3/3/10 | Credit Memo | ($81.19) |
| 104606269 | 20423252 | 3/4/10 | Time and Material Service | $467.50 |
| 104606269 | 20442887 | 3/6/10 | Time and Material Service | $85.00 |
| 189054756 | 95845121  B | 3/12/10 | Time and Material Service | $121.58 |
| 131002952 | 10265017  A | 3/21/10 | Time and Material Service | $495.15 |
| 100100673 | 20511189  A | 4/22/10 | Credit Memo | ($97.45) |
| 102342907 | 20511557  A | 4/22/10 | Credit Memo | ($96.08) |
| 140901887 | 04543637  B | 4/23/10 | Time and Material Service | $65.00 |
| 140901887 | 96065100  B | 4/23/10 | Time and Material Service | $75.00 |
| 140901887 | 96065101  B | 4/23/10 | Time and Material Service | $311.13 |
| 131002952 | 10265015  B | 4/25/10 | ANSC-Quarterly | $6,908.85 |
| 131002952 | 10266166  A | 4/25/10 | Time and Material Service | $230.74 |
| 100506833 | 00427261  A | 5/3/10 | Credit Memo | ($1,117.25) |
| 104066630 | 00819464  A | 5/3/10 | Credit Memo | ($2,697.72) |
| 109101546 | 00819465  B | 5/3/10 | Credit Memo | ($3,190.25) |
| 112700250 | 00819466  A | 5/3/10 | Credit Memo | ($868.27) |
| 100412853 | 94269298  A | 5/3/10 | Credit Memo | ($1,056.29) |
| 131002952 | 10268023  B | 5/9/10 | Time and Material Service | $225.00 |
| 109021366 | 22977486 | 5/9/10 | Time and Material Service | $959.44 |
| 131002952 | 10269336  A | 5/22/10 | ANSC-Quarterly | $4,877.27 |
| 131002952 | 10269420 | 5/23/10 | ANSC Pro-Rated | $2,645.92 |
| 159800184 | 22175606  A | 5/23/10 | Credit Memo | ($21.95) |
| 117306729 | 23696666 | 5/23/10 | Credit Memo | ($46.19) |
| 131002952 | 10269385 | 5/23/10 | Time and Material Service | $33.92 |
| 104421658 | 99704760 | 5/23/10 | Time and Material Service | $77.04 |
| 131002952 | 10269727  C | 5/30/10 | Credit Memo | ($991.01) |

| Blockbuster, Inc., et al. |||||
|---|---|---|---|---|
| S.D. New York Case No. 10-14997 (BRL) |||||
| | | | | |
| ADT Security Services, Inc. |||||
| Prepetition Amounts |||||
| | | | | |
| Customer Number | Invoice Number | Invoice Date | Invoice Type | Amount |
| | | | | |
| 131002952 | 10265941 | 6/3/10 | Credit Memo | ($3,816.78) |
| 187714452 | CK0021032 | 6/18/10 | Credit Memo | ($96.54) |
| 106727097 | 25502283 | 6/25/10 | Install-ADSC | $1,223.60 |
| 102221470 | 25167008 | 6/26/10 | Credit Memo | ($80.44) |
| 103429840 | 25167009 | 6/26/10 | Credit Memo | ($81.19) |
| 112101278 | 25167010 | 6/26/10 | Credit Memo | ($75.00) |
| 112810613 | 25167012 | 6/26/10 | Credit Memo | ($81.66) |
| 112810613 | 23977856 | 6/26/10 | Time and Material Service | $81.66 |
| 103429840 | 24088491 | 6/26/10 | Time and Material Service | $81.19 |
| 112101278 | 24778260 | 6/26/10 | Time and Material Service | $75.00 |
| 102221470 | 25087409 | 6/26/10 | Time and Material Service | $80.44 |
| 131002952 | 10271018  B | 6/27/10 | Credit Memo | ($3,639.02) |
| 103426200 | 25753537 | 6/27/10 | Credit Memo | ($104.89) |
| 103426200 | 25753537  A | 6/27/10 | Credit Memo | ($52.45) |
