UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re : Chapter 11
:
**BLOCKBUSTER INC.,** *et al.*,[1] : Case No. 10-14997 (BRL)
:
: (Jointly Administered)
Debtors. :
--------------------------------------------------------------- x

## NOTICE OF ADJOURNMENT OF AUCTION

**PLEASE TAKE NOTICE** that, as set forth in that certain *Order Pursuant to 11 U.S.C. §§ 105, 363, 364, 365 and 503 and Fed. R. Bankr. P. 2002, 4001, 6004, 6006, 9008, 9014, and 9019 approving (A) Bid Procedures, (B) Stalking Horse Expense Reimbursement, (C) Notice Of Sale, Auction and Sale Hearing, (D) Assumption Procedures and Related Notices, (E) Incurrence Of Sale-Related Administrative Priority Claims, and (F) Imposition Of An Administrative Stay*, dated as of March 17, 2011 [Doc. No. 1223] (the "**Bid Procedures Order**"),[2] **the Auction was due to commence at 10:00 a.m. (New York Time) on Monday, April 4, 2011 in Courtroom 623 (the "*Auction Room*") at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 (the "*Bankruptcy Court*").**

**PLEASE TAKE FURTHER NOTICE that the Auction has been adjourned and is scheduled to commence at 9:00 a.m. (New York Time) on Tuesday, April 5, 2011 in the Auction Room.**

**PLEASE TAKE FURTHER NOTICE**, in accordance with the Bid Procedures Order, only Permitted Parties[3] shall be allowed entry into the Auction Room and shall be permitted to participate in the Auction.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Blockbuster Inc. (5102); Blockbuster Canada Inc. (1269); Blockbuster Digital Technologies Inc. (9222); Blockbuster Distribution, Inc. (0610); Blockbuster Gift Card, Inc. (1855); Blockbuster Global Services Inc. (3019); Blockbuster International Spain Inc. (7615); Blockbuster Investments LLC (6313); Blockbuster Procurement LP (2546); Blockbuster Video Italy, Inc (5068); Movielink, LLC (5575); Trading Zone Inc. (8588); and B[2] LLC (5219).

[2] Capitalized terms used but not defined herein shall have the meaning(s) ascribed to them in the Bid Procedures Order (inclusive of exhibits).

[3] As set forth in the Bid Procedures, the "***Permitted Parties***" include the following constituencies and their professionals: (i) the Debtors, (ii) the Creditors' Committee, (iii) the Stalking Horse Bidder, (iv) holders of Qualified Bids, (v) the DIP Lenders, (vi) the Steering Committee, (vii) the Senior Secured Indenture Trustee, (viii) the Ad Hoc Studio Committee, and (ix) the Specified Studios.

US_ACTIVE:\43673001\01\27258.0004

**PLEASE TAKE FURTHER NOTICE**, in accordance with the Bid Procedures Order, any other party that wishes to observe the Auction may do so from Room 608 of the Bankruptcy Court.

Dated: New York, New York
April 4, 2011

/s/ Martin A. Sosland
Stephen Karotkin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

and

Martin A. Sosland (*admitted pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777