# PAC Designation Schedule - Other Than Store Leases

| ID | COUNTERPARTY NAME | CONTRACT DESCRIPTION | CURE AMOUNT |
|---|---|---|---|
| 2 | 2WIRE, INC. | PRODUCT DISTRIBUTION, LICENSE AND SERVICES AGREEMENT; EFFECTIVE SEPTEMBER 19, 2008 | $0.00 |
| 1755 | American Express Travel Related Services Company, Inc. | AGREEMENT FOR AMERICAN EXPRENSE CARD ACCEPTANCE | $0.00 |
| 1745 | ANDROID ACCESS CONTENT SYSTEM ("AACS") | AACS CONTENT PROVIDER AGREEMENT | $0.00 |
| 79 | ATG (ACQUIRED INSTANT SERVICE) | END USER LICENSE AGREEMENT AND ALL SUPPORTING AGREEMENTS<br>CONTRACT START DATE: 04/19/2007 | $0.00 |
| 1747 | BLU-RAY DISC ASSOCIATION | BD-LIVE LOGO LICENSE AND ONLINE CERTIFICATE ISSUANCE AGREEMENT: EXECUTION NOVEMBER 9, 2010 | $0.00 |
| 1748 | DELUXE DIGITAL DISTRIBUTION INC. | DIGITAL MEDIA SERVICES AGREEMENT; EXECUTION MARCH 17, 2011 | $0.00 |
| 1760 | DIGITAL ENTERTAINMENT CONTENT ECOSYSTEM (DECE) LLC | DECE LLC OPERATING AGREEMENT | $0.00 |
| 531 | FUNAI ELECTRIC CO., LTD | SERVICES AND REVENUE SHARE AGEEMENT: EXECUTION FEBRUARY 26, 2010 | $0.00 |
| 558 | GOOGLE, INC. | GOOGLE MAPS API PREMIER LICENSE AGREEMENT: EXECUTION SEPTEMBER 16, 2009 | $0.00 |
| 560 | GOOGLEMAPS - GOOGLE, INC. | GOOGLE MAPS API PREMIER LICENSE AGREEMENT: EXECUTION SEPTEMBER 16, 2009 | $0.00 |
| 589 | HAIER AMERICA TRADING LLC | SERVICES RESPONSE SHARE AGREEMENT; EXECUTION APRIL 26, 2010 | $0.00 |
| 626 | IMATION CORP. | SERVICES AND REVENUE SHARE AGREEMENTS EXECUTION AGUUST 1, 2010 | $0.00 |
| 627 | IMATION/MEMOREX TERMINATION LETTER | TERMINATION AGREEMENT | $0.00 |
| 639 | INSTANTSERVICE, INC | END USER LICENSE AGREEMENT; EXECUTION AUGUST 11, 2009 | $0.00 |
| 709 | JP MORGAN CHASE | MERCHANT SERVICES BANKCARD AGREEMENT | $0.00 |
| 1750 | MERCADO SOFTWARE, INC. | SOFTWARE LICENSE AGREEMENT | $0.00 |
| 1021 | MOTOROLA INC. | MOTOROLA TOOLS LICENSING AGREEMENT; EXECUTION MAY 28, 2010 | $0.00 |
| 1059 | MZIMA CORPORATION | MASTER SERVICES AGREEMENT | $0.00 |

# PAC Designation Schedule - Other Than Store Leases

| ID | COUNTERPARTY NAME | CONTRACT DESCRIPTION | CURE AMOUNT |
|---|---|---|---|
| 1756 | Novus Services Inc. (Discover) | MERCHANT SERVICES AGREEMENT | $0.00 |
| 1158 | ONKYO CORPORATION | SERVICES AND REVENUE SHARE AGREEMENT: JULY 1, 2010 | $0.00 |
| 1161 | OPPO DIGITAL INC. | SERVICES AND REVENUE SHARE AGREEMENT; EXECUTION APRIL 20, 2010 | $0.00 |
| 1200 | PAYPAL | PAYPAL PAYMENT PROCESSING AGREEMENT | $0.00 |
| 1751 | PROSUM, INC. | MASTER SERVICES AGREEMENT: EXECUTION OCTOBER 14, 2010 | $0.00 |
| 1284 | RIGHTNOW TECHNOLOGIES | CUSTOMER SERVICE/WEBSITE HOSTING AGREEMENT CONTRACT START DATE: 09/08/2008 | $0.00 |
| 1335 | SHARP | SERVICES AND REVEUNE SHARE AGREEMENT: EXECUTION MARCH 17, 2011 | $0.00 |
| 1363 | SONOA SYSTEMS, INC | PURCHASE ORDER FORM; SNAAS LICENSE; EXECUTION NOVEMEBER 1, 2009 | $19,500.00 |
| 1752 | STACY VANORMAN AND INNOVATIVE PRODUCT LICENSING, LLC | SETTLEMENT, RELEASE AND NON-EXCLUSIVE LICENSING AGREEMENT: EXECUTION: DECEMBER 21, 2009 | $0.00 |
| 1517 | TRIBUNE MEDIA SERVICES | CONTENT MATCHING AND LICENSE AGREEMENT: EXECUTION MAY 1, 2009 | $0.00 |
| 1655 | VIZIO | CONTENT SERVICES AGREEMENT: EXECUTION OCTOBER 5, 2010 | $0.00 |
| 1683 | WESTERN DIGITAL TECHNOLOGIES, INC. | SERVICES AND REVENUE SHARE AGREEMENT: EXECUTION MARCH 31, 2010 | $0.00 |
| 1692 | WIDEVINE | PRODUCT LICENSE AGREEMENT: EXECUTION OCTOBER 1, 2010 | $0.00 |
| 1724 | YAMAHA CORPORATION | SERVICES AND REVENUE SHARE AGREEMENT: EXECUTION JUNE 21, 2010 | $0.00 |