# EXHIBIT A

CHULA VISTA TWN CNTR ASSOC LP
dba: PALM PROMENADE PM
101 S. MAIN ST.
DICKSON, TN 37055

64-40P-CU
BLOCKBUSTER #06549
640 DENNERY ROAD, #101
SAN DIEGO, CA 92154

## Statement

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|---|---|---|---|
| 09/01/2010 | PRE-PETITION RENT,NNNs | 9,800.63 | |
| 09/22/2010 | PRE-PETITION CHARGES-RET 2010 | 795.10 | |
| 09/23/2010 | PRE-PETITION RENT,NNNs-late fe | 267.29 | |
| 12/31/2010 | Post-Petition-CamRec 2010 | 224.42 | |
| 12/31/2010 | PRE-PETN CHRGS-CamRec2010 | 586.61 | |
| | **PREVIOUS MONTH ENDING BALANCE** | | 11,674.05 |
| | **CURRENT CHARGES** | | |
| | **TOTAL CURRENT** | | 0.00 |

**Total Amount Due:**                                                                                                   $ 11,674.05

Comments:

BLOCKBUSTER VIDEO #06549
3000 REDBUD BLVD.
MCKINNEY, TX 75069
ATN: ANGIE LOCHMAN-LEASE ADMIN

Statement Date: 04/13/2011

Total Due: $ 11,674.05

*Please Return This Coupon With Your Payment*

CHULA VISTA TWN CNTR ASSOC LP
dba: PALM PROMENADE PM
101 S. MAIN ST.
DICKSON, TN 37055

Date       : 04/13/2011
Unit       : 64-40P-CU
Amount Due : $ 11,674.05

Bill to:
BLOCKBUSTER VIDEO #06549
3000 REDBUD BLVD.
MCKINNEY, TX 75069
ATN: ANGIE LOCHMAN-LEASE ADMIN

Send Remittance to:
CHULA VISTA TWN CNTR ASSOC LP
dba: PALM PROMENADE PM
DEPT: 9934
LOS ANGELES, CA 90084-9934

# GATLIN DEVELOPMENT COMPANY (SKYLINE)
## Aging Report
## (Detailed)

Property : PALM PROMENADE PM        as of 04/13/2011
64         (CVII)

| Unit Type | Unit Reference Number | Occupant Name | Deposits Held | Balance Due | AGED 1-30 DAYS | AGED 31-60 DAYS | AGED 61-90 DAYS | AGED OVER 90 DAYS |
|---|---|---|---|---|---|---|---|---|
| CURR | 40P | BLOCKBUSTER #06549 | 0.00 | 11,674.05 | | | | 11,674.05 |

Contact : MICHAEL PALMER
Phone   : (972) 683-8302

| INVOICE NUMBER | CHARGE CODE | CHARGE DESCRIPTION | CHARGE DATE | | | | |
|---|---|---|---|---|---|---|---|
| | PRE | PRE-PETITION RENT,NNNs | 09/01/2010 | | | | 9,800.63 |
| | PRE | PRE-PETITION CHARGES-RET 201 | 09/22/2010 | | | | 795.10 |
| | PRE | PRE-PETITION RENT,NNNs-late | 09/23/2010 | | | | 267.29 |
| | POS | Post-Petition-CamRec 2010 | 12/31/2010 | | | | 224.42 |
| | PRE | PRE-PETN CHRGS-CamRec2010 | 12/31/2010 | | | | 586.61 |