PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, NY 10017
Telephone: 212/561-7700
Facsimile: 212/561-7777
Robert J. Feinstein, Esq.
Gabrielle A. Rohwer, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BLOCKBUSTER INC., et al.,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 10-14997 (BRL)<br><br>(Jointly Administered) |

**SUPPLEMENTAL VERIFIED STATEMENT OF PACHULSKI STANG
ZIEHL & JONES LLP PURSUANT TO RULE 2019 OF
THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

I, Robert J. Feinstein, a member of the firm of Pachulski Stang Ziehl & Jones LLP ("PSZJ"), declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

Names and Addresses of the Creditors Previously Represented by PSZJ

1. PSZJ had been employed to represent the Ad Hoc Studio Committee (the "Ad Hoc Committee") of Blockbuster Inc., et al. (the "Debtors"), which included the following creditors (the "Entities") in these cases as previously disclosed in the *Verified Statement of Pachulski Stang Ziehl & Jones LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure* (the "Original 2019 Statement") filed on March 2, 2011 [Docket No. 1051]:

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are Blockbuster, Inc. (5102); Blockbuster Canada Inc. (1269); Blockbuster Digital Technologies Inc. (9222); Blockbuster Distribution, Inc. (0610); Blockbuster Gift Card, Inc. (1855); Blockbuster Global Services Inc. (3019); Blockbuster International Spain Inc. (7615); Blockbuster Investments LLC (6313); Blockbuster Procurement LP (2546); Blockbuster Video Italy, Inc. (5068); Movielink, LLC (5575); Trading Zone Inc. (8588); and B$^2$ LLC (5219).

32271-001\DOCS_NY:24320.5

Paramount Home Entertainment, Inc., Twentieth Century Fox Home Entertainment LLC, Universal Studios Home Entertainment LLC and Warner Home Video, a division of Warner Bros. Home Entertainment, Inc. Subsequent to the filing the Original 2019 Statement, Sony Pictures Home Entertainment Inc. and Summit Entertainment, LLC joined the Ad Hoc Committee.

2.    On April 26, 2011, the Debtors consummated the sale of substantially all of their assets to BBI Operating LLC, a newly-formed subsidiary of DISH corporation. Thereafter, on May 16, 2011, the Ad Hoc Committee was disbanded and thus PSZJ no longer represents the Ad Hoc Committee.

Name and Address of Party Currently Represented by PSZJ

3.    On May 9, 2011, PSZJ was retained as United States legal counsel to Grant Thornton Ltd., acting in its capacity as the Canadian court-appointed receiver ("Receiver") for Blockbuster Canada Co. in connection with the above-captioned bankruptcy cases.

| NAME AND ADDRESS OF CREDITOR | NATURE AND AMOUNT OF CLAIM(S) | TIME OF ACQUISITION OF CLAIM(S) |
|---|---|---|
| Grant Thornton Limited<br>Attn: Michael Creber<br>South Tower, Royal Bank Plaza<br>19th Floor, 200 Bay Street<br>Toronto, ON M5J 2P9 | Unknown | N/A |

Amount of Claims Owned by PSZJ

4.  PSZJ does not hold any claims against or hold any interest in the Debtors.

Dated: New York, New York
May 17, 2011

                         PACHULSKI STANG ZIEHL & JONES LLP

                         */s/ Robert J. Feinstein*
Robert J. Feinstein, Esq.
Gabrielle A. Rohwer, Esq.
780 Third Avenue, 36th Floor
New York, NY 10017
Tel: (212) 561-7700
Fax: (212) 561-7777
Email: rfeinstein@pszjlaw.com
       grohwer@pszjlaw.com