Stephen Karotkin
Martin A. Sosland (*admitted pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re : **Chapter 11**
 : 
**BLOCKBUSTER INC., *et al.*,**[1] : **Case No. 10-14997 (BRL)**
 : 
 : **(Jointly Administered)**
 Debtors. : 
------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF MAY 26, 2011 HEARING

**PLEASE TAKE NOTICE** that, by request of the Court, the hearing scheduled to be held on May 26, 2011 at 10:00 a.m. (Prevailing Eastern Time) to consider the relief sought in the pleadings listed below, and any respective outstanding objections or responses thereto, has been adjourned to **June 23, 2011 at 10:00 a.m. (Prevailing Eastern Time)**:

1. Motion of the United States Trustee to (I) Shorten the Notice Period and (II) Convert These Chapter 11 Cases to Cases Under Chapter 7 [Docket No. 1075].

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are Blockbuster Inc. (5102); Blockbuster Canada Inc. (1269); Blockbuster Digital Technologies Inc. (9222); Blockbuster Distribution, Inc. (0610); Blockbuster Gift Card, Inc. (1855); Blockbuster Global Services Inc. (3019); Blockbuster International Spain Inc. (7615); Blockbuster Investments LLC (6313); Blockbuster Procurement LP (2546); Blockbuster Video Italy, Inc. (5068); Movielink, LLC (5575); Trading Zone Inc. (8588); and B$^2$ LLC (5219).

2. Objection of e-Rewards, Inc. to Debtors' Assumption and Assignment of Executory Contract and Motion for Relief from the Automatic Stay *Nunc Pro Tunc* to April 1, 2011 [Docket No. 1379].

3. Debtors' Motion to (I) Reject Certain Executory Contracts and (II) Establish Expedited Rejection Procedures for Non-Lease Executory Contracts [Docket No. 1761].

**PLEASE TAKE FURTHER NOTICE** that the hearing on the foregoing will be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, One Bowling Green, Room 623, New York, New York 10004, and such hearing may be further adjourned from time to time by order of the court, without further notice other than an announcement at the hearing.

Dated: May 24, 2011
      New York, New York

      /s/ Martin A. Sosland
      Stephen Karotkin
      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      and

      Martin A. Sosland (*admitted pro hac vice*)
      WEIL, GOTSHAL & MANGES LLP
      200 Crescent Court, Suite 300
      Dallas, Texas 75201
      Telephone: (214) 746-7700
      Facsimile: (214) 746-7700