<u>Exhibit D</u>

March Invoices



# HUGHES
## NETWORK SYSTEMS

INVOICE#        595092
P.O. NUMBER:    1336572
P/L: 16204

Date: March 11, 2011

Bill To:    Blockbuster Entertainment Group
            92460.6079
            P.O. Box 50028
            Dallas, TX 75250-0028

Attn:       Accounts Payable

REFERENCE:  PES MAINTENANCE
            March 2011

            MASTER EQUIPMENT AND SERVICES AGREEMENT
            BETWEEN HUGHES NETWORK SYSTEMS, INC. AND
            BLOCKBUSTER ENTERTAINMENT GROUP
            CONTRACT DATED NOVEMBER 20, 1997
            SERVICE PRICING, ATTACHMENT II,
            SERVICES PRICE SCHEDULE

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 2621 | MONTHLY ACCESS-VSAT SITES | $35.00 | $91,735.00 |
| 2621 | MONTHLY HARDWARE-VSAT SITES | $57.75 | $151,362.75 |
| 2621 | NON-TELECOM SERVICE-VSAT SITES | $37.21 | $97,527.41 |
| 2639 | MAINTENANCE | $1.75 | $4,618.25 |
| 18 | TERRESTRIAL | $114.95 | $2,069.10 |
| 1 | SLA CREDIT | ($205.00) | -$205.00 |
|  | UNIVERSAL SERVICE FEE |  | $14,552.79 |
|  | EXCISE TAX |  | $ 1,615.04 |
|  | SALES AND USE TAX |  | 18,661.12 |
|  | **TOTAL DUE** |  | **$381,936.46** |

REMIT TO:
**HUGHES NETWORK SYSTEMS**
**P.O. BOX 64136**
**BALTIMORE, MD 21264**

**Remit: 30 Days**



**NETWORK SYSTEMS**

INVOICE#    595093
P/L: 16204

Date: March 11, 2011

Bill To:    Blockbuster Entertainment Group
Franchise
PO Box 50028
Dallas, TX 75250-0028

REFERENCE:  Blockbuster Remote Services
March 2011

MASTER EQUIPMENT AND SERVICES AGREEMENT
BETWEEN HUGHES NETWORK SYSTEMS, INC. AND
BLOCKBUSTER ENTERTAINMENT GROUP
CONTRACT DATED NOVEMBER 20, 1997
SERVICE PRICING, ATTACHMENT II,
SERVICES PRICE SCHEDULE

| 271 | MONTHLY ACCESS | $35.00 | $ | 9,485.00 |
| 271 | MONTHLY HARDWARE | $57.75 | $ | 15,650.25 |
| 271 | MAINTENANCE | $1.75 | $ | 474.25 |
| 271 | NON-TELECOM SVC | $37.21 | $ | 10,083.91 |
| 271 | UNIVERSAL SERVICE FEE | $5.43 | $ | 1,471.53 |

EXCISE TAX                    $97.64
SALES AND USE TAX             1,985.70
**TOTAL    DUE**          $ 39,248.28

**REMIT TO:**
**HUGHES NETWORK SYSTEMS**
**P.O. BOX 64136**
**BALTIMORE, MD  21264**

**Remit: 30 Days**



# HUGHES
## NETWORK SYSTEMS

INVOICE#    595207

Date: March 11, 2011

Bill To:   Blockbuster Entertainment Group
           92460.6079
           P.O. Box 50028
           Dallas, TX 75250-0028

Attn:      Accounts Payable

REFERENCE: LIVE NATION
           March 2011

           MASTER EQUIPMENT AND SERVICES AGREEMENT
           BETWEEN HUGHES NETWORK SYSTEMS, INC. AND
           BLOCKBUSTER ENTERTAINMENT GROUP
           CONTRACT DATED NOVEMBER 20, 1997
           SERVICE PRICING, ATTACHMENT II,
           SERVICES PRICE SCHEDULE

|  |  |
|---|---|
| SERVICE | $27,401.70 |
| USF | $4,246.91 |
| EXCISE | $302.29 |
| TAX | $ 1,144.53 |
| **TOTAL   DUE** | $33,095.43 |

**REMIT TO:**
**HUGHES NETWORK SYSTEMS**
**P.O. BOX 64136**
**BALTIMORE, MD 21264**

**Remit: 30 Days**



# HUGHES
## NETWORK SYSTEMS

INVOICE#  595769
P.O. NUMBER: 1336572
P/L: 16204

Date: 03/28/2011

Bill To: Blockbuster Canada Co.
C/O Odette Carvalho
401 The West Mall, Suite 1100
Suite 1100
Etobicoke, ON
M9C 5J5

