<u>Exhibit E</u>

Gross April Invoices



### NETWORK SYSTEMS

INVOICE#     596435
P.O. NUMBER: 1336572
P/L: 16204

Date: April 15, 2011

Bill To:   Blockbuster Canada Co.
           C/O Odette Carvalho
           401 The West Mall, Suite 1100
           Suite 1100
           Etobicoke, ON
           M9C 5J5

REFERENCE: PES MAINTENANCE FOR CANADIAN SITES
           April 2011

MASTER EQUIPMENT AND SERVICES AGREEMENT
BETWEEN HUGHES NETWORK SYSTEMS, INC. AND
BLOCKBUSTER ENTERTAINMENT GROUP
CONTRACT DATED NOVEMBER 20, 1997
SERVICE PRICING, ATTACHMENT II,
SERVICES PRICE SCHEDULE

| | | | |
|---|---|---:|---:|
| 417 | MONTHLY ACCESS | $ 33.75 | $14,073.75 |
| 417 | MONTHLY HARDWARE | $ 55.69 | $23,222.73 |
| 417 | NON-TELECOM SERVICE | $ 35.88 | $14,961.96 |
| 417 | MAINTENANCE | $ 1.69 | $ 704.73 |
| 417 | USF | $ 5.03 | $ 2,097.51 |

TAX TOTAL

TOTAL   DUE                              $ 55,060.68

Note: Price is calculated in
Canadian demomination.
Exchange Rate: 0.964291

CANADIAN SITES INVOICING

**REMIT TO:**
**HUGHES NETWORK SYSTEMS**
**P.O. BOX 64136**
**BALTIMORE, MD  21264**

**Remit: 30 Days**



INVOICE#    596436
P/L: 16204

Date: April 15, 2011

Bill To:    Blockbuster Entertainment Group
Franchise
PO Box 50028
Dallas, TX 75250-0028

REFERENCE: Blockbuster Remote Services
April 2011

MASTER EQUIPMENT AND SERVICES AGREEMENT
BETWEEN HUGHES NETWORK SYSTEMS, INC. AND
BLOCKBUSTER ENTERTAINMENT GROUP
CONTRACT DATED NOVEMBER 20, 1997
SERVICE PRICING, ATTACHMENT II,
SERVICES PRICE SCHEDULE

| | | | |
|---|---|---|---|
| 241 | MONTHLY ACCESS | $35.00 | $ 8,435.00 |
| 241 | MONTHLY HARDWARE | $57.75 | $ 13,917.75 |
| 241 | MAINTENANCE | $1.75 | $ 421.75 |
| 241 | NON-TELECOM SVC | $37.21 | $ 8,967.61 |
| 241 | UNIVERSAL SERVICE FEE | $5.22 | $ 1,258.02 |
| | EXCISE TAX | | $72.63 |
| | SALES AND USE TAX | | 1,713.48 |
| | **TOTAL   DUE** | | $ 34,786.24 |

**REMIT TO:**
**HUGHES NETWORK SYSTEMS**
**P.O. BOX 64136**
**BALTIMORE, MD  21264**

**Remit: 30 Days**



**NETWORK SYSTEMS**

INVOICE#       596444
P.O. NUMBER:   1336572
P/L: 16204

Date: April 15, 2011

Bill To:   Blockbuster Entertainment Group
           92460.6079
           P.O. Box 50028
           Dallas, TX 75250-0028

Attn:      Accounts Payable

REFERENCE: PES MAINTENANCE
           April 2011

           MASTER EQUIPMENT AND SERVICES AGREEMENT
           BETWEEN HUGHES NETWORK SYSTEMS, INC. AND
           BLOCKBUSTER ENTERTAINMENT GROUP
           CONTRACT DATED NOVEMBER 20, 1997
           SERVICE PRICING, ATTACHMENT II,
           SERVICES PRICE SCHEDULE

| | | | |
|---|---|---:|---:|
| 2438 | MONTHLY ACCESS-VSAT SITES | $35.00 | $85,330.00 |
| 2438 | MONTHLY HARDWARE-VSAT SITES | $57.75 | $140,794.50 |
| 2438 | NON-TELECOM SERVICE-VSAT SITES | $37.21 | $90,717.98 |
| 2453 | MAINTENANCE | $1.75 | $4,292.75 |
| 15 | TERRESTRIAL | $114.95 | $1,724.25 |
| | UNIVERSAL SERVICE FEE | | $12,983.31 |
| | EXCISE TAX | | $ 1,481.84 |
| | SALES AND USE TAX | | 17,318.62 |

           **TOTAL    DUE**                                    **$354,643.25**


**REMIT TO:**
**HUGHES NETWORK SYSTEMS**
**P.O. BOX 64136**
**BALTIMORE, MD 21264**

**Remit: 30 Days**



**NETWORK SYSTEMS**

INVOICE#    596445

Date: april 15, 2011

Bill To:    Blockbuster Entertainment Group
            92460.6079
            P.O. Box 50028
            Dallas, TX 75250-0028

Attn:       Accounts Payable

REFERENCE:  LIVE NATION
            April 2011

            MASTER EQUIPMENT AND SERVICES AGREEMENT
            BETWEEN HUGHES NETWORK SYSTEMS, INC. AND
            BLOCKBUSTER ENTERTAINMENT GROUP
            CONTRACT DATED NOVEMBER 20, 1997
            SERVICE PRICING, ATTACHMENT II,
            SERVICES PRICE SCHEDULE

|            | SERVICE |           | $27,401.70 |
|------------|---------|-----------|------------|
|            | USF     |           | $4,082.39  |
|            | EXCISE  |           | $301.99    |
|            | TAX     | $         | 1,156.12   |
|            | **TOTAL DUE** |     | $32,942.20 |

REMIT TO:
**HUGHES NETWORK SYSTEMS**
**P.O. BOX 64136**
**BALTIMORE, MD  21264**

**Remit: 30 Days**