**B9D (Official Form 9D)** (Chapter 7 Corporation/Partnership Asset Case) (12/12)          Case Number **10–14997–brl**

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 11 on September 23, 2010 and was converted to a case under chapter 7 on July 16, 2013.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in this case may be reviewed on the court's Electronic Case File System (ECF) using a PACER login and password at www.nysb.uscourts.gov or at any of the three divisions of the court during posted business hours. NOTE:  The staff of the bankruptcy clerk's office or the office of the U.S. trustee cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
## See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>BB Liquidating Inc.<br>fka Blockbuster Inc.<br>2100 Ross Avenue, 21st Floor<br>Dallas, TX 76092 | |
| Case Number:<br>10–14997–brl | Taxpayer ID/Employer ID/Other Nos.:<br>52–1655102 |
| Attorney for Debtor(s) (name and address):<br>Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone number:  (212) 310–8350 | Bankruptcy Trustee (name and address):<br>Robert L. Geltzer<br>Law Offices of Robert L. Geltzer<br>1556 Third Avenue<br>Suite 505<br>New York, NY 10128<br>Telephone number:  212–410–0100 |

## Meeting of Creditors

Date:  **September 24, 2013**                Time:  **11:00 AM**
Location:  **Office of the United States Trustee, 80 Broad Street, Fourth Floor, New York, NY 10004–1408**

## Deadline to File a Proof of Claim

Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadlines:

For all creditors (except a governmental unit):                For a governmental unit:

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>One Bowling Green<br>New York, NY 10004–1408<br>Telephone number:  212–668–2870 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Vito Genna |
| Hours Open:  Monday – Friday 8:30 AM – 5:00 PM | Date: August 26, 2013 |

# EXPLANATIONS

**B9D (Official Form 9D) (12/12)**

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office and the office of the U.S. trustee cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form (.Official Form B10.) has not been included with this notice. Proof of Claim forms are available online at www.uscourts.gov and on the court's website, www.nysb.uscourts.gov. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury **trial. Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. <br> *Do not include this notice with any filing you make with the court.* |
| Liquidation of the Debtor's Property and Payment of Creditors' Claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To make sure you receive any share of that money, you must file a Proof of Claim, as described above. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or CD, you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## —— Refer to Other Side for Important Deadlines and Notices ——