UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

In Re:

    **BB LIQUIDATING INC.**, *et al.*,[1]

    **Debtors**.

---------------------------------------------------------------

**Chapter 7**

10-14997 (BRL)

Jointly Administered

### ORDER LIMITING NOTICE OF MOTION (A) ESTABLISHING BAR DATES FOR FILING CLAIMS, AND (B) APPROVING THE FORM AND MANNER OF NOTICE THEREOF

Upon the motion dated December 19, 2013 (the "**Motion**"), of Robert L. Geltzer, as Chapter 7 Trustee (the "Trustee") of the of the jointly administered debtors BB Liquidating Inc., et al., ("BB" or the "Debtors"), seeking entry of an order pursuant to Section 105(a) of Title 11, United States Code (the "Bankruptcy Code") and Federal Rule Bankruptcy Procedure ("FRBP") 3002, limiting notice of a motion (a) establishing deadlines for filing claims, and (b) approving the form and manner of notice of such deadlines (the "Motion"); and good and sufficient notice of the Motion having been given to the (i) Clerk of the Court for the Bankruptcy Court for the Southern District of New York; (ii) Office of the United States Trustee; and (iii) Debtors' counsel, and no further notice being required; and no objection having been interposed to the Motion; and the Court having found that the Motion is in the best interests of the Debtor, the Debtor's estate, and its creditors; and for good cause shown, it is

---

[1] The Debtors are: BB Liquidating Inc. (f/k/a Blockbuster Inc.); BB Liquidating Canada Inc.; BB Liquidating Digital Technologies Inc.; BB Liquidating Distribution, Inc.; BB Liquidating GC, Inc.; BB Liquidating Global Services Inc.; BB Liquidating International Spain Inc.; BB Liquidating Investments LLC; BB Liquidating Procurement LP; BB Liquidating Video Italy, Inc.; BB Liquidating ML, LLC; BB Liquidating Trading Zone Inc.; and BB Liquidating B2 LLC.

**ORDERED**, that the parties who shall receive notice of a subsequently filed Bar Date Motion shall include:

    i. Parties listed on the Bankruptcy Rule 1019 statement filed in these cases;

    ii. The Office of the United States Trustee;

    iii. Debtors' counsel;

    iv. Any taxing authorities;

    v. those parties or attorneys for such parties who have formally requested notice by filing with the Bankruptcy Court a notice of appearance or request for services of notices and papers in these Cases;

    vi. any local governmental units.

Dated: New York, New York
       December , 2013

                                        **HONORABLE BURTON R. LIFLAND**
                                        **CHIEF UNITED STATES BANKRUPTCY JUDGE**