# EXHIBIT A – PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :
                                                                 :    Chapter 7
BB LIQUIDATING INC., *et al.*,[1]                                :
                                                                 :    Case No. 10-14997 (CGM)
                              Debtors.                           :
                                                                 :    Jointly Administered
-----------------------------------------------------------------x

## ORDER LIMITING SERVICE OF THE
## NOTICE OF BAR DATE FOR FILING CLAIMS

Upon the motion dated September 12, 2014 (the "Motion"), of Robert L. Geltzer, as Chapter 7 trustee (the "Trustee") of the jointly administered debtors BB Liquidating Inc., et al., ("BB" or the "Debtors"), seeking entry of an order pursuant to Section 105(a) of Title 11, United States Code (the "Bankruptcy Code") and Federal Rule Bankruptcy Procedure ("FRBP") 3002, limiting service of the notice of the deadline for filing claims (the "Bar Date"); and good and sufficient notice of the Motion having been given to the (i) Clerk of the Court for the Bankruptcy Court for the Southern District of New York; (ii) Office of the United States Trustee; (iii) Debtors' counsel; (iv) counsel to U.S. Bank, the Senior Indenture Trustee; (v) known utilities that may have claims against surety bonds; and (vi) those parties or attorneys for such parties who filed notices of appearance in these cases; and no further notice being required; and no objection having been interposed to the Motion; and the Court having found that the Motion is in the best interests of the Debtors, the Debtors' estates, and their creditors; and for good cause shown, it is

---

[1] The Debtors are: BB Liquidating Inc. (f/k/a Blockbuster Inc.); BB Liquidating Canada Inc.; BB Liquidating Digital Technologies Inc.; BB Liquidating Distribution, Inc.; BB Liquidating GC, Inc.; BB Liquidating Global Services Inc.; BB Liquidating International Spain Inc.; BB Liquidating Investments LLC; BB Liquidating Procurement LP; BB Liquidating Video Italy, Inc.; BB Liquidating ML, LLC; BB Liquidating Trading Zone Inc.; and BB Liquidating B2 LLC.

**ORDERED**, that the following parties only shall receive notice of the Bar Date from the Clerk of the Court:

    i.    Parties appearing on the general service list in accordance with the Case Management Order dated October 21, 2010;

    ii.    The Office of the United States Trustee;

    iii.    Debtors' counsel;

    iv.    Counsel to U.S. Bank, the Senior Indenture Trustee;

    v.    Known utilities that may have rights to assert claims against surety bonds; and

    vi.    those parties or attorneys for such parties who have formally requested notice by filing with the Bankruptcy Court a notice of appearance or request for services of notices and papers in these Cases.

and it is further

**ORDERED**, that the Trustee shall cause the Notice to be published once in the national edition of the *Wall Street Journal*, the national edition of *The New York Times* or of *USA Today*.