UNITED STATES BANKRUPTCY COURT
SOUTHERN **DISTRICT OF** NEW YORK

In re: §
§
BB LIQUIDATING, INC. § Case No. 10-14997 CGM
§
Debtor §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

ROBERT L. GELTZER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 110,493.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 2,158,234.22 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 542,725.04 | |

3) Total gross receipts of $ 2,700,959.26 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 2,700,959.26 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 665,831,108.00 | $ 8,733,727,951.44 | $ 2,154,334.22 | $ 2,154,334.22 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 554,692.07 | 528,716.65 | 524,816.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 17,908.39 | 17,908.39 | 17,908.39 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 99,567,584.27 | 99,567,584.27 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 486,105,509.97 | 486,105,509.97 | 486,105,509.97 | 3,900.00 |
| **TOTAL DISBURSEMENTS** | $ 1,151,936,617.97 | $ 9,319,947,670.72 | $ 588,374,053.50 | $ 2,700,959.26 |

4) This case was originally filed under chapter 11 on 09/23/2010 , and it was converted to chapter 7 on 07/16/2013 . The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _03/28/2017_      By:/s/ROBERT L. GELTZER
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| RECEIVABLES | 1221-000 | 250.52 |
| REFUNDS | 1224-000 | 459,400.00 |
| DIP FUNDS | 1229-000 | 654,640.22 |
| NATIONAL LITIGATION | 1249-000 | 266.64 |
| CAPTIAL CREDITS | 1290-000 | 1,047.85 |
| CASH | 1290-000 | 1.00 |
| REFUNDS | 1290-000 | 13,130.98 |
| RETURN OF SECURITY DEPOSITS | 1290-000 | 1,443,382.24 |
| UNCLAIMED PROPERTY | 1290-000 | 128,839.81 |
| TOTAL GROSS RECEIPTS | | $ 2,700,959.26 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TOTAL SECURED CLAIMS | 4210-000 | 665,831,108.00 | 8,731,573,617.22 | 0.00 | 0.00 |
| | U.S. BANK NATIONAL ASSOCIATION, | 4210-000 | NA | 2,154,334.22 | 2,154,334.22 | 2,154,334.22 |
| TOTAL SECURED CLAIMS | | | $ 665,831,108.00 | $ 8,733,727,951.44 | $ 2,154,334.22 | $ 2,154,334.22 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT L. GELTZER, TRUSTEE | 2100-000 | NA | 104,278.78 | 104,278.78 | 104,278.78 |
| ROBERT L. GELTZER, TRUSTEE | 2200-000 | NA | 52.28 | 52.28 | 52.28 |
| INT | 2300-000 | NA | 1,478.91 | 1,478.91 | 1,478.91 |
| MYC & ASSOCIATES, INC. | 2410-000 | NA | 2,405.70 | 2,405.70 | 2,405.70 |
| Union Bank | 2600-000 | NA | 75,192.83 | 75,192.83 | 75,192.83 |
| UNITED STATES TRUSTEE | 2950-000 | NA | 5,850.00 | 5,850.00 | 1,950.00 |
| CORPORATION SERVICE COMPANY | 2990-000 | NA | 154.05 | 154.05 | 154.05 |
| INTERNATION EQUITY RESEARCH CORP. | 2990-000 | NA | 1,073.62 | 1,073.62 | 1,073.62 |
| JP&R ADVERTISING | 2990-000 | NA | 6,625.00 | 6,625.00 | 6,625.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KURTZMAN CARSON CONSULTANTS LLC | 2990-000 | NA | 1,225.79 | 1,225.79 | 1,225.79 |
| LAW OFFICES OF ROBERT L. GELTZER | 3110-000 | NA | 51,131.00 | 46,596.95 | 46,596.95 |
| LAW OFFICES OF ROBERT L. GELTZER | 3120-000 | NA | 39.59 | 39.59 | 39.59 |
| SQUIRE | 3210-000 | NA | 49,797.50 | 43,429.53 | 43,429.53 |
| TARTER KRINSKY | 3210-000 | NA | 192,541.00 | 180,498.66 | 180,498.66 |
| SQUIRE | 3220-000 | NA | 67.40 | 67.40 | 67.40 |
| TARTER KRINSKY | 3220-000 | NA | 1,287.68 | 1,287.68 | 1,287.68 |
| ANDREW W. PLOTZKER, CPA | 3410-000 | NA | 61,159.50 | 58,128.44 | 58,128.44 |
| ANDREW W. PLOTZKER, CPA | 3420-000 | NA | 331.44 | 331.44 | 331.44 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 554,692.07 | $ 528,716.65 | $ 524,816.65 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALLIANCE ENTERTAINMENT LLC | 6990-000 | NA | 17,908.39 | 17,908.39 | 17,908.39 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 17,908.39 | $ 17,908.39 | $ 17,908.39 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TOTAL PRIORITY CLAIMS | 5800-000 | NA | 99,567,584.27 | 99,567,584.27 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 99,567,584.27 | $ 99,567,584.27 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TOTAL GENERAL UNSECURED CLAIMS | 7100-000 | 486,105,509.97 | 486,105,509.97 | 486,105,509.97 | 0.00 |
| | UNITED STATES TRUSTEE | 7990-000 | NA | NA | NA | 3,900.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 486,105,509.97 | $ 486,105,509.97 | $ 486,105,509.97 | $ 3,900.00 |

