**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: BB Liquidating Inc. | CASE NO.: 10–14997–cgm |
| fka Blockbuster Inc. | |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 52–1655102 | CHAPTER: 7 |

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Robert L. Geltzer is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: June 29, 2017

Cecelia G. Morris , Bankruptcy Judge