**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: BB Liquidating Inc. <br> fka Blockbuster Inc. | CASE NO.: 10–14997–cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: <br> 52–1655102 | CHAPTER: 7 |

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Robert L. Geltzer is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: June 29, 2017

Cecelia G. Morris , Bankruptcy Judge

United States Bankruptcy Court
Southern District of New York

In re:                                                                  Case No. 10-14997-cgm
BB Liquidating Inc.                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-1         User: gcolon            Page 1 of 1              Date Rcvd: Jun 29, 2017
                             Form ID: 149            Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2017.
db          +BB Liquidating Inc.,   2100 Ross Avenue, 21st Floor,   Dallas, TX 75201-6712
aty         +Martin A. Sosland,   Weil, Gotshal & Manges LLP,   767 Fifth Avenue,   New York, NY 10153-0119
tr          +Robert L. Geltzer,   Law Offices of Robert L. Geltzer,   1556 Third Avenue,   Suite 505,
              New York, NY 10128-3100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jun 29 2017 19:30:13      United States Trustee,
              Office of the United States Trustee,   U.S. Federal Office Building,
              201 Varick Street, Room 1006,   New York, NY 10014-9449
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr              Robert L. Geltzer, Chapter 7 Trustee
                                                                                             TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2017 at the address(es) listed below:
NONE.                                                                                        TOTAL: 0