| 103426200 | 24163919 | 6/27/10 | Time and Material Service | $157.34 |
| 103426200 | 25776824 | 7/4/10 | Credit Memo | ($2.73) |
| 100412820 | 25776825 | 7/4/10 | Credit Memo | ($29.48) |
| 100720340 | 25776826 | 7/4/10 | Credit Memo | ($29.48) |
| 101305904 | 25776827 | 7/4/10 | Credit Memo | ($29.48) |
| 101306348 | 25776828 | 7/4/10 | Credit Memo | ($29.48) |
| 101919434 | 25776829 | 7/4/10 | Credit Memo | ($17.88) |
| 102307331 | 25776830 | 7/4/10 | Credit Memo | ($50.30) |
| 108015622 | 25776831 | 7/4/10 | Credit Memo | ($17.88) |
| 108901155 | 25776832 | 7/4/10 | Credit Memo | ($29.48) |
| 109021351 | 25776833 | 7/4/10 | Credit Memo | ($19.33) |
| 112604623 | 25776834 | 7/4/10 | Credit Memo | ($17.88) |
| 114818254 | 25776835 | 7/4/10 | Credit Memo | ($17.88) |
| 131308650 | 25776836 | 7/4/10 | Credit Memo | ($19.13) |
| 148009976 | 25776837 | 7/4/10 | Credit Memo | ($17.88) |
| 166502493 | 25776838 | 7/4/10 | Credit Memo | ($17.88) |
| 131002952 | 10271397  A | 7/4/10 | Time and Material Service | $306.71 |
| 131002952 | 10271967  A | 7/11/10 | Time and Material Service | $3,901.08 |
| 100100673 | 20511189 | 7/14/10 | ANSC-Quarterly | $97.45 |
| 101324493 | 99704116 | 7/14/10 | ANSC-Quarterly | $45.00 |
| 116900376 | 30585349 | 7/14/10 | Install-ADSC | $1,062.42 |
| 104606269 | 28912865 | 7/15/10 | Time and Material Service | $75.00 |
| 104606269 | 28912866 | 7/15/10 | Time and Material Service | $75.00 |
| 100903107 | 07558383 | 7/25/10 | Time and Material Service | $31.80 |
| 103917625 | 07558385 | 7/25/10 | Time and Material Service | $31.80 |
| 131002952 | 10273101  A | 7/25/10 | Time and Material Service | $75.00 |
| 112104584 | 21907536 | 7/25/10 | Time and Material Service | $75.00 |
| 104015039 | 23337056 | 7/25/10 | Time and Material Service | $81.19 |
| 113134451 | 23337065 | 7/25/10 | Time and Material Service | $75.00 |
| 110124445 | 23483592 | 7/25/10 | Time and Material Service | $86.38 |
| 116007344 | 24088497 | 7/25/10 | Time and Material Service | $75.00 |

| Blockbuster, Inc., et al. |||||
|---|---|---|---|---|
| S.D. New York Case No. 10-14997 (BRL) |||||
| ADT Security Services, Inc. |||||
| Prepetition Amounts |||||
| Customer Number | Invoice Number | Invoice Date | Invoice Type | Amount |
| 107010296 | 25753540 | 7/25/10 | Time and Material Service | $85.00 |
| 102342912 | 25926012 | 7/25/10 | Time and Material Service | $133.15 |
| 105214292 | 26701511 | 7/25/10 | Time and Material Service | $81.47 |
| 106820372 | 26829533 | 7/25/10 | Time and Material Service | $81.66 |
| 116905314 | 26829535 | 7/25/10 | Time and Material Service | $75.00 |
| 102362593 | 27164484 | 7/25/10 | Time and Material Service | $101.48 |
| 107101799 | 27302947 | 7/25/10 | Time and Material Service | $35.00 |
| 107102654 | 27302948 | 7/25/10 | Time and Material Service | $35.00 |
| 107103168 | 27302949 | 7/25/10 | Time and Material Service | $35.00 |