REFERENCE:  MAC ACTIVITY

MASTER EQUIPMENT AND SERVICES AGREEMENT
BETWEEN HUGHES NETWORK SYSTEMS, INC. AND
BLOCKBUSTER ENTERTAINMENT GROUP
CONTRACT DATED NOVEMBER 20, 1997
SERVICE PRICING, ATTACHMENT II,
SERVICES PRICE SCHEDULE

Contact:  Valeri Bennett           (301)428-5928

| | | |
|---|---|---|
| SEE DETAIL TAB FOR SITE INFORMATION | $ | 2,691.42 |
| TAX TOTAL | | $0.00 |
| **TOTAL    DUE** | $ | 2,691.42 |

Note: Price is calculated in Canadian demomination.
Exchange Rate: .978692

CANADIAN SITES INVOICING

**REMIT TO:**
**HUGHES NETWORK SYSTEMS**
**P.O. BOX 64136**
**BALTIMORE, MD 21264**

**Remit: 30 Days**



# HUGHES
## NETWORK SYSTEMS

INVOICE#        595770
P/L: 16204

Date: March 28, 2011

Bill To:    Blockbuster Entertainment Group
            Franchise
            PO Box 50028
            Dallas, TX 75250-0028

REFERENCE:    MAC ACTIVITY

|  |  |
|---|---:|
| MAC ACTIVITY | $ 6,350.00 |
| SALES AND USE TAX | 510.13 |
| **TOTAL    DUE** | 6,860.13 |

**REMIT TO:**
**HUGHES NETWORK SYSTEMS**
**P.O. BOX 64136**
**BALTIMORE, MD 21264**

**Remit: 30 Days**



# NETWORK SYSTEMS

INVOICE#  595771
P.O. NUMBER:  1336572
P/L: 16204

Date:  03/28/2011

Bill To:  Blockbuster Canada Co.
C/O Odette Carvalho
401 The West Mall, Suite 1100
Suite 1100
Etobicoke, ON
M9C 5J5

REFERENCE:  MAC ACTIVITY

MASTER EQUIPMENT AND SERVICES AGREEMENT
BETWEEN HUGHES NETWORK SYSTEMS, INC. AND
BLOCKBUSTER ENTERTAINMENT GROUP
CONTRACT DATED NOVEMBER 20, 1997
SERVICE PRICING, ATTACHMENT II,
SERVICES PRICE SCHEDULE

Contact:  Valeri Bennett           (301)428-5928

SEE DETAIL TAB FOR SITE INFORMATION           $   293.61

TAX TOTAL                                      $0.00

**TOTAL   DUE**                                $   293.61   Note:  Price is calculated in
                                                            Canadian demomination.
                                                            Exchange Rate: .978692

CANADIAN SITES INVOICING

**REMIT TO:**
**HUGHES NETWORK SYSTEMS**
**P.O. BOX 64136**
**BALTIMORE, MD  21264**

**Remit: 30 Days**



**NETWORK SYSTEMS**

INVOICE#      596282
P.O. NUMBER:  1336572
P/L: 16204

Date: 03/31/2011

Bill To:   Blockbuster Canada Co.
           C/O Odette Carvalho
           401 The West Mall, Suite 1100
           Suite 1100
           Etobicoke, ON
           M9C 5J5

REFERENCE:   MAC ACTIVITY

MASTER EQUIPMENT AND SERVICES AGREEMENT
BETWEEN HUGHES NETWORK SYSTEMS, INC. AND
BLOCKBUSTER ENTERTAINMENT GROUP
CONTRACT DATED NOVEMBER 20, 1997
SERVICE PRICING, ATTACHMENT II,
SERVICES PRICE SCHEDULE

Contact:   Valeri Bennett            (301)428-5928

| | | |
|---|---|---|
| SEE DETAIL TAB FOR SITE INFORMATION | $ | 4,262.03 |
| TAX TOTAL | | $0.00 |
| **TOTAL    DUE** | $ | 4,262.03 |

Note: Price is calculated in Canadian demomination.
Exchange Rate: 0.970296

CANADIAN SITES INVOICING

**REMIT TO:
HUGHES NETWORK SYSTEMS
P.O. BOX 64136
BALTIMORE, MD 21264**

**Remit: 30 Days**



INVOICE#   596284
P/L: 16204

Date: March 31, 2011

Bill To:   Blockbuster Entertainment Group
           Franchise
           PO Box 50028
           Dallas, TX 75250-0028

REFERENCE: MAC ACTIVITY

|  |  |
|---|---|
| MAC ACTIVITY | $ 2,510.00 |
| SALES AND USE TAX | $ 160.28 |
| **TOTAL    DUE** | $ 2,670.28 |

**REMIT TO:**
**HUGHES NETWORK SYSTEMS**
**P.O. BOX 64136**
**BALTIMORE, MD  21264**

**Remit: 30 Days**