Case No:        10-14997     CGM    Judge: CECELIA G. MORRIS

Case Name:      BB LIQUIDATING, INC.

For Period Ending: 03/29/17

Trustee Name:              ROBERT L. GELTZER

Date Filed (f) or Converted (c):   07/16/13 (c)

341(a) Meeting Date:       08/27/13

Claims Bar Date:           11/26/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. DEPOSITS | 7,155.00 | 7,155.00 | | 0.00 | FA |
| 2. INTERESTS IN INSURANCE POLICIES SEE ATTACHED RIDER (TO SCHEDULES) | Unknown | 0.00 | | 0.00 | FA |
| 3. 100% OWNERSHIP INTEREST IN MOVIELINK, LLC | Unknown | 0.00 | | 0.00 | FA |
| 4. FURNITURE AND FIXTURES | 23,172.00 | 23,172.00 | | 0.00 | FA |
| 5. MACHINERY AND EQUIPMENT | 71,142.00 | 71,142.00 | | 0.00 | FA |
| 6. LEASEHOLD IMPROVEMENTS | 9,024.00 | 9,024.00 | | 0.00 | FA |
| 7. DIP FUNDS (u) | 0.00 | 187,504.89 | | 654,640.22 | FA |
| 8. CAPTIAL CREDITS (u) | Unknown | 0.00 | | 1,047.85 | FA |
| 9. RECEIVABLES (u) | 0.00 | 0.00 | | 250.52 | FA |
| 10. NATIONAL LITIGATION (u) | 0.00 | 0.00 | | 266.64 | FA |
| 11. CASH (u) | 0.00 | 0.00 | | 1.00 | FA |
| 12. REFUNDS (u) | Unknown | 0.00 | | 472,530.98 | FA |
| 13. RETURN OF SECURITY DEPOSITS (u) FROM SURETY - TRAVELERS | Unknown | 0.00 | | 1,443,382.24 | FA |
| 14. UNCLAIMED PROPERTY (u) | 0.00 | 0.00 | | 128,839.81 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)            $110,493.00          $297,997.89                   $2,700,959.26          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/15      Current Projected Date of Final Report (TFR): 09/30/16

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-14997 -CGM

Case Name: BB LIQUIDATING, INC.