| 100417461 | 27526374 | 7/25/10 | Time and Material Service | $75.00 |
| 102305101 | 27526375 | 7/25/10 | Time and Material Service | $142.08 |
| 113040482 | 27526376 | 7/25/10 | Time and Material Service | $75.00 |
| 111006149 | 25765243 | 7/25/10 | Time and Material Service | $40.00 |
| 109208170 | 29329637  A | 7/26/10 | Time and Material Service | $339.59 |
| 104610473 | 31359975 | 7/28/10 | Time and Material Service | $81.49 |
| 131002952 | 10273276  C | 8/1/10 | Time and Material Service | $75.00 |
| 109802736 | 31526877 | 8/2/10 | Time and Material Service | $93.75 |
| 112127308 | 31539884 | 8/3/10 | Time and Material Service | $75.00 |
| 114007929 | 31539885 | 8/3/10 | Time and Material Service | $121.73 |
| 131002952 | 10273605 | 8/8/10 | Time and Material Service | $6,969.20 |
| 108705263 | 32143519 | 8/8/10 | Time and Material Service | $75.00 |
| 131100185 | 32143526 | 8/8/10 | Time and Material Service | $75.00 |
| 108913069 | 32351210 | 8/10/10 | Time and Material Service | $75.00 |
| 102302730 | 32436262 | 8/11/10 | Time and Material Service | $401.26 |
| 117407442 | 32517874 | 8/14/10 | Time and Material Service | $75.00 |
| 107011704 | 32607323 | 8/15/10 | Time and Material Service | $905.10 |
| 186605634 | 32607327 | 8/15/10 | Time and Material Service | $162.18 |
| 101329888 | 32693884 | 8/16/10 | Time and Material Service | $160.60 |
| 103102313 | 32827986 | 8/18/10 | Time and Material Service | $75.00 |
| 104429382 | 32827987 | 8/18/10 | Time and Material Service | $80.25 |
| 105902716 | 32827988 | 8/18/10 | Time and Material Service | $152.97 |
| 105908717 | 32827989 | 8/18/10 | Time and Material Service | $636.59 |
| 106911852 | 32827990 | 8/18/10 | Time and Material Service | $75.00 |
| 108320334 | 32827991 | 8/18/10 | Time and Material Service | $155.00 |
| 113523996 | 32827992 | 8/18/10 | Time and Material Service | $75.00 |
| 186605634 | 32827993 | 8/18/10 | Time and Material Service | $75.00 |
| 186605634 | 32827994 | 8/18/10 | Time and Material Service | $75.00 |
| 101106360 | 32880462 | 8/21/10 | Time and Material Service | $75.00 |
| 101705615 | 32880463 | 8/21/10 | Time and Material Service | $141.26 |
| 104020016 | 32880464 | 8/21/10 | Time and Material Service | $182.67 |
| 104316355 | 32880465 | 8/21/10 | Time and Material Service | $75.00 |
| 107010303 | 32880466 | 8/21/10 | Time and Material Service | $150.00 |
| 108015650 | 32880467 | 8/21/10 | Time and Material Service | $75.00 |
| 108905336 | 32880468 | 8/21/10 | Time and Material Service | $75.00 |
| 111015655 | 32880469 | 8/21/10 | Time and Material Service | $75.00 |

| Blockbuster, Inc., et al. |
|---|
| S.D. New York Case No. 10-14997 (BRL) |
| |
| ADT Security Services, Inc. |
| Prepetition Amounts |

| Customer Number | Invoice Number | Invoice Date | Invoice Type | Amount |
|---|---|---|---|---|
| 112127308 | 32880470 | 8/21/10 | Time and Material Service | $75.00 |