Taxpayer ID No: *******5102

For Period Ending: 03/29/17

Trustee Name: ROBERT L. GELTZER

Bank Name: Union Bank

Account Number / CD #: *******4752  Checking - Non Interest

Blanket Bond (per case limit): $ 68,010,465.00

Separate Bond (if applicable):

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br><br>Paid To / Received From | 4<br><br>Description Of Transaction | Uniform<br>Tran. Code | 5<br><br>Deposits ($) | 6<br><br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/12/13 | 7 | BB LIQUIDATING INC. DISBURSEMENTS<br>C/O KURTZMAN CARSON CONSULTANTS LLC<br>2335 ALASKA AVENUE<br>EL SEGUNDO, CA  90245 | TURNOVER OF A DIP ACCOUNT | 1229-000 | 187,504.89 | | 187,504.89 |
| 08/26/13 | 7 | BANK OF AMERICA, N.A.<br>PHOENIX, ARIZONA<br>DEPOSIT SERVICES<br>318-0005594 | TURNOVER OF A DIP ACCOUNT | 1229-000 | 467,126.62 | | 654,631.51 |
| 08/26/13 | 8 | MCAC<br>MID-CAROLINA ELECTRIC COOPERATIVE | CAPITAL CREDITS | 1290-000 | 1,047.85 | | 655,679.36 |
| 09/17/13 | 10 | THE NORYCH GROUP, INC.<br>NATIONAL LITIGATION<br>210 N. UNIVERSITY DR STE 802<br>CORAL SPRINGS, FL  33065 | DISTRIBUTIONS | 1249-000 | 33.33 | | 655,712.69 |
| 09/17/13 | 10 | THE NORYCH GROUP, INC.<br>NATIONAL LITIGATION<br>210 N. UNIVERSITY DR STE 802<br>CORAL SPRINGS, FL  33065 | DISTRIBUTIONS | 1249-000 | 233.31 | | 655,946.00 |
| 09/17/13 | 9 | MINNESOTA ENERGY RESOURCES CORP.<br>ACCOUNTS PAYABLE BUSINESS SUPPORT<br>PO BOX 19800<br>GREEN BAY, WI  54307-9004 | RECEIVABLE | 1221-000 | 21.99 | | 655,967.99 |
| 09/18/13 | 11 | CASH<br>SERIAL NO. G44509305B | CASH | 1290-000 | 1.00 | | 655,968.99 |
| 09/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 260.59 | 655,708.40 |
| 09/30/13 | 9 | BANK OF AMERICA, N.A.<br>PHOENIX, ARIZONA<br>DEPOSIT SERVICES | RECEIVABLES | 1221-000 | 228.53 | | 655,936.93 |
| 10/11/13 | 001001 | KURTZMAN CARSON CONSULTANTS LLC | NOTICING COSTS | 2990-000 | | 1,225.79 | 654,711.14 |

Page Subtotals                656,197.52          1,486.38

Ver: 19.07a

| | | |
|---|---|---|
| Case No: | 10-14997 -CGM | |
| Case Name: | BB LIQUIDATING, INC. | |
| Taxpayer ID No: | *******5102 | |
| For Period Ending: | 03/29/17 | |