| 114700429 | 32880471 | 8/21/10 | Time and Material Service | $216.06 |
| 114700481 | 32880472 | 8/21/10 | Time and Material Service | $75.00 |
| 114950447 | 32880473 | 8/21/10 | Time and Material Service | $112.50 |
| 115216006 | 32880474 | 8/21/10 | Time and Material Service | $75.00 |
| 117434202 | 32880475 | 8/21/10 | Time and Material Service | $112.50 |
| 133242130 | 32880476 | 8/21/10 | Time and Material Service | $160.60 |
| 189030261 | 32880477 | 8/21/10 | Time and Material Service | $122.10 |
| 102718102 | 33014502 | 8/22/10 | ANSC Pro-Rated | $40.40 |
| 102342875 | 33014511 | 8/22/10 | Credit Memo | ($81.19) |
| 187724820 | 33014512 | 8/22/10 | Credit Memo | ($75.00) |
| 131002952 | 10274327  B | 8/22/10 | Time and Material Service | $1,470.97 |
| 111205891 | 27786703 | 8/22/10 | Time and Material Service | $81.28 |
| 174319572 | 27808140 | 8/22/10 | Time and Material Service | $123.00 |
| 109021362 | 28351023 | 8/22/10 | Time and Material Service | $133.15 |
| 126303040 | 28547674 | 8/22/10 | Time and Material Service | $280.97 |
| 102342922 | 28629607 | 8/22/10 | Time and Material Service | $133.15 |
| 102342922 | 28629608 | 8/22/10 | Time and Material Service | $167.79 |
| 102343834 | 28929691 | 8/22/10 | Time and Material Service | $167.79 |
| 128703195 | 28978961 | 8/22/10 | Time and Material Service | $75.00 |
| 156702720 | 29150716 | 8/22/10 | Time and Material Service | $90.00 |
| 179904890 | 29201980 | 8/22/10 | Time and Material Service | $75.00 |
| 101611488 | 33014503 | 8/22/10 | Time and Material Service | $161.40 |
| 102302752 | 33014504 | 8/22/10 | Time and Material Service | $270.63 |
| 102349801 | 33014505 | 8/22/10 | Time and Material Service | $167.79 |
| 104316355 | 33014506 | 8/22/10 | Time and Material Service | $75.00 |
| 105013930 | 33014507 | 8/22/10 | Time and Material Service | $317.20 |
| 107715232 | 33014508 | 8/22/10 | Time and Material Service | $80.25 |
| 109002094 | 33014509 | 8/22/10 | Time and Material Service | $121.64 |
| 113523996 | 33014510 | 8/22/10 | Time and Material Service | $150.00 |
| 131002952 | 99210982 | 8/24/10 | Time and Material Service | $272.98 |
| 131002952 | 99443261 | 8/24/10 | Time and Material Service | $81.00 |
| 131002952 | 99443265 | 8/24/10 | Time and Material Service | $75.00 |
| 102342907 | 20511557  B | 8/26/10 | ANSC-Quarterly | $96.08 |
| 102357407 | 30917426 | 8/26/10 | Credit Memo | ($81.19) |
| 102357407 | 30748014 | 8/26/10 | Time and Material Service | $81.19 |
| 131002952 | 10267447 | 8/27/10 | Credit Memo | ($4,051.01) |
| 131002952 | 10271038 | 8/27/10 | Credit Memo | ($8,368.14) |
| 131002952 | 10275928 | 8/27/10 | Credit Memo | ($3,630.22) |
| 131002952 | 10276793 | 8/27/10 | Credit Memo | ($2,390.42) |
| 131002952 | 10276277 | 8/27/10 | Time and Material Service | $6,158.45 |
| 189004706 | 30585350 | 8/28/10 | Install-ADSC | $2,700.04 |