| | |
|---|---|
| Trustee Name: | ROBERT L. GELTZER |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******4752 Checking - Non Interest |
| Blanket Bond (per case limit): | $ 68,010,465.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 2335 ALASKA AVENUE EL SEGUNDO, CA 90245 | | | | | |
| 10/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 943.20 | 653,767.94 |
| 11/22/13 | 001002 | MYC & ASSOCIATES, INC. | STORAGE CHARGE | 2410-000 | | 145.80 | 653,622.14 |
| | | 1110 SOUTH AVENUE, SUITE 61 STATEN ISLAND, NY 10314 | FOR THE PERIOD 10/1/13-12/1/13 INVOICE #812 | | | | |
| 11/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 974.36 | 652,647.78 |
| 12/19/13 | 12 | CITY OF PHILADELPHIA | REFUND | 1290-000 | 10,736.23 | | 663,384.01 |
| | | PHILADELPHIA, PA | | | | | |
| 12/26/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 940.07 | 662,443.94 |
| 01/23/14 | 7 | WEIL GOTHSAL AND MANGES | TURNOVER OF DIP FUNDS | 1229-000 | 8.71 | | 662,452.65 |
| 01/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 975.96 | 661,476.69 |
| 02/19/14 | 001003 | CORPORATION SERVICE COMPANY | INVOICE NO. 7481157 | 2990-000 | | 154.05 | 661,322.64 |
| | | P.O. BOX 13397 PHILADELPHIA, PA 19101 | | | | | |
| 02/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 984.36 | 660,338.28 |
| 03/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 887.81 | 659,450.47 |
| 04/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 981.16 | 658,469.31 |
| 05/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 948.24 | 657,521.07 |
| 05/29/14 | 12 | MCEC | CAPITAL CREDITS | 1290-000 | 686.33 | | 658,207.40 |
| | | MIDCAROLINA ELECTRIC COOPERATIVE | | | | | |
| 06/13/14 | 001004 | INTERNATIONAL SURETIES, LTD. | BOND DISBURSEMENT | 2300-000 | | 377.34 | 657,830.06 |
| | | SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Bond # 016030120 Term: 06/19/14 to 06/19/15 | | | | |
| 06/23/14 | 001005 | INTERNATION EQUITY RESEARCH CORP. | PER COURT ORDER DATED JUNE 20, 2014 | 2990-000 | | 1,073.62 | 656,756.44 |
| 06/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 978.52 | 655,777.92 |
| 07/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 946.31 | 654,831.61 |

Page Subtotals      11,431.27      11,310.80

Ver: 19.07a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-14997 -CGM | Trustee Name: | ROBERT L. GELTZER |
| Case Name: | BB LIQUIDATING, INC. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******4752 Checking - Non Interest |
| Taxpayer ID No: | *******5102 | | |
| For Period Ending: | 03/29/17 | Blanket Bond (per case limit): | $ 68,010,465.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 07/28/14 | 001006 | MYC & ASSOCIATES, INC. 1110 SOUTH AVENUE, SUITE 61 STATEN ISLAND, NY 10314 | STORAGE CHARGE FOR THE PERIOD THROUGH 8/1/14 INVOICE #965 | 2410-000 | | 583.20 | 654,248.41 |
| 08/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 975.91 | 653,272.50 |
| 09/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 973.32 | 652,299.18 |
| 10/06/14 | 12 | STATE OF CALIFORNIA | REFUND | 1224-000 | 459,400.00 | | 1,111,699.18 |
| 10/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 939.36 | 1,110,759.82 |
| 10/28/14 | 001007 | JP&R ADVERTISING 305 BROADWAY, ROOM 200 NEW YORK, NEW YORK 1007 | BAR DATE PUBLICATION | 2990-000 | | 6,625.00 | 1,104,134.82 |
| 11/24/14 | 13 | TRAVELERS CASUALTY AND SURETY CO. | TURNOVER OF ESTATE PROPERTY | 1290-000 | 695,148.67 | | 1,799,283.49 |
| 11/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,497.91 | 1,797,785.58 |
| 12/26/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,921.63 | 1,795,863.95 |
| 01/16/15 | 13 | TRAVELERS | TURNOVER OF ESTATE PROPERTY | 1290-000 | 61,157.57 | | 1,857,021.52 |
| 01/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2,671.50 | 1,854,350.02 |
| 02/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2,703.61 | 1,851,646.41 |
| 03/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2,488.88 | 1,849,157.53 |
| 03/27/15 | 14 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | TURNOVER OF ESTATE PROPERTY | 1290-000 | 99,255.60 | | 1,948,413.13 |
| 03/27/15 | 14 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | TURNOVER OF ESTATE PROPERTY | 1290-000 | 29,584.21 | | 1,977,997.34 |
| 04/07/15 | 12 | MCEC MIDCAROLINA ELECTRIC COOPERATIVE | CAPITAL CREDITS | 1290-000 | 316.95 | | 1,978,314.29 |
| 04/08/15 | 001008 | MYC & ASSOCIATES, INC. 1110 SOUTH AVENUE, SUITE 61 STATEN ISLAND, NY 10314 | STORAGE CHARGE FOR THE PERIOD THROUGH 5/1/15 INVOICE #1111 | 2410-000 | | 656.10 | 1,977,658.19 |
| 04/27/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2,763.62 | 1,974,894.57 |
| 05/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2,844.41 | 1,972,050.16 |
| 06/22/15 | 001009 | INTERNATIONAL SURETIES, LTD. | BOND DISBURSEMENT | 2300-000 | | 923.82 | 1,971,126.34 |