| 106911852 | 30835595 | 8/28/10 | Install-ADSC | $365.29 |
| 102304755 | 31178151 | 8/28/10 | Install-ADSC | $1,684.87 |
| 107103316 | 29459742 | 8/28/10 | Time and Material Service | $75.00 |

| Blockbuster, Inc., et al. |||||
|---|---|---|---|---|
| S.D. New York Case No. 10-14997 (BRL) |||||
| |||||
| ADT Security Services, Inc. |||||
| Prepetition Amounts |||||
| |||||
| Customer Number | Invoice Number | Invoice Date | Invoice Type | Amount |
| | | | | |
| 118904641 | 29668603 | 8/28/10 | Time and Material Service | $115.00 |
| 131308639 | 31178163 | 8/28/10 | Time and Material Service | $30.00 |
| 133243188 | 31178164 | 8/28/10 | Time and Material Service | $118.30 |
| 116007369 | 31261097 | 8/28/10 | Time and Material Service | $183.92 |
| 117812429 | 31261098 | 8/28/10 | Time and Material Service | $161.40 |
| 131002952 | 10274762 | 8/29/10 | Time and Material Service | $8,566.19 |
| 187714452 | 29410919 | 8/29/10 | Time and Material Service | $75.00 |
| 108913070 | 29502067 | 8/29/10 | Time and Material Service | $250.00 |
| 189004172 | 99707173  A | 9/1/10 | Credit Memo | ($2.38) |
| 131002952 | 10276622 | 9/3/10 | Time and Material Service | $6,555.35 |
| 103306358 | 31557446 | 9/3/10 | Time and Material Service | $628.88 |
| 187714452 | 08595935  A | 9/9/10 | Credit Memo | ($48.00) |
| 131002952 | 10265941  A | 9/9/10 | Credit Memo | ($473.35) |
| 131002952 | 10275802 | 9/12/10 | Time and Material Service | $14,116.60 |
| 131002952 | 10277809 | 9/17/10 | Time and Material Service | $10,541.95 |
| 102342875 | 32143507 | 9/17/10 | Time and Material Service | $81.19 |
| 156701661 | 29459750 | 9/18/10 | Time and Material Service | $81.90 |
| 108913327 | 29639207 | 9/18/10 | Time and Material Service | $75.00 |
| 189029758 | 29639216 | 9/18/10 | Time and Material Service | $99.11 |
| 107102466 | 30270174 | 9/18/10 | Time and Material Service | $75.00 |
| 109701066 | 30497605 | 9/18/10 | Time and Material Service | $162.15 |
| 115215239 | 30497609 | 9/18/10 | Time and Material Service | $161.60 |
| 109012333 | 30585357 | 9/18/10 | Time and Material Service | $167.59 |
| 108913070 | 30664585 | 9/18/10 | Time and Material Service | $75.00 |
| 131002952 | 10275929 | 9/19/10 | Time and Material Service | $5,307.79 |
| 116952170 | 33060719 | 9/22/10 | ANSC Pro-Rated | $61.05 |
| 129205020 | 33060720 | 9/22/10 | Credit Memo | ($100.65) |
| 108015650 | 33060743 | 9/22/10 | Credit Memo | ($75.00) |
| 116952170 | 33060721 | 9/22/10 | Install-ADSC | $2,567.97 |
| 102122450 | 33060722 | 9/22/10 | Time and Material Service | $80.25 |
| 102343438 | 33060723 | 9/22/10 | Time and Material Service | $81.19 |
| 102349801 | 33060724 | 9/22/10 | Time and Material Service | $81.19 |
| 103505683 | 33060725 | 9/22/10 | Time and Material Service | $320.07 |
| 103904657 | 33060726 | 9/22/10 | Time and Material Service | $121.90 |
| 104068010 | 33060727 | 9/22/10 | Time and Material Service | $202.97 |