| | | | Page Subtotals | | 1,344,863.00 | 28,568.27 | |

Ver: 19.07a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

| Case No: | 10-14997 -CGM | Trustee Name: | ROBERT L. GELTZER |
|---|---|---|---|
| Case Name: | BB LIQUIDATING, INC. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******4752 Checking - Non Interest |
| Taxpayer ID No: | *******5102 | | |
| For Period Ending: | 03/29/17 | Blanket Bond (per case limit): | $ 68,010,465.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SUITE 420 | #016030120 | | | | |
| | | 701 POYDRAS STREET | Term: 6/19/15 to 6/19/16 | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 06/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2,934.47 | 1,968,191.87 |
| 07/27/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2,835.62 | 1,965,356.25 |
| 07/28/15 | 12 | SPRINT | REFUND | 1290-000 | 222.56 | | 1,965,578.81 |
| | | PO BOX 63670 | | | | | |
| | | PHOENIX, AZ  85082 | | | | | |
| 08/20/15 | 13 | TRAVELERS CASUALTY AND SURETY CO. | TURNOVER OF ESTATE PROPERTY | 1290-000 | 687,076.00 | | 2,652,654.81 |
| 08/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2,924.68 | 2,649,730.13 |
| 09/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 3,414.59 | 2,646,315.54 |
| 10/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 3,810.27 | 2,642,505.27 |
| 10/29/15 | 001010 | MYC & ASSOCIATES, INC. | STORAGE CHARGE | 2410-000 | | 437.40 | 2,642,067.87 |
| | | 1110 SOUTH AVENUE, SUITE 61 | FOR THE PERIOD THROUGH 11/1/15 | | | | |
| | | STATEN ISLAND, NY  10314 | INVOICE #1203 | | | | |
| 11/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 3,932.13 | 2,638,135.74 |
| 12/28/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 3,799.12 | 2,634,336.62 |
| 01/05/16 | 12 | SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. | REFUND | 1290-000 | 522.70 | | 2,634,859.32 |
| | | 1100 RIDGEWAY LOOP ROAD | | | | | |
| | | MEMPHIS, TN  38120 | | | | | |
| 01/05/16 | 12 | SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. | REFUND | 1290-000 | 141.66 | | 2,635,000.98 |
| | | 1100 RIDGEWAY LOOP ROAD | | | | | |
| | | MEMPHIS, TN  38120 | | | | | |
| 01/05/16 | 12 | SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. | REFUND | 1290-000 | 56.67 | | 2,635,057.65 |
| | | 1100 RIDGEWAY LOOP ROAD | | | | | |
| | | MEMPHIS, TN  38120 | | | | | |
| | | | Page Subtotals | | 688,019.59 | 24,088.28 | |