| 105008941 | 33060728 | 9/22/10 | Time and Material Service | $921.80 |
| 105008941 | 33060729 | 9/22/10 | Time and Material Service | $155.58 |
| 109700976 | 33060730 | 9/22/10 | Time and Material Service | $81.15 |
| 110124689 | 33060731 | 9/22/10 | Time and Material Service | $75.00 |
| 111015655 | 33060732 | 9/22/10 | Time and Material Service | $75.00 |
| 114700429 | 33060733 | 9/22/10 | Time and Material Service | $75.00 |
| 114700481 | 33060734 | 9/22/10 | Time and Material Service | $93.75 |
| 114816154 | 33060735 | 9/22/10 | Time and Material Service | $75.00 |
| 131002952 | 33060735  A | 9/22/10 | Time and Material Service | $57.12 |
| 114954888 | 33060736 | 9/22/10 | Time and Material Service | $75.00 |

| Blockbuster, Inc., et al. | | | | |
|---|---|---|---|---|
| S.D. New York Case No. 10-14997 (BRL) | | | | |
| | | | | |
| ADT Security Services, Inc. | | | | |
| Prepetition Amounts | | | | |
| | | | | |
| Customer Number | Invoice Number | Invoice Date | Invoice Type | Amount |
| | | | | |
| 117303850 | 33060737 | 9/22/10 | Time and Material Service | $112.50 |
| 117307641 | 33060738 | 9/22/10 | Time and Material Service | $165.85 |
| 117812341 | 33060739 | 9/22/10 | Time and Material Service | $75.00 |
| 119801779 | 33060740 | 9/22/10 | Time and Material Service | $300.45 |
| 128614185 | 33060741 | 9/22/10 | Time and Material Service | $75.00 |
| 187717182 | 33060742 | 9/22/10 | Time and Material Service | $75.00 |
| | | | | |
| | | | **TOTAL:** | **$92,537.79** |

Blockbuster, Inc., et al
S.D. New York Case No. 10-14997 (BRL

ADT Security Services, Inc
Postpetition Amounts

| Account Number | Company | Invoice Number | Due Date | Invoice Type | Amount |
|---|---|---|---|---|---|
| 102342906 | BLOCKBUSTER VIDEO INC | CK4049230 | 09/27/2010 | Credit | ($301.15) |
| 102342907 | BLOCKBUSTER VIDEO INC | CK4049230 | 09/27/2010 | Credit | ($199.15) |
| 131002952 | BLOCKBUSTER VIDEO INC | CK206659 | 11/11/2010 | Credit | ($786.06) |
| 131002952 | BLOCKBUSTER VIDEO INC | CK206659 B | 11/11/2010 | Credit | ($101.48) |
| 106911852 | BLOCKBUSTER VIDEO INC | 30835595 A | 01/05/2011 | Credit | ($2,700.04) |
| | | | | **Credit Total:** | **($4,087.88)** |
| 103509681 | BLOCKBUSTER VIDEO INC | 33110716 | 10/24/2010 | Installation | $866.00 |
| | | | | **Installation Total:** | **$866.00** |
| 131002952 | BLOCKBUSTER VIDEO INC | 42986178 | 04/28/2011 | Recurring Service - April 2011 | $44,663.65 |
| | | | | **Recurring Service - April 2011 Total:** | **$44,663.65** |
| 102723279 | BLOCKBUSTER VIDEO INC | 33110717 | 10/24/2010 | Time and Material Service | $65.67 |
| 114816154 | BLOCKBUSTER VIDEO INC | 33110719 | 10/24/2010 | Time and Material Service | $75.00 |
| 115215277 | BLOCKBUSTER VIDEO INC | 33110720 | 10/24/2010 | Time and Material Service | $75.00 |
| 117431229 | BLOCKBUSTER VIDEO INC | 33110721 A | 10/24/2010 | Time and Material Service | $77.32 |