Ver: 19.07a

| Case No: | 10-14997 -CGM | | Trustee Name: | ROBERT L. GELTZER |
|---|---|---|---|---|
| Case Name: | BB LIQUIDATING, INC. | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******4752  Checking - Non Interest |
| Taxpayer ID No: | *******5102 | | | |
| For Period Ending: | 03/29/17 | | Blanket Bond (per case limit): | $ 68,010,465.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 01/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 3,920.34 | 2,631,137.31 |
| | 02/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 3,904.30 | 2,627,233.01 |
| | 03/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 3,647.43 | 2,623,585.58 |
| | 04/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 3,892.97 | 2,619,692.61 |
| | 05/13/16 | 001011 | ALLIANCE ENTERTAINMENT, LLC | PER COURT ORDER | 6990-000 | | 17,908.39 | 2,601,784.22 |
| | 05/13/16 | 001012 | OFFICE OF THE UNITED STATES TRUSTEE | PER COURT ORDER | 2950-000 | | 1,950.00 | 2,599,834.22 |
| | | | U.S. FEDERAL OFFICE BUILDING | | | | | |
| | | | 201 VARICK STREET, SUITE 1006 | | | | | |
| | | | NEW YORK, NY 10014 | | | | | |
| * | 05/13/16 | 001013 | SENIOR INDENTURE TRUSTEE | PER COURT ORDER | 4210-000 | | 2,149,834.22 | 450,000.00 |
| * | 05/18/16 | 001013 | SENIOR INDENTURE TRUSTEE | PER COURT ORDER | 4210-000 | | -2,149,834.22 | 2,599,834.22 |
| | | | | error on check; to be re-issued | | | | |
| | 05/18/16 | 001014 | U.S. BANK NATIONAL ASSOCIATION, | PER COURT ORDER | 4210-000 | | 2,149,834.22 | 450,000.00 |
| | | | AS INDENTURE TRUSTEE | | | | | |
| | 05/20/16 | 12 | MCEC | CAPITAL CREDITS | 1290-000 | 447.88 | | 450,447.88 |
| | | | MID-CAROLINA ELECTRIC COOPERATIVE, | | | | | |
| | | | INC. | | | | | |
| | 05/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 3,762.22 | 446,685.66 |
| | 06/27/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2,647.88 | 444,037.78 |
| | 06/28/16 | 001015 | INTERNATIONAL SURETIES, LTD. | Bond #016030120 | 2300-000 | | 177.75 | 443,860.03 |
| | | | SUITE 420 | 6/19/16 to 6/19/17 | | | | |
| | | | 701 POYDRAS STREET | | | | | |
| | | | NEW ORLEANS, LA 70139 | | | | | |
| | 07/05/16 | 001016 | MYC & ASSOCIATES, INC. | STORAGE CHARGE | 2410-000 | | 583.20 | 443,276.83 |
| | | | 1110 SOUTH AVENUE, SUITE 61 | FOR THE PERIOD THROUGH JULY 1, 2016 | | | | |
| | | | STATEN ISLAND, NY 10314 | INVOICE #1317 | | | | |
| | 07/20/16 | | UNION BANK | BANK SERVICE FEE REVERSAL | 2600-000 | | -1,150.18 | 444,427.01 |
| * | 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | 658.21 | | 445,085.22 |
| | 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 658.21 | 444,427.01 |

Page Subtotals         1,106.09          2,191,736.73

Ver: 19.07a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  10-14997 -CGM

Case Name:  BB LIQUIDATING, INC.