| 156701634 | BLOCKBUSTER VIDEO INC | 34316176 | 11/21/2010 | Time and Material Service | $90.00 |
| 108913070 | BLOCKBUSTER VIDEO INC | 33110718 | 10/24/2010 | Time and Material Service | $117.74 |
| 103509681 | BLOCKBUSTER VIDEO INC | 31624042 | 10/30/2010 | Time and Material Service | $128.56 |
| 105902719 | BLOCKBUSTER VIDEO INC | 40977365 | 03/27/2011 | Time and Material Service | $75.00 |
| 187724343 | BLOCKBUSTER VIDEO INC | 39902823 | 03/27/2011 | Time and Material Service | $75.00 |
| 109021362 | BLOCKBUSTER VIDEO INC | 39146014 | 03/27/2011 | Time and Material Service | $81.19 |
| 106918161 | BLOCKBUSTER VIDEO INC | 34407915 A | 10/18/2010 | Time and Material Service | $160.00 |
| 109021360 | BLOCKBUSTER VIDEO INC | 44635235 | 03/29/2011 | Time and Material Service | $81.09 |
| 104017786 | BLOCKBUSTER VIDEO INC | 44635232 | 03/29/2011 | Time and Material Service | $81.19 |
| 107202502 | BLOCKBUSTER VIDEO INC | 44635234 | 03/29/2011 | Time and Material Service | $93.75 |
| 113037490 | BLOCKBUSTER VIDEO INC | 44635236 | 03/29/2011 | Time and Material Service | $93.75 |
| 102722683 | BLOCKBUSTER VIDEO INC | 44635231 | 03/29/2011 | Time and Material Service | $112.50 |
| 104608217 | BLOCKBUSTER VIDEO INC | 44635233 | 03/29/2011 | Time and Material Service | $131.25 |
| 174311394 | BLOCKBUSTER VIDEO INC | 44635237 | 03/29/2011 | Time and Material Service | $166.63 |
| 100720639 | BLOCKBUSTER VIDEO INC | 44635230 | 03/29/2011 | Time and Material Service | $317.75 |
| 109102788 | BLOCKBUSTER VIDEO INC | 38971973 | 02/20/2011 | Time and Material Service | $75.00 |
| 131002952 | BLOCKBUSTER VIDEO INC | 10275802 A | 01/18/2011 | Time and Material Service | ($1,508.52) |
| 131002952 | BLOCKBUSTER VIDEO INC | 10278586 B | 10/31/2010 | Time and Material Service | $4,447.05 |
| 131002952 | BLOCKBUSTER VIDEO INC | 10279736 A | 11/14/2010 | Time and Material Service | $7,038.04 |
| 131002952 | BLOCKBUSTER VIDEO INC | 10280106 B | 11/21/2010 | Time and Material Service | $952.58 |
| 131002952 | BLOCKBUSTER VIDEO INC | 10280313 A | 12/05/2010 | Time and Material Service | $567.00 |
| 131002952 | BLOCKBUSTER VIDEO INC | 10281599 B | 12/12/2010 | Time and Material Service | $300.00 |
| 131002952 | BLOCKBUSTER VIDEO INC | 10281901 B | 12/19/2010 | Time and Material Service | $422.43 |
| 131002952 | BLOCKBUSTER VIDEO INC | 10282450 C | 01/09/2011 | Time and Material Service | $535.95 |
| 131002952 | BLOCKBUSTER VIDEO INC | 10284142 A | 01/22/2011 | Time and Material Service | $300.00 |
| 131002952 | BLOCKBUSTER VIDEO INC | 10286038 A | 02/20/2011 | Time and Material Service | $81.47 |
| 131002952 | BLOCKBUSTER VIDEO INC | 10287878 | 03/27/2011 | Time and Material Service | $50,054.27 |
| 131002952 | BLOCKBUSTER VIDEO INC | 10290224 | 04/24/2011 | Time and Material Service | $2,801.48 |
| 131002952 | BLOCKBUSTER VIDEO INC | 10289657 | 04/17/2011 | Time and Material Service | $4,178.47 |