Taxpayer ID No:  *******5102

For Period Ending:  03/29/17

Trustee Name:  ROBERT L. GELTZER

Bank Name:  Union Bank

Account Number / CD #:  *******4752  Checking - Non Interest

Blanket Bond (per case limit):  $ 68,010,465.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 08/17/16 | | Reverses Adjustment IN on 07/25/16 | BANK SERVICE FEE | 2600-000 | -658.21 | | 443,768.80 |
| 08/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 658.05 | 443,110.75 |
| 12/22/16 | 001017 | ROBERT L. GELTZER, TRUSTEE 1556 3RD AVENUE SUITE 505 NEW YORK, NY  10128 | Chapter 7 Compensation/Fees | 2100-000 | | 104,278.78 | 338,831.97 |
| 12/22/16 | 001018 | ROBERT L. GELTZER, TRUSTEE 1556 3RD AVENUE SUITE 505 NEW YORK, NY  10128 | Chapter 7 Expenses | 2200-000 | | 52.28 | 338,779.69 |
| 12/22/16 | 001019 | SQUIRE PATTON BOGGS (US) LLP 30 ROCKEFELLER PLAZA NEW YORK, NEW YORK 10112 | Attorney for Trustee Expenses (Othe | 3220-000 | | 67.40 | 338,712.29 |
| 12/22/16 | 001020 | TARTER KRINSKY & DROGIN LLP 1350 BROADWAY NEW YORK, NEW YORK  10018 | Attorney for Trustee Expenses (Othe | 3220-000 | | 1,287.68 | 337,424.61 |
| 12/22/16 | 001021 | ANDREW W. PLOTZKER, CPA, LLC 59 EAST 54TH STREET, SUITE 61 NEW YORK, NEW YORK  10022 | Accountant for Trustee Expenses (Ot | 3420-000 | | 331.44 | 337,093.17 |
| 12/22/16 | 001022 | LAW OFFICES OF ROBERT L. GELTZER 1556 3RD AVENUE, SUITE 505 NEW YORK, NEW YORK 10128 | Attorney for Trustee Expenses (Trus | 3120-000 | | 39.59 | 337,053.58 |
| 12/22/16 | 001023 | SQUIRE PATTON BOGGS (US) LLP 30 ROCKEFELLER PLAZA NEW YORK, NEW YORK 10112 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 43,429.53 | 293,624.05 |
| 12/22/16 | 001024 | TARTER KRINSKY & DROGIN LLP 1350 BROADWAY NEW YORK, NEW YORK  10018 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 180,498.66 | 113,125.39 |
| 12/22/16 | 001025 | ANDREW W. PLOTZKER, CPA, LLC 59 EAST 54TH STREET, SUITE 61 | Accountant for Trustee Fees (Other | 3410-000 | | 58,128.44 | 54,996.95 |

Page Subtotals        -658.21        388,771.85

Ver: 19.07a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 10-14997 -CGM | | | Trustee Name: | | ROBERT L. GELTZER |
| Case Name: | BB LIQUIDATING, INC. | | | Bank Name: | | Union Bank |
| | | | | Account Number / CD #: | | *******4752 Checking - Non Interest |
| Taxpayer ID No: | *******5102 | | | | | |
| For Period Ending: | 03/29/17 | | | Blanket Bond (per case limit): | | $ 68,010,465.00 |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | NEW YORK, NEW YORK 10022 | | | | | |
| 12/22/16 | 001026 | LAW OFFICES OF ROBERT L. GELTZER | Attorney for Trustee Fees (Trustee | 3110-000 | | 46,596.95 | 8,400.00 |
| | | 1556 3RD AVENUE, SUITE 505 | | | | | |
| | | NEW YORK, NEW YORK 10128 | | | | | |
| 01/04/17 | 001027 | OFFICE OF THE UNITED STATES TRUSTEE | U.S. TRUSTEE QUATERLY FEES | 2950-000 | | 3,900.00 | 4,500.00 |
| | | U.S. FEDERAL OFFICE BUILDING | FOR DEBTOR'S RELATED CASES IN WHICH WE | | | | |
| | | 201 VARICK STREET, SUITE 1006 | FILED NO ASSET REPORTS | | | | |
| | | NEW YORK, NY 10014 | | | | | |
| 01/26/17 | 001028 | U.S. BANK NATIONAL ASSOCIATION, | PER COURT ORDER | 4210-000 | | 4,500.00 | 0.00 |
| | | AS INDENTURE TRUSTEE | | | | | |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | 2,700,959.26 | 2,700,959.26 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 2,700,959.26 | 2,700,959.26 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 2,700,959.26 | 2,700,959.26 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - Non Interest - *******4752 | 2,700,959.26 | 2,700,959.26 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 2,700,959.26 | 2,700,959.26 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | |
|---|---|---|---|
| Page Subtotals | 0.00 | 54,996.95 | |

Ver: 19.07a