| 131002952 | BLOCKBUSTER VIDEO INC | 10289134 | 04/10/2011 | Time and Material Service | $4,364.30 |
| 131002952 | BLOCKBUSTER VIDEO INC | 10288215 | 04/03/2011 | Time and Material Service | $7,426.27 |
| 100720639 | BLOCKBUSTER VIDEO INC | 44570475 | 03/25/2011 | Time and Material Service | $75.00 |
| 102722683 | BLOCKBUSTER VIDEO INC | 44570476 | 03/25/2011 | Time and Material Service | $75.00 |
| 105902715 | BLOCKBUSTER VIDEO INC | 44583546 | 03/28/2011 | Time and Material Service | $75.00 |
| 107901793 | BLOCKBUSTER VIDEO INC | 44570478 | 03/25/2011 | Time and Material Service | $75.00 |
| 108913074 | BLOCKBUSTER VIDEO INC | 44570479 | 03/25/2011 | Time and Material Service | $75.00 |
| 112105037 | BLOCKBUSTER VIDEO INC | 44570480 | 03/25/2011 | Time and Material Service | $75.00 |
| 113604325 | BLOCKBUSTER VIDEO INC | 44583549 | 03/28/2011 | Time and Material Service | $75.00 |
| 114816152 | BLOCKBUSTER VIDEO INC | 44570481 | 03/25/2011 | Time and Material Service | $75.00 |
| 114900632 | BLOCKBUSTER VIDEO INC | 44583551 | 03/28/2011 | Time and Material Service | $75.00 |
| 126302944 | BLOCKBUSTER VIDEO INC | 44583552 | 03/28/2011 | Time and Material Service | $75.00 |
| 131514839 | BLOCKBUSTER VIDEO INC | 44570483 | 03/25/2011 | Time and Material Service | $75.00 |
| 111205944 | BLOCKBUSTER VIDEO INC | 43679411 | 03/09/2011 | Time and Material Service | $81.28 |
| 106820375 | BLOCKBUSTER VIDEO INC | 43814394 | 03/11/2011 | Time and Material Service | $81.66 |
| 108315487 | BLOCKBUSTER VIDEO INC | 44583547 | 03/28/2011 | Time and Material Service | $101.44 |

| Blockbuster, Inc., et al |||||||
|---|---|---|---|---|---|---|
| S.D. New York Case No. 10-14997 (BRL |||||||
| | | | | | | |
| ADT Security Services, Inc |||||||
| Postpetition Amounts |||||||
| Account Number | Company | Invoice Number | Due Date | Invoice Type | | Amount |
| 156701637 | BLOCKBUSTER VIDEO INC | 44583553 | 03/28/2011 | Time and Material Service | | $125.93 |
| 114816152 | BLOCKBUSTER VIDEO INC | 44451210 | 03/22/2011 | Time and Material Service | | $142.14 |
| 104608217 | BLOCKBUSTER VIDEO INC | 44583545 | 03/28/2011 | Time and Material Service | | $150.00 |
| 114935493 | BLOCKBUSTER VIDEO INC | 44570482 | 03/25/2011 | Time and Material Service | | $150.00 |
| 105902716 | BLOCKBUSTER VIDEO INC | 43679410 | 03/09/2011 | Time and Material Service | | $181.94 |
| 179904886 | BLOCKBUSTER VIDEO INC | 44083686 | 03/16/2011 | Time and Material Service | | $185.74 |
| 114705935 | BLOCKBUSTER VIDEO INC | 44583550 | 03/28/2011 | Time and Material Service | | $244.60 |
| 106500480 | BLOCKBUSTER VIDEO INC | 44570477 | 03/25/2011 | Time and Material Service | | $246.94 |
| 113523967 | BLOCKBUSTER VIDEO INC | 44583548 | 03/28/2011 | Time and Material Service | | $591.66 |
| | | | | **Time and Material Service Total:** | | **$87,242.51** |
| | | | **TOTAL:** | | | **$128,684.